Case 2:15-cv-11080-MOB-APP   ECF No. 1-1, PageID.26   Filed 03/23/15   Page 1 of 1

# VERIFICATION

STATE OF MICHIGAN          )
                           )
COUNTY OF WAYNE            )

    Joseph Fawaz and Southwest Metals, Inc, being duly sworn, say: We are the Plaintiffs to the above captioned lawsuit. We have read the above Verified Complaint and know the contents of the document to be true of our own knowledge, except those matters stated to be on information and belief, which we believe to be true.


_____          _____
Joseph Fawaz                              Southwest Metals, Inc.


STATE OF MICHIGAN          )
                           )
COUNTY OF WAYNE            )

    The foregoing instrument was acknowledged before me on this 23 day of March , 2015, by Joseph Ali Fawaz and Steven Fawaz.

Minerva Ala
Notary Public

```
Mirene Ala
Notary Public of Michigan
Wayne County
Expires 03/18/2019
Acting in the County of Wayne
```

Wayne         County, Michigan

My Commission expires: 3 | 18 | 19

AYAD LAW, P.L.L.C.
2200 CANTON CENTER ROAD, Suite 220
CANTON, MICHIGAN 48187
P: (734) 983-0500 | F: (734) 983-3520

**26 |** P a g e