UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# INDEX OF EXHIBITS

**Exhibit A:** Joseph Fawaz Affidavit

**Exhibit B**: Letters of Appreciation

**Exhibit C:** Search Warrant

**Exhibit D:** Sgt. McKay Video

**Exhibit E**: Return and Tabulation Form

**Exhibit F:** Citations Dismissals and Reissuing

**Exhibit G:** March 2015 Warrant Request