# RETURN AND TABULATION

**County of Wayne**

Search was made 3/21/14 (Date) and the following property was seized:

1. (1) card board bin contg 4/0 copper wire
2. (1) fiberglass bin contg 4/0 copper wire
3. (2) receipts for Derek Mumford found in cardbd bin w/ said 4/0 wire
4. Severa pieces of buss wire
   Taken from wyoming / marvin, Dearborn
5. (1) Semi trailer contg copper wire bare

Sgt R. McCray S397
Officer

Copy of warrant and tabulation served on: Gregory Aslinger
Name

Tabulation filed: ______________ Greg Aslinger 3/21/14 @ 6:18 pm
Date