## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**SOUTHWEST METALS Inc.**, a Michigan Domestic Profit Corporation, and **JOSEPH FAWAZ**, an individual,

    Plaintiffs,

    v.

**CITY OF DETROIT, MICHAEL E. DUGGAN**, Mayor of Detroit, in his official capacity, **DETROIT POLICE DEPARTMENT, JAMES CRAIG**, Detroit Police Chief, in his official capacity, **SGT. REBECCA McKAY** in her individual and official capacities, jointly and severally.

    Defendants.

Case No.: 15-cv-11080
Hon. Marianne O. Battani
Mag. Anthony P. Patti

---

AYAD LAW, P.L.L.C.
NABIH H. AYAD (P59518)
Attorney for Plaintiffs
645 Griswold Street, Suite 2202
Detroit, MI 48226
Phone: (313) 983-4600
Email: nayad@ayadlaw.com

---

## INDEX OF EXHIBITS

A: March 25 TRO Motion

B: March 26 Business License Letter

1 | Page

C: March 2015 Warrants

D: Chapter 30 Detroit City Code