Sec. 30-1-12. - Replacement of lost certificates or plates; fees.

Except as otherwise provided for in this Code, or by resolution of the City Council:

(1)  Duplicate license certificates may be issued after proof of loss of the original and the payment of a fee of ten dollars ($10.00).

(2)  Duplicate vendor license plates may be issued after proof of loss of the original and the payment of a fee of twenty-five dollars ($25.00).

(Ord. No. 03-10, § 1, 2-23-10)

Sec. 30-1-13. - License not transferable; unlawful use of license; sale or transfer of stock or assets of business.

(a)  A business license issued under this article is not transferable to another person.

(b)  It shall be unlawful for any licensee under this Code to allow another person to use a license issued under this article to conduct business at the same or at another location within the City. This prohibition shall be construed to preclude the use of the licensee's premises or location by an unlicensed person, provided, that such use is for the conduct of the same business at the same location, is in accordance with any law or regulation, and subject to the supervision and control of the business licensee.

(c)  Where the licensee is a corporation or other legal entity, any sale or transfer of stock or assets in the entity that would result in the transfer of ownership and control of the business by persons other than those designated on the current business license application shall require the new stockholder or stockholders or owner or owners controlling the operation of the business to apply for a new business license for the entity. The new stockholder or stockholders or owner or owners shall provide the name, address, percentage of ownership, and any other required information on the business license application form.

(Ord. No. 03-10, § 1, 2-23-10)

Sec. 30-1-16. - Grounds for denial, suspension, revocation of license.

(a)  Pursuant to Section 30-1-2 of this Code, the Buildings and Safety Engineering Department, or the Police Department, as the case may be, may deny a new or renewal application, revoke, or suspend a license for any of the following reasons:

(1)  Upon proof submitted to the Business License Center of any of the following acts committed by an applicant or licensee or, where the applicant or licensee is a corporation or partnership, by the entity itself or by any of the persons in a position of control or management of the business including but not limited to the officers, directors, controlling stockholders or managing employees or by a corporation or partnership of which the applicant or licensee was in a position of control or management or by any agent or employee of the applicant or licensee, who is in a position of management or control of the business to be licensed:

a.  The violation of any state statute or this Code relating, controlling, or in any way relating to the location, construction, maintenance, use, qualification for or operation of a business similar to or the same as that for which a license is being considered, or engaging in an illegal, unfair, dishonest, deceitful or fraudulent business practice, which evidences a willful and deliberate disregard for the health, safety or welfare of either the patrons, employees or persons residing or doing business nearby, or competing businesses;

b.  Engaging in the same or similar business for which a license is required without first having obtained such license or, having obtained a license, engaging in the same or similar business during the period of suspension or after revocation;

     c.    Allowing another person to use one's license; or

     d.    Making any false, misleading or fraudulent statement of fact in the license application or in any document required by the City in conjunction therewith.

     e.    Failure to provide the City with a completed application, as defined in Section 30-1-1 of this Code.

(2)    Upon proof submitted to the Business License Center that the business for which an application for a license is pending, or for which a license has been issued:

     a.    Constitutes a public nuisance;

     b.    Creates traffic or parking problems which adversely affect the rights of the neighboring community to the peaceful enjoyment and use of their property;

     c.    Is used for or admits persons who use the business as their base of operations for:

         1.    Engaging in, to permitting, or to allowing gambling or the use, possession or presence of gambling apparatus or paraphernalia;

         2.    Prostitution, as defined by state law; or

         3.    The unlawful sale or use of drugs or drug paraphernalia, as defined in section 30-1-1 of this Code; or

         4.    The dissemination of illegal pornographic material or the presentation of specified sexual activity with the actual or constructive knowledge of the applicant or licensee; or

         5.    Specified criminal activity.

     d.    The business premises, location, or operation has not been made available for inspections during the City's regular business hours in accordance with this article;

     e.    A certificate of maintenance of zoning grant conditions as required by Section 61-4-37 of this Code, Detroit Zoning Ordinance, has not been provided for the subject premises;

     f.    That the business to be licensed, or currently licensed by the City, constitutes a specific hazard or threat to the peace, health, safety or welfare of the public.

(b)    Except as otherwise provided for in this Code, a license shall be denied, not renewed, suspended or revoked in accordance with Section 30-1-17 of this Code.

(Ord. No. 03-10, § 1, 2-23-10)