Case 2:15-cv-11000-MOB-APP  ECF No. 10.1, PageID.148  Filed 04/05/15  Page 1 of 1

# VERIFICATION

STATE OF MICHIGAN     )
                                 )

COUNTY OF WAYNE     )


      Joseph Fawaz and Southwest Metals, Inc, being duly sworn, say: We are the Plaintiffs to the above captioned lawsuit. We have read the above Verified Complaint and know the contents of the document to be true of our own knowledge, except those matters stated to be on information and belief, which we believe to be true.

_____
Joseph Fawaz

_____
Southwest Metals, Inc.


STATE OF MICHIGAN     )
                                 )

COUNTY OF WAYNE     )


      The foregoing instrument was acknowledged before me on this 23 day of March, 2015, by Joseph Ali Fawaz and Steven Fawaz.

Minerva Ala
Notary Public

Wayne County, Michigan

My Commission expires: 3/18/19

Mirene Ala
Notary Public of Michigan
Wayne County
Expires 03/18/2019
Acting in the County of Wayne

AYAD LAW, P.L.L.C.
2200 CANTON CENTER ROAD, Suite 220
CANTON, MICHIGAN 48187
P: (734) 983-0500 | F: (734) 983-3520