# Affidavit of Joseph Fawaz

I, **JOSEPH FAWAZ**, being duly sworn, deposes and says the following:

1. That I am authorized to make this statement on my behalf.

2. That I am competent and able to make the statements herein, and if called to testify in open court, I am able and competent to do so.

3. That I have personal knowledge of the information and facts stated herein.

4. Southwest Metals, Inc. (herein, "Southwest Metals") is a Michigan Domestic Profit Corporation located at 8122 Fort Street in Detroit, Michigan.

5. Southwest Metals is one (1) of sixteen (16) metal recycling companies located within the City of Detroit, and is potentially the smallest of the sixteen companies.

6. I have worked for Southwest Metals and have been involved in Detroit's metal recycling industry for five (5) years.

7. I know the other owners and operators of the metal recycling companies located within the City of Detroit.

8. To the best of my knowledge, knowing the owners and operators of the other fifteen (15) metal recycling companies, Southwest Metals is the only Arab-American and Muslim owned metal recycling business in Detroit.

9. To the best of my knowledge, none these other metal recycling companies have been the subjected to the same conduct as Southwest Metals by Sergeant Rebecca McKay of the Copper Theft Task Force.

10. Prior to the involvement of Sergeant Rebecca McKay of the Copper Theft Task Force, no criminal charges have ever been brought against Southwest Metals and its employees, or Joseph Fawaz.

11. Prior to the involvement of Sergeant Rebecca McKay of the Copper Theft Task Force, there has never been charges brought against Southwest Metals, Southwest Metals' employees, or Joseph Fawaz, that were prosecuted, dismissed, and reopened again later.

12. Sergeant Rebecca McKay reopened a prior criminal case in which I was never charged as a defendant, and in which I actually served as a prosecutorial witness, and charged me with a felony despite my prior assistance to the prosecution.

13. As a result, I pled to a charge under advisement, which was dismissed.

14. As of the signing of this affidavit, I have never been found guilty of a crime due to my involvement with Southwest Metals.

15. I currently reside at 7 Shady Hollow DR., Dearborn, Michigan, 48124.

Acknowledged and Agreed to:

Case 2:15-cv-11000-MOB-APP  ECF No. 10-3, PageID.152  Filed 04/05/15  Page 3 of 3

Dated: 3|23|15 _____          _____
                                     JOSEPH FAWAZ, Affiant

STATE OF MICHIGAN )
COUNTY OF WAYNE  )

Subscribed and Sworn to before me



Mirena Ala
Notary Public of Michigan
Wayne County
Expires 03/18/2019
Acting in the County of Wayne

_____,
Notary Public, County of Wayne

This ___23rd___, Day of March, 2015

My commission expires: 3|18|19 _____