

# Police
### DEPARTMENT

Joe Fawaz
Southwest Metals
8122 W. Fort Street.
Detroit, MI

On behalf of the Norfolk Southern Railroad Police, we would like to thank you and your staff for your efforts and quick thinking that led to the arrest and prosecution of two individuals that were scrapping large amounts of railroad material. Southwest Metals continues to represent their community to the up highest level. Their professionalism and knowledge of metals continues to impress. The railroad appreciates, and thanks you for your cooperation with law enforcement. Southwest Metals has expressed their concerns with illegal scrapping issues and will continue to work with the NS Police and other local, state, and federal police agencies. Again thank you for your services and the willingness to keep your employees and the community safe.

Respectively,
Special Agent C.A. Warner

Norfolk Southern Railroad Police
17301 Michigan Ave
Dearborn, MI 48126

1331 Atwater Street
Detroit, MI 48207

 **U.S. Customs and
Border Protection**

October 20, 2013


TO:       Joseph Fawaz, Owner Southwest Metals
          8122 W. Fort St.
          Detroit, MI 48209

FROM:     Shawn Horvath, Border Patrol Agent
          1331 Atwater St.
          Detroit, MI 48207

SUBJECT:   Appreciation Letter

I wanted to take a moment to say thank you for your assistance on April 29, 2013 involving the theft of a motor vehicle. Your allocation of video surveillance, and subsequent testimony regarding that surveillance video assisted in three subjects pleading guilty for their crimes they committed against society.

It is great to see an individual step forward and go above and beyond to assist the community. You were not obligated to provide video surveillance of this incident, as well as the subsequent testimony. You did not have to assist our investigation in any way. However, Mr. Fawaz you felt as a concerned citizen that this situation was wrong, and you needed to be helpful in the best manner you were able and capable of.

For your passion Mr. Fawaz I say thank-you. I appreciate what you have done, and remember that if you ever need to report a crime, problem, or need assistance from Border Patrol to please contact me at (734) 934-0954 or shawn.j.horvath@cbp.dhs.gov.