State of Michigan                                                          **Page 1**

# SEARCH WARRANT

County of Wayne                                    1330 Industrial, Dearborn, Mi.

## TO THE SHERIFF OR ANY PEACE OFFICER:

Sergeant Rebecca Mckay has sworn to the affidavit regarding the following:

**1. The person, place or thing to be searched is described as and is located at:**

<u>1330 Industrial Dearborn Mi</u> : The building is described as a 1 story, red brick, commercial building. The building sits on the east side of the street between Morningside and Berkshire, in the city of Dearborn, County of Wayne, and State of Michigan.

Said search to include any basement or crawl space, any attic, any and all rooms, hallways, compartments, containers, closets, garages; attached or not. Storage areas, porches and any out buildings or vehicles connected to or associated with the person(s) within the residence that may be parked on the curtilage or on the street directly in front of the residence.

**2. The PROPERTY/PERSON(S) to be searched for and seized, if found, is specifically described as:**

➢ All 4/0 copper wire as described in the Theft Alerts issued and consistent with reported stolen wire as reported by DTE Energy and Public Lighting Department Detroit.
➢ All underground cable as described in the Theft Alerts issued and consistent with reported stolen wire as reported by DTE Energy and Public Lighting Department Detroit.
➢ Any receipts or paperwork identifying the sellers of the above described copper wire.
➢ Any other copper wire or other metals identified as being stolen property during the execution of this Search Warrant.
➢ All cell phones possessed by occupants of said location.
➢ Any vehicles and/or trailers at such location
➢ All video surveillance footage available (covering the inside and outside of the warehouse)

Any items tending to establish the identity of persons who have dominion and control of the location, premises, automobiles, or items to be seized, including delivered mail, whether inside the location or in the mail box/s, bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, lease agreements, sales receipts, tax statements, payroll check stubs, keys and receipts for safe deposit box(s), keys and receipts for rental storage space, keys and receipts for post office box or

1A001155

State of Michigan                                                      Page 2

# SEARCH WARRANT

County of Wayne                              1330 Industrial, Dearborn, Mi.

mail drop rentals, ignition keys, car door and trunk keys, vehicle ownership
certificates or "pink slips," and/or vehicle registration slips, recordation of voice
transmissions on telephone answering machines, audio tapes and telephone
message receipt books, and written phone messages, and photographs tending to
show occupation of the residence / business and connection between co-
conspirators, whether identified, or unidentified, also digital pagers which will
document telephone numbers of co-conspirators, and if found, to activate the
digital pagers' display mechanism and to obtain messages from the pagers,
answering machines, tape recorders, and any other recording devices, and to
play such devices to obtain their messages.

Any examples of handwriting including letters, address books, business records,
canceled checks, notes, and/or lists.

   **3. IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:**  I
have found that probable cause exists and you are commanded to make the
search and seize the described property.  Leave a copy of this warrant and a
tabulation (a written inventory) of all property taken with the person from whom
the property was taken or at the premises.  You are further commanded to
promptly return this warrant and tabulation to the court.


Issued:  MAR 2 1 2014                                          P-38107
         Date              Judge/Magistrate        Bar no.