# RETURN AND TABULATION

County of Wayne

Search was made 3/21/14 and the following property was seized:
Date

1. (1) card board bin cont'g 4/0 copper wire
2. (1) fiberglass bin cont'g 4/0 copper wire
3. (2) receipts for Derek Mumford found in cardb. bin w/ said 4/0 wire
4. Severa pieces of buss wire
   Taken from Wyoming/Marvin, Dearborn
5. (1) Semi trailer Cont'g copper wire bare

Sgt. R. McCray #397
Officer

Copy of warrant and tabulation served on: Gregory Aslinger
Name

Tabulation filed: Greg Aslinger 3/21/14 @ 6:15pm
Date