DETROIT NOTICE OF ADJUDICATION 8/15/12 09:38:52
Court 0

| Driver Lic | Name | DOB |
|---|---|---|
| F200441048052 | JOSEPH ALI FAWAZ | 11965 |

| Court Code | Violate Date | Adjud Date | Offense Code | Speed | Nature of Offense |
|---|---|---|---|---|---|
| 114D | 111511 | 81512 | | | TAG TO BE ATTACHED TO PURCHASED ARTICL |

| Orig Chg | Trial | Judge | Court Finding | Ticket/Case |
|---|---|---|---|---|
| | M | 55928 | DISMISSED | V80565911 |

| Plate# | Veh Yr | Veh Make | VIN |
|---|---|---|---|
| | | | |

PAPER PLATE FLAG NOT = "X" FOR THIS CASE
NXT CASE V80565911 PTY D01 COUNT 1 INQ ST
F1-Clear F13-OutQ F24-Prev menu Help

DETROIT
Court 0

NOTICE OF ADJUDICATION 8/15/12 09:39:40

| Driver Lic | Name | DOB |
|---|---|---|
| F200441048052 | JOSEPH ALI FAWAZ | 11965 |

| Court Code | Violate Date | Adjud Date | Offense Code | Speed | Nature of Offense |
|---|---|---|---|---|---|
| 114D | 111511 | 81512 | | | FAIL TO MEET STORAGE REQUIREMENTS(SCRA |

| Orig Chg | Trial | Judge | Court Finding | Ticket/Case |
|---|---|---|---|---|
| | M | 55928 | DISMISSED | V80565811 |

| Plate# | Veh Yr | Veh Make | VIN |
|---|---|---|---|
| | | | |

PAPER PLATE FLAG NOT = "X" FOR THIS CASE
NXT ___ CASE V80565811 PTY D01 COUNT 1 INQ ___ ST
F1-Clear F13-OutQ F24-Prev menu Help

DETROIT
Court 0

NOTICE OF ADJUDICATION 8/15/12 09:40:23

| Driver Lic | Name | DOB |
| --- | --- | --- |
| F200441048052 | JOSEPH ALI FAWAZ | 11965 |

| Court Code | Violate Date | Adjud Date | Offense Code | Speed | Nature of Offense |
| --- | --- | --- | --- | --- | --- |
| 114D | 111511 | 81512 | | | RECORD TO BE KEPT FOR EXAMINATION OF A |

| Orig Chg | Trial | Judge | Court Finding | Ticket/Case |
| --- | --- | --- | --- | --- |
| | M | 55928 | DISMISSED | V80565711 |

| Plate# | Veh Yr | Veh Make | VIN |
| --- | --- | --- | --- |
| | | | |

PAPER PLATE FLAG NOT = "X" FOR THIS CASE
NXT CASE V80565711 PTY D01 COUNT 1 INQ ST
F1-Clear F13-OutQ F24-Prev menu Help

**36TH DISTRICT COURT**
421 MADISON
DETROIT, MICHIGAN 48226

DETROIT MICH.

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
POST CARD RATE
PERMIT NO. 4754

PRESORTED

**YOU ARE DIRECTED TO APPEAR AS FOLLOWS:**

Ticket/Case Number: [illegible]

Proceeding: ARRAIGNMENT

Court day/date: MONDAY [illegible]

Time: 01:30 PM

Officer: MCKAY [illegible]
[illegible]

Notice date: * [illegible]
[illegible]

Offense: [illegible]
[illegible]

[illegible]
[illegible] SHADY [illegible]
DEARBORN [illegible]

[illegible]AHLP1 48124

# 36TH DISTRICT COURT

421 MADISON
DETROIT, MICHIGAN 48226

DETROIT MICH.

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
POST CARD RATE
PERMIT NO. 4754

**YOU ARE DIRECTED TO APPEAR AS FOLLOWS:**

Ticket/Case Number: [illegible] 12 0[illegible]

Proceeding: ARRAIGNMENT

Court day/date: MONDAY [illegible]

Time: [illegible] PM

Officer: MCKAY REBECCA
[illegible] 3776

Notice date: * 9/06/12
[illegible] DATE [illegible]

Offense: [illegible]
[illegible] COURTRM [illegible]

PRESORTED

[illegible]

[illegible]

[illegible]

[illegible] 48124

**36TH DISTRICT COURT**
421 MADISON
DETROIT, MICHIGAN 48226

DETROIT MICH.

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
POST CARD RATE
PERMIT NO. 4754

PRESORTED

**YOU ARE DIRECTED TO APPEAR AS FOLLOWS:**

Ticket/Case Number: [illegible]

Proceeding: [illegible]

Court day/date: [illegible]

Time: [illegible]

Officer: MCKAY REBECCA [illegible]

Notice date: * [illegible]

Offense: [illegible]

[illegible]

[illegible] 48124