JACKET #15GA034

*2015'100162*

CASE # 1502090237

DETROIT POLICE DEPARTMENT

# INVESTIGATOR'S REPORT

DATE: 2/6/2015

| IN CUSTODY | | DEFENDANT NAME | ADDRESS WITH ZIP CODE | AGE | SEX | RACE | D.O.B. | IDENT. |
|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | |
| | ☒ | 1.  Gregory Andrew Aslinger 20850 Mary St Taylor Mi 48180 | | 50 | M | W | 07/04/1964 | |
| | ☒ | 2. Joseph Fawaz 7 Shady Hollow Dearborn, 48124 | | 50 | M | W | 1/19/65 | 15044547 |

OFFENSE (TO BE FILLED IN BY PROSECUTOR)

1-40  Scrap Metal Record Keeping Violations

| TIME | DATE OF OFFENSE 8/26/14 - 2/26/15 | PLACE OF OFFENSE | DATE OF COMPLAINT | COURT FILE NUMBER | JACKET NUMBER |
|---|---|---|---|---|---|
| 3:00pm | 1/6, 1/8, 1/10, 1/14, 1/16, 1/17, 1/20, 1/21 1/22, 1/23, & 1/26/2015 | 8122 W Fort St | | | 15GA034 |

| COMPLAINANT'S NAME | | SEX | AGE | D.O.B. | RACE | RELATION TO DEF. |
|---|---|---|---|---|---|---|
| State of Michigan | MICHIGAN | | | | | Strangers |

| OTHER PENDING CHARGES | COMPLAINANT'S PHONE |
|---|---|
| | |

| PERSON TO SIGN | ASSISTANT PROSECUTING ATTORNEY |
|---|---|
| | Glenn Alohen 44075 |

In the month of February 2015 the Detroit Police Department's General Assignment Unit received information on an ongoing metal theft occurring at a local scrap yard. According to the complaint, several perpetrators and a vehicle had been identified by private security officers. The complaint alleges that over the past several months thousands of pounds of steel has been consistently disappearing each week from the yard. General Assignment Unit officers began by receiving the names of suspects from the complainant that were investigated and visiting several scrap yards in Southwest Detroit to determine where the suspects were selling this steel.

On February 6, 2015 at approximately 3:00pm Detroit Police Sergeant Rebecca McKay with Detective Laura Splitt of the General Assignment Unit went to Southwest Metals to complete a customer inquiry. Upon arrival the officers met Manager Greg Aslinger and explained the reason for the visit. Aslinger led the officers to the non ferrous scale area where a search for (4) specific names were conducted. The officers also had a couple of photographs to show Southwest Metals employees; in an effort to identify the persons in each photo. Below are the suspect's names that were requested; Holland, Lavette and Jones were found in the system at Southwest Metals. Another suspect, Gordon Davis was identified by the photo provided as a customer and the suspect in the other photograph was identified by yard employees as someone who assists the others at the yard. Sergeant McKay and Detective Splitt ordered all paperwork (copy of ID, thumb print, receipts, license plate numbers, etc) with regard to the sellers back to July 1, 2014 to include all photographs of ferrous metals for the past (30) days sold by the individuals as required (MCL 445.427).

- John Richard Holland WM 3-10-61
- Willie Dove Lavette BM 7-21-68
- James Greene BM 7-2-69
- Robert Jones BM 2-11-53

REVIEWED AND APPROVED BY _____

(SIGNATURE OF INVESTIGATING OFFICER)
Sergeant Rebecca McKay #S397

(Signature of Commanding Officer)          District or Bureau

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

| ☒ MISDEMEANOR ☐ FELONY | IN CUSTODY? NO | PRECINCT (DETROIT) General Assignment Unit | DATE 2/8/2016 |
|---|---|---|---|

| ☐ DENY  ☒ RECOMMEND THE ISSUING OF A WARRANT AGAINST: | | | | | | |
|---|---|---|---|---|---|---|
| NAME | ADDRESS | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
| 1.  Gregory Andrew Aslinger 20850 Mary St Taylor Mi 48180 | | 50 | M | W | 07/04/1964 | |
| 2. See Above | | | | | | |

#1-40

1b

OFFENSE (TO BE FILLED IN BY PROSECUTOR)

1-40  Record Keeping Violations  A 1 + 2

TAPE NUMBER

SECTION (TO BE FILLED IN BY PROSECUTOR)

① 445.427

PAGE NUMBER

COMPLAINANT'S NAME          ADDRESS

State of Michigan

| CITY | STATE |
|---|---|
| Detroit | Michigan |

INSTRUCTIONS

SIGNED  Glenn Alohen  44075

Case 2:15-cv-11000-MOB-APP ECF No. 10-8, PageID.105 Filed 04/05/15 Page 2 of 3

DPD 407-B(10-77)

# INVESTIGATOR'S REPORT SUPPLEMENT

Name of
Defendant #1 only. Gregory Andrew Aslinger                          Offense No:

Date of Complaint:

---

### DETAILS OF INVESTIGATION *(Continued)*

- Gordon Davis BM (individual identified in a photograph shown to employees)
- Records for Richard Baker were also requested (unrelated to the initial criminal investigation involving the above mentioned)

On February 12, 2015 Detroit Police Officer Tommy Bell received the records request from Southwest Metals in regard to the above mentioned matter.

- Holland – receipts beginning August 26, 2014 ("Buy By Seller Report"), the report shows (45) dates that Holland sold metals to Southwest Metals and on many of these dates Holland has several transactions. Holland sold metals to Southwest Metals on (11) days going back (30) days from the date of the request and made (58) transactions over the (11) day period.

    1. Southwest Metals provided (3) photographs – the (3) photographs did not capture the metal sold.
    2. No copy of ID provided
    3. No license plate numbers provided
    4. No thumb print provided

- Lavette – No records provided

- Jones – No records provided

- Davis – No records provided

- Baker – No records provided for first transaction (records for second provided)

Sergeant McKay reviewed the provided documents and prepared and sent an email to Joe Fawaz and Greg Aslinger at Southwest Metals in regard to the missing items in the request. The email outlined the request in writing. This time Sergeant McKay requested Southwest Metals provide all video in regard to the transactions made by Holland and the others (if receipts showed they sold metals within the (30) day request) due to the fact that the photographs at the ferrous scale were not being taken, and in the hopes that video may have captured the material being sold.

On February 13, 2015 Sergeant McKay received a response from Manager Greg Aslinger in regard to the above request. Aslinger complained about the request and advised Sergeant McKay that Holland sold the same metals every time he came into the yard and said the request was too much to fulfill. Sergeant McKay advised Aslinger to provide ALL of the video.

On February 16, 2015 Sergeant McKay inquired about the second request and was advised that it was complete and ready for pick up.

On or about February 17, 2015 Officer Tommy Bell and Detective Splitt picked up the document request from Southwest metals which consisted of four envelopes labeled "John Holland", "Gordon Davis", "William Lavette", and "Richard Baker". No records were provided for Robert Jones. The officers indicated that they observed no photographs being taken at the ferrous scale upon their visit to the yard that day.

On February 26, 2015 the provided documentation was reviewed.

- Holland – contained a copy of his identification and a DVD. The DVD contained three video clips. One of the video clips shows the vehicle license plate. One of the video clips shows heavy steel being left by a blue van, unable to identify the type of steel. No video captures the image of the metals sold to Southwest Metals at the ferrous scale. No thumb print provided.

    1. *(58) violations – Fail to take photograph or digital, electronic, or video image of scrap metal purchased*
    2. *(4) violations – Fail to produce records of purchase transaction (includes first request)*

- Davis – contained a copy of his identification, the "Buy By Seller Report", and a DVD. The DVD contained three video clips (Davis was not in the yard in the past (30) days). Since August 2014 Davis has sold 126,715 pounds of steel and was paid $14, 920. No photographs were provided. No vehicle license plate was provided.

- Lavette – contained two receipts. No copy of identification provided. No thumb print. No vehicle license plate.

    1. *(4) violations - Fail to produce records of purchase transaction (includes first request)*

- Baker – records provided after second request (sales conducted at non ferrous scale)

- Jones – No records provided

    1. *(2) violations - Fail to produce records of purchase transaction (includes first request)*

## (72) Scrap Metal Regulatory Act violations (MCL 425.427) found at Southwest Metals during this investigation into a criminal case involving the theft of metals.

## WITNESSES:

Detroit Police Detective Laura Splitt #3636/DPD GAU will testify to the initial request for records and to conducting the criminal investigation into Holland, Davis, Lavette, and Jones.

Detroit Police Officer Tommy Bell #1602/DPD GAU will testify to receiving records and to observing Southwest Metals failing to photograph ferrous metals

Detroit Police Sergeant Rebecca McKay #S397 DPD/GAU will testify to the initial and subsequent records request, to review provided records, to text message conversations, observations and report.