CERTIFIED MAIL

March 26, 2015

Steven Fawaz
Southwest Metals, Inc.
8122 W. Fort Street
Detroit, MI 48209

**Re: Renewal of Detroit Business License No. BUS 2010-00432**

Dear Mr. Fawaz:

The Buildings Safety Engineering Environmental Department has received your application for the 2015-2016 renewal of Business License No. BUS 2010-00423 for a Scrap Iron and Metal Processor license for Southwest Metals, Inc., located at 8122 Fort Street. Pursuant to Sections 30-1-15, 30-1-16 and 30-1-17 of Chapter 30 of the 1984 Detroit City Code "Licenses," we are not renewing your license at this time because we have been notified by the Detroit Police Department that there are pending violations of the Michigan Scrap Metal Regulatory Act concerning the premises. Your 2014-2015 Business License expires March 31, 2015.

The license renewal application fee paid to the City of Detroit on March 23, 2015 will be refunded and available for pick up on April 17, 2015 at our office.

Please see Chapter 30 of the 1984 Detroit City Code for applicable procedures to appeal this decision.

Very truly yours,

Eric Jones
Director

cc: Rick Bowers, Esq.
James Craig, Chief of Police
Melvin Butch Hollowell, Corporation Counsel
Kevin Jones, Business License Center