**INDEX OF EXHIBITS**

1. Request for tax clearance for Southwest Metals

2. "Crackdown in a Detroit Stripped of Metal Parts," New York Times, March 15, 2015

3. "Scrappers Decimate Detroit's Southwestern High School Just Two Years After it Closed," MLive, March 13, 2014

4. "Scrappers Take Anything of Value from DPS Sites," Detroit News, November 10, 2010

5. "9 Ways Scrappers are Destroying Detroit Area," Motor City Muckraker, April 11, 2014

6. Scrap Metal Regulatory Act, MCL 445.421 – 445.443

7. Chapter 49, Article 8 of the Detroit City Code, sections 49-8-1 through 49-8-28

8. DPD report re Case No. 1207300394

9. DPD report re Case No. 1209030248

10. DPD report re Case No. 1208280280

11. DPD Report re Case No. 1301030071

12. DPD Investigator's Report re Case No. 1305050069 and related documents

13. DPD Report re Case No. 1309200268

14. DPD report re Case No. 1403210278

15. DPD Investigator's Report prepared on or about March 21, 2014 involving tipster
16. DPD report re Case No. 140321020278

17. DPD report re Case No. 1408070309

18. DPD report re Case No. 1409040312

19. DPD Investigator's Report re Case No. 1411070300.6

20. DPD report re Case No. 1502090237

21. Detroit Police Department summary noting that in 9 out of 20 total cases involving the sale of stolen non-ferrous metals in 2014, the sellers stated that the sold to Southwest Metals and/or the investigation eventually led to Southwest Metals.

22. Proposed Pre-Hearing Conference Summary, describing 24 separate incidents involving various legal violations occurring at Southwest Metals since 2011

23. BSEED letter dated March 31, 2014 noting City's intent to revoke Southwest Metal's business license

24. BSEED letter dated March 31, 2014 noting City's intent to revoke Southwest Metal's business license

25. Emerald Casino, Inc. v Jaffe, 2005 U.S. Dist LEXIS 24261 (N.D. Ill Oct. 17, 2005)

26. Upfront Tavern & Grill v City of Chicago, 1994 U.S. Dist LEXIS 6780

27. Sergeant McKay summary of police activity in 2014

28. Khan v City of Flint, 2010 Mich App LEXIS 2340, at pages *10 - *12, reversed on other grounds, 490 Mich 851 (2011)

29. Stoll v City of Detroit, 2002 Mich App LEXIS 426

30. Big Valley Corp. v Weinrib, 1997 Mont. Dist. LEXIS 650 (Mont Dist. Ct. 1997)

31. Police reports regarding arrests of James Pratt of Lafayette Recycling and Marshall Wilson of Detroit Iron & Metal

32. Letters of notice of intent to revoke or decline to renew business licenses of Lafayette Recycling, Detroit Iron & Metal, and Basic Recycling