# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 1403210278
Report No. 1403210278.2
Report Date: 3/24/2014

**1**
Page 1 of 3

Subject: 04-GA-4918-Search Warrant

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | I - IN PROCESS | Date Entered | 3/24/2014 8:47:38 PM | Reporting Officer | 234398 - MCKAY, REBECCA |
| County | 82 - WAYNE | Entered By | 234398 - MCKAY, REBECCA | | |
| City/Township | 95 - DEARBORN | Date Verified | | Assisted By | 235858 - BARMORE, CRYSTAL |
| Occurred On | 3/21/2014 10:00:00 AM | Verified By | | | 231031 - BELL, TOMMY |
| | | Date Approved | | | 232996 - CHAPA, JAVIER |
| | | | | | 236185 - ZBERKOT, THOMAS |
| (and Between) | | Approved By | | | |
| Location | 8122 W. FORT | Connecting Cases | | Assist Agency | CSX SPECIAL AGENT LUIS ORTIZ; DEARBORN PD CAR 4; DTE CORPORATE INVESTIGATOR DEREK HASSAN |
| CSZ | DETROIT, MI 48201 | Disposition | ACTIVE | | |
| Census/Geo Code | 5237 | Tactical Actions | | | |
| Grid | SW7 - 0207 | Clearance Reason | | | |
| Call Source | | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | DETROIT POLICE DEPARTMENT | | |
| Vehicle Traveling | | Notified | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

Report Narrative   MCKAY   S397          BELL   1602     4918

A: NONE

S: INSPECTION AND SEARCH WARRANT EXECUTION

C: ON MARCH 17, 2014 I, DETROIT POLICE SERGEANT REBECCA MCKAY RECEIVED A CALL FROM A PERSON WHO WISHED TO REMAIN ANONYMOUS. THE TIPSTER WANTED TO REPORT ILLEGAL ACTIVITY THAT WAS OCCURRING AT SOUTHWEST METALS LOCATED AT 8122 W FORT STREET. I ARRANGED A MEETING WITH THE TIPSTER AND I OBTAINED A SIX PAGE STATEMENT FROM THE TIPSTER ON THE SAME DAY DOCUMENTING THE TIPSTERS INFORMATION. THE TIPSTER POINTED OUT 1330 INDUSTRIAL, DEARBORN, A SCRAP PROCESSING LOCATION DURING THE INTERVIEW. THE TIPSTER INDICATED THAT JOE FAWAZ (OWNER OF SOUTHWEST METALS) USES THAT LOCATION TO PROCESS COPPER WIRE WITHOUT TAGGING AND HOLDING AND THAT THE TIPSTER HAD RECENTLY WORKED AT THE WAREHOUSE AND PROCESSED 4/0 AND UNDERGROUND COPPER WIRE THAT WAS REPRESENTED IN THEFT ALERTS ISSUED. THE TIPSTER INDICATED THAT THE WIRE IS PURCHASED AT 8122 W. FORT ST AND MOVED TO 1330 INDUSTRIAL THROUGHOUT THE WORK DAY.
OVER THE NEXT SEVERAL DAYS MEMBERS OF THE GENERAL ASSIGNMENT UNIT CONDUCTED SURVEILLANCE AT 1330 INDUSTRIAL AND OBSERVED SEVERAL VEHICLES ARRIVE AT DIFFERENT TIMES DELIVERING MATERIALS. AT LEAST ONE OF THE VEHICLES, A BLACK DODGE DURANGO, WAS REGISTERED TO SOUTHWEST METALS INC., AT 8122 W. FORT STREET. ANOTHER, A BLACK LINCOLN NAVIGATOR, REGISTERED TO SARAH FAWAZ AT 7 SHADY HOLLOW, DEARBORN (POSSIBLY JOE FAWAZ' WIFE AS THE ADDRESS IS LAST KNOWN AS FAWAZ' HOME ADDRESS) WAS ALSO OBSERVED AT THE LOCATION. THE OFFICERS ALSO OBSERVED WHAT APPEARED TO BE SOME TYPE OF METALS STICKING OUT OF LARGE WOODEN OR CARD BOARD BOXES (LARGE CARD BOARD BOXES ARE USED IN THE INDUSTRY TO STORE AND MOVE METALS) INSIDE THE WAREHOUSE AND IN THE YARD. THE YARD ALSO CONTAINED HEAVY EQUIPMENT, COMMONLY USED IN THE SCRAP RECYCLING INDUSTRY.
ON MARCH 20, 2014, I CONTACTED THE CITY OF DEARBORN AND SPOKE TO COURTNEY ASKORA AT THE TREASURERS OFFICER WHO INDICATED THAT 1330 INDUSTRIAL HAD NO BUSINESS LICENSE AND WAS REGISTERED UNDER THE NAME OF STEVEN FAWAZ (STEVEN FAWAZ HOLDS THE BUSINESS LICENSE AT 8122 W. FORT ST). I SPOKE TO ANTHONY CIAZAGLIA AT THE CITIES ASSESSORS OFFICE WHO INDICATED THAT IN JUNE 2012, 1330 INDUSTRIAL OBTAINED A CERTIFICATE OF OCCUPANCY AS INDUSTRIAL RECYCLING. I SPOKE TO LISA WHITE AT COMMERCIAL CERTIFICATE OF OCCUPANCY WHO INDICATED THAT ALL INSPECTIONS HAD BEEN COMPLETED AT THE LOCATION AND THE CITIES CLERK'S OFFICE WOULD BE ABLE TO TELL ME WHY A BUSINESS LICENSE WAS NOT ISSUED. I SPOKE TO STEVE GERHART AT THE CLERKS OFFICE WHO INDICATED THAT THE CITY OF DEARBORN DOES NOT ISSUE LICENSES TO THE TYPE OF BUSINESS INDUSTRIAL RECYCLING WAS CLAIMING THEY WERE.

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1403210278**
Report No. **1403210278.2**
Report Date: **3/24/2014**

**2**

Page 2 of 3

ON MARCH 21, 2014 I APPLIED FOR A CONTINGENT SEARCH WARRANT. THE SEARCH WARRANT WAS CONTINGENT ON THE FINDINGS AT MY UNANNOUNCED SCRAP YARD INSPECTION PLANNED FOR THE SAME DAY AT 8122 W. FORT STREET, SOUTHWEST METALS. DETROIT POLICE SERGEANT CHAPA, DETROIT POLICE OFFICER BARMORE AND OFFICER ZBERKOT WERE SET UP ON SURVEILLANCE WATCHING 1330 INDUSTRIAL WHILE I OBTAINED THE SEARCH WARRANT. WHILE AT THE WCPO I RECEIVED UPDATES ON THE ACTIVITIES AT 1330 INDUSTRIAL AND RECEIVED INFORMATION FROM INVESTIGATOR DEREK HASSAN WHO ADVISED ME THAT A THEFT OF OVERHEAD COPPER WIRE HAD OCCURRED OVER NIGHT. I UPDATED THE SEARCH WARRANT ACCORDINGLY. IN ADDITION, I RECEIVED INFORMATION THAT A SEMI TRUCK WAS BEING LOADED UP AT 1330 INDUSTRIAL.
MYSELF, AND DETROIT POLICE OFFICER TOMMY BELL, PROCEEDED TO 8122 W. FORT STREET TO CONDUCT THE INSPECTION. I INTRODUCED MYSELF TO GREGORY ASLINGER, WHO ADVISED ME HE WAS THE MANAGER OF SOUTHWEST METALS. I BEGAN BY SENDING OFFICER BELL TO THE CASHIERS OFFICE TO PULL RECEIPTS AND I REQUESTED TO REVIEW VIDEO (IN AN EFFORT TO CO-OBERATE WHAT THE TIPSTER HAD TOLD ME). OFFICER BELL PULLED SIX RECEIPTS AND REVIEWED THEM WHILE I SPOKE TO MICHAEL YAZBACK AND SHOWED HIM A SAMPLE OF THE 4/0 COPPER WIRE REPORTED STOLEN BY DTE ENERGY. I ASKED HIM, "HAVE YOU PURCHASED ANY OF THIS WIRE IN THE PAST 10 DAYS?" YAZBACK GLANCED AT THE SAMPLE IN MY HAND, WOULD NOT MAKE EYE CONTACT WITH ME AND SAID, "I DON'T REMEMBER." I THEN ASKED YAZBACK TO PULL UP VIDEO FOR MARCH 14, 2014 AT APPROXIMATELY 11AM. YAZBACK MADE SEVERAL ATTEMPTS AND WAS NOT ABLE. I ADVISED YAZBACK TO GET SOMEONE WHO WAS ABLE TO OPERATE THE SYSTEM OR ARRESTS WOULD BE MADE FOR NONCOMPLIANCE. YAZBACK THEN CALLED JOE FAWAZ WHO ARRIVED AT THE LOCATION SHORTLY THEREAFTER. FAWAZ ENTERED A SECURITY CODE INTO THE SYSTEM AND CALLED ANOTHER EMPLOYEE OVER SHOWING THAT EMPLOYEE HOW TO OPERATE THE SYSTEM. FAWAZ THEN PROMPTLY LEFT THE LOCATION. WHILE THE EMPLOYEE PULLED UP THE VIDEO REQUEST, I WALKED AROUND THE WAREHOUSE TO LOOK AROUND. AT THE NORTHEAST CORNER OF THE WAREHOUSE, SITTING ON A WORKBENCH, I OBSERVED A PIECE OF THE UNDERGROUND COPPER CABLE DESCRIBED IN SEVERAL THEFT ALERTS ISSUED AND STOLEN FROM CITY OF DETROIT PUBLIC LIGHTING DEPARTMENT (THE CABLE WAS APPROXIMATELY 6" IN LENGTH). I LOOKED FURTHER AND NOTICED WHAT APPEARED TO BE 4/0 COPPER WIRE COVERED IN OILY PAPER. I OBSERVED TWO STRANDS ABOUT 12" IN LENGTH. I PHOTOGRAPHED THE MATERIAL, AS I WAS UNCERTAIN AT THE TIME IF IT WAS CONSISTENT WITH THE DTE ENERGY MATERIAL (DUE TO THE OILY PAPER). I LATER LEARNED THAT IT WAS CONSISTENT WITH ONE OF THE OVERHEAD COPPER CABLE CUTS DTE ENERGY SUFFERED. THE WORKBENCH APPEARED TO HAVE BEEN UTILIZED RECENTLY AS THE MATERIAL LEFT ON THE BENCH WAS FRESH AND FREE OF DUST. WHEN I SHOWED THE 4/0 AND UNDERGROUND CABLE TO GREGORY ASLINGER, HE SAID, "WHERE DID YOU FIND THAT? THAT MUST HAVE COME IN BEFORE I STARTED WORKING HERE!" ASLINGER WOULD THEN LEAVE THE AREA AND RETURN A SHORT TIME LATER WITH A CLIPBOARD. THE THEFT ALERT FOR THE UNDERGROUND CABLE WAS ON THAT CLIPBOARD. THE UNDERGROUND CABLE WAS SEIZED AND LATER PLACED ON EVIDENCE. I PHOTOGRAPHED THE PAPER COVERED 4/0 COPPER WIRE AND LEFT IT AT THE LOCATION. I ADVISED THE SURVEILLANCE CREW OF THE DISCOVERY AND DIRECTED THEM TO SECURE 1330 INDUSTRIAL UNTIL MY ARRIVAL. I WAS ADVISED THAT THE SEMI TRUCK HAD LEFT THE LOCATION WITHIN ONE MINUTE OF MY ARRIVAL AT 8122 W. FORT STREET. THE SEMI HAD BEEN STOPPED AT WYOMING AND MARVIN AND A LARGE AMOUNT OF 4/0 COPPER WIRE WAS DISCOVERED INSIDE THE TRAILER. THE TRAILER WAS SEIZED AND PLACED ON EVIDENCE.
I BEGAN REVIEWING VIDEO AND AT APPROXIMATELY 12:26PM ON MARCH 14, 2014, AN UNKNOWN PERSON IS SEEN PUSHING A CART OF WHAT IS CONSISTENT WITH THE 4/0 COPPER WIRE THAT HAD BEEN REPORTED STOLEN THE SAME MORNING BY DTE ENERGY AND CONSISTENT WITH THE INFORMATION GIVEN BY THE CI ON MARCH 17, 2014. THE COPPER IS RECEIVED, INSPECTED AND WEIGHED UP BY SCOTT SCHILLAIR (SCALE OPERATOR). THE COPPER IS PUSHED TOWARD THE TAG AND HOLD BIN AND LATER AN EMPLOYEE (NOT SCHLLIAR) BEGINS UNLOADING THE COPPER WIRE INTO THE TAG AND HOLD BIN. BEFORE THIS EMPLOYEE CAN FINISH, HE IS STOPPED BY MICHAEL YAZBACK AND SCOTT SCHILLIAR. WHEN THE TWO WALK AWAY, THE EMPLOYEE BEGINS TAKING THE COPPER WIRE BACK OUT OF THE TAG AND HOLD BIN, LOADING IT BACK INTO THE CART. WHEN HE IS FINISHED, HE PUSHES THE CART TOWARD THE NORTH SIDE OF THE BUILDING (WHERE A BAY DOOR LEADING TO THE REAR OF THE FACILITY SITS AND WHERE IT IS KNOWN TO BE A LOADING DOCK AREA). I RECORDED THE RECORDING ON MY CELL PHONE TO PRESERVE IT IN CASE IT WAS LOST. I REQUESTED TO VIEW ANOTHER DAY AND TIME AND THE SYSTEM CRASHED. SEVERAL ATTEMPTS WERE MADE TO REBOOT THE SYSTEM TO NO AVAIL.
AFTER I CO-OBERATED THE INFORMATION RECEIVED FORM THE CI., I ADVISED OFFICER BELL TO BEGIN CHECKING THE TAG AND HOLD SECTION FOR MARCH 14, TO SEE IF THE COPPER WIRE SALE OBSERVED ON VIDEO WAS INDEED TAGGED AND HELD. THE MATERIAL WAS NOT FOUND, EVEN AFTER DUMPING EVERY TAG AND HOLD BIN. I ASKED ASLINGER IF HE HAD ANY COMMERCIAL ACCOUNTS ON FILE THAT COULD'VE SOLD THE MATERIAL. HE JUMPED UP EXCITEDLY, AS IF HE HAD AN EPIPHANY, AND SAID, "YES, HANG ON!" ASLINGER WOULD RETURN A FEW MINUTES LATER WITH A TICKET FOR A COMMERCIAL ACCOUNT. HE HAND ME THE TICKET AND TOLD ME THAT WAS PROOF OF THE SALE. THE TICKET ASLINGER PROVIDED WAS FOR A TRANSACTION THAT OCCURRED AROUND 4:00PM. I REQUESTED THE TICKET FOR THAT SPECIFIC TRANSACTION AND ASLINGER WAS UNABLE TO PRODUCE IT.

I ISSUED FOUR ORDINANCE VIOLATIONS TO GREGORY ASLINGER (FAILURE TO TAG AND HOLD, FAILURE TO RECORD LICENSE PLATE NUMBERS, AND FAILURE TO PRODUCE REQUESTED RECORDS). ATTORNEYS ARRIVED AT THE LOCATION AND I ADVISED THEM ON THE SITUATION. I ALSO PRESENTED THEM WITH THE SEARCH WARRANT FOR 1330 INDUSTRIAL.
OFFICER BELL AND I PROCEEDED TO 1330 INDUSTRIAL TO CONDUCT A SEARCH OF THE LOCATION, MEETING WITH SERGEANT CHAPA AND OFFICER ZBERKOT. UPON ARRIVAL I BEGAN INSPECTING THE PREMISES. DTE INVESTIGATOR DEREK HASSAN WAS PRESENT WITH ME. I OBSERVED SEVERAL BINS CONTAINING WHAT APPEARED TO BE OUTDOOR WEATHERED 4/0 COPPER WIRE. THIS WIRE HAS BEEN CONSISTENTLY REPORTED STOLEN BY PUBLIC LIGHTING DEPARTMENT DETROIT. I CALLED FOR PLD ASSISTANCE AND BILL SPITZ MADE THE SCENE. UPON HIS INSPECTION HE

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 1403210278
Report No. 1403210278.2
Report Date: 3/24/2014

**3**

Page 3 of 3

WAS UNSURE WHAT HE WAS LOOKING AT, IT WAS CLEAR THAT HIS KNOWLEDGE WAS LIMITED AS HE INDICATED THAT DTE ENERGY ONLY USES 1/0 AND 3/0 COPPER WIRE (I KNOW THIS IS A FALSE STATEMENT BASED ON MY EXPERIENCE AND THE FACT THAT SEVERAL THEFTS OF 4/0 COPPER WIRE HAVE BEEN REPORTED BY DTE ENERGY AND I RECENTLY HELD A SAMPLE OF THE SAME WIRE). I LOOKED THROUGH SEVERAL BINS AFTER EMPLOYEES DUMPED THEM AND PULLED THE 4/0 COPPER CABLE FROM THE BINS. DURING THE SEARCH OF THE DUMPED BINS, BILL SPITZ DID RECOGNIZE SEVERAL COPPER WIRE CABLES THAT HE INDICATED ARE FOUND INSIDE PLD SUBSTATIONS (PLD HAS REPORTED SEVERAL SUCH THEFTS RECENTLY). THOSE PIECES WERE SEIZED AND LATER PLACED ON EVIDENCE.
WHILE THE SEARCH WAS BEING CONDUCTED ASLINGER ARRIVED AT THE WAREHOUSE AND REMAINED UNTIL THE SEARCH WAS OVER. I PREPARED THE SEARCH WARRANT RETURN AND PRESENTED THE DOCUMENT TO ASLINGER FOR HIS REVIEW AND SIGNATURE. I ADVISED ASLINGER OF THE DATES OF VIDEO SURVEILLANCE I NEEDED FROM SOUTHWEST METALS. ASLINGER ASSURED ME THAT THE VIDEO WOULD BE EXTRACTED AND AVAILABLE TO BE PICKED UP ON SATURDAY, MARCH 22, 2014. VIDEO WAS ALSO ORDERED IN THE SEARCH WARRANT FOR 1330 INDUSTRIAL AND WAS NOT PRODUCED AT THE TIME OF THE SEARCH WARRANT EXECUTION. I WILL BE FOLLOWING UP WITH THAT REQUEST ON MARCH 24, 2014. IT SHOULD BE NOTED THAT ASLINGER WAS ON THE PHONE WITH JOE FAWAZ THROUGHOUT THE INSPECTION AND SEARCH, ON SEVERAL OCCASIONS I HEARD HIS VOICE ON THE OTHER END OF THE PHONE AS ASLINGER WAS NEAR ME WHEN ANSWERING THE CALLS.
A SEARCH OF THE TRAILER SEIZED WILL COMMENCE ON MONDAY, MARCH 24, 2014 TO DETERMINE WHAT STOLEN MATERIAL IS ON BOARD. THE SEMI TRUCK WAS HEADED TO INDIANA WITH THE COPPER WIRE FROM 1330 INDUSTRIAL.

O: ABOVE

T: ET#E43218704: SEMI TRUCK CONT'G COPPER WIRE AND OTHER COPPER MATERIAL
ET#E43218804: UNDERGROUND CABLE APPRX 6" IN LENGTH, LEAD ENCASED
ET#E43218904: PHOTO OF PAPER COVERED 4/0 OILY COPPER WIRE 12" SECTION (DTE WIRE)
ET#E43219004: (1) CARDBOARD BOX CONT'G 4/0 & SUSPECTED SUBSTATION WIRE
ET#E43219104: (1) FIBERGLASS BOX CONT'G 4/0 COPPER

## Offense Detail: 2804 - STOLEN PROPERTY - POSSESSING

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 2804 - STOLEN PROPERTY - POSSESSING | | | | |
| IBR Code | 280 - STOLEN PROPERTY OFFENSES | Location | 88 - OTHER | | |
| IBR Group | A | Offense Completed? | YES | No. Prem. Entered | |
| Crime Against | PR | Hate/Bias | 00 - NONE (NO BIAS) | Entry Method | |
| Offense File Class | 28000 - STOLEN PROPERTY | Domestic Violence | NO | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | B - BUYING/RECEIVING | | | | |
| Weapons | | | | | |

## Suspect S1: ASLINGER, GREGORY

| | | | | | |
|---|---|---|---|---|---|
| Suspect Number | S1 | DOB | | Place of Birth | |
| Name | ASLINGER, GREGORY | Age | 50 | SSN | |
| AKA | | Sex | M - MALE | DLN | |
| Alert(s) | | Race | W - WHITE | DLN State | |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | | Ht. | | Occupation/Grade | |
| CSZ | | Wt. | | Employer/School | |
| | | Eye Color | | Employer Address | |
| Home Phone | | Hair Color | | Employer CSZ | |
| Work Phone | | Hair Style | | Res. County | |
| Email Address | | Hair Length | | Res. Country | |
| | | Facial Hair | | Resident Status | S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED |
| | | Complexion | | | |
| | | Build | | | |
| | | Teeth | | | |
| Scars/Marks/Tattoos | | | | | |

NetRMS_MICR.rtf v2f

Printed: March 24, 2014 - 9:05 PM