# DETROIT POLICE DEPARTMENT INVESTIGATOR'S REPORT

DATE: 03/21/2014

| IN CUSTODY | | DEFENDANT NAME ADDRESS WITH ZIP CODE | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | |
| | ☒ | 1. Gregory Andrew Aslinger 20850 Mary St Taylor Mi 48180 | 50 | M | W | 07/04/1964 | |
| | ☐ | 14055798 | | | | | |

**OFFENSE (TO BE FILLED IN BY PROSECUTOR):** Scrap Metal – Tag & Hold Violations

| TIME | DATE OF OFFENSE | PLACE OF OFFENSE | DATE OF COMPLAINT | COURT FILE NUMBER | JACKET NUMBER |
|---|---|---|---|---|---|
| 12:30pm | March 14, 2014 | 8122 W Fort St | | | 14GA096 |

| COMPLAINANT'S NAME | | SEX | AGE | D.O.B. | RACE | RELATION TO DEF. |
|---|---|---|---|---|---|---|
| State of Michigan | MICHIGAN | | | | | Strangers |

**OTHER PENDING CHARGES:** REISSUE OF TICKET 14411128

**COMPLAINANT'S PHONE:**

**PERSON TO SIGN:**

**ASSISTANT PROSECUTING ATTORNEY:** [signature] 44075

On or around March 17, 2014 Detroit Police Sergeant Rebecca McKay of the General Assignment Unit was contacted by a person who wishes to remain anonymous. This tipster indicated that while working at Southwest Metals he/she was directed by the owner, management and employees at the yard not to tag and hold copper wire as required by law. The tipster went on to say that the scrap yard does tag and hold copper wire for some customers, but customers they trust "won't tell on them", they simply purchase the copper wire and move it to a warehouse located in Dearborn. The tipster said that he/she has observed the scrap yard purchase and move the copper wire described in several recent theft alerts for 4/0 and underground copper wire.

On March 21, 2014 at approximately 12:30pm the Detroit Police General Assignment Unit planned an unannounced scrap yard inspection at 8122 W Fort St, Southwest Metals. Sergeant McKay was in charge of the operation and conducted the inspection with Detroit Police Officer Tommy Bell. Upon arrival at the location, members were greeted by defendant Aslinger, who advised that he was the manager in charge of the day to day operations (Alsinger spent much of the time on the phone with the owner Joe Fawaz, updating him on the progress of the inspection).

Sergeant McKay directed Officer Bell to pull several receipts from the cashier's office and examine the transactions to ensure that the scrap yard was adhering to local and state laws with processing sales transactions. Sergeant McKay reviewed video and inspected the premises. While inspecting the premises, Sergeant McKay discovered underground copper cable and 4/0 copper cable consistent with the wire described in recent theft alerts and personally shown to employees, including defendant Aslinger, by DTE Energy Investigator Derek Hassan on March 19, 2014 when he visited the yard to inquire about the copper wire.

(SIGNATURE OF INVESTIGATING OFFICER) [signature]
Sergeant Rebecca McKay #S397  S247

REVIEWED AND APPROVED BY _____
(Signature of Commanding Officer)  District or Bureau

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

☒ MISDEMEANOR  ☐ FELONY   IN CUSTODY? NO   PRECINCT (DETROIT) General Assignment Unit   DATE 3/21/2014

☐ DENY  ☒ RECOMMEND THE ISSUING OF A WARRANT AGAINST:

| NAME | ADDRESS | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|
| 1. Gregory Andrew Aslinger | 20850 Mary St Taylor Mi 48180 | 50 | M | W | 07/04/1964 | |

**OFFENSE (TO BE FILLED IN BY PROSECUTOR):** (1) Tag & Hold Violation

**SECTION (TO BE FILLED IN BY PROSECUTOR):** 445.429¹

**TAPE NUMBER:**
**PAGE NUMBER:**

| COMPLAINANT'S NAME | ADDRESS | CITY | STATE |
|---|---|---|---|
| | | Detroit | Michigan |

**INSTRUCTIONS:**

**SIGNED:** [signature] 44075

#1
#1

D.P.D. 467C
DPD 467-B(10-77)   C of D-273-RE   ASSISTANT PROSECUTING ATTORNEY
C of D-450-RE(Rev. 10-77)

Page Two

Name of
Defendant #1 only __Gregory Andrew Aslinger__     Offense No.

Date of Complaint:

## DETAILS OF INVESTIGATION *(Continued)*

Sergeant McKay began reviewing video and observed that on March 14, 2014 at approximately 12:26pm an unknown person is seen pushing a cart which contains wire consistent with the 4/0 copper wire reported stolen by DTE Energy the same morning. The copper wire is inspected and weighed by Scott Shillair who is on the non ferrous scale. After Shillair weighs the material, he pushes the cart toward a bin where the tag and hold wire is staged for the day. Later an employee is seen removing the wire from the cart and placing it into the tag and hold bin, but before the employee can finish, Shillair and Michael Yazback (employee who's title is unknown at this time) approach the employee unloading the cart. Shillair and Yazback stop the employee, appear to have words with him and walk away. As Shillair and Yazback walk away, the employee begins taking the copper wire back out of the tag and hold bin and putting it back into the cart. Once the employee has loaded the cart with the copper wire, he pushes the cart toward the rear of the warehouse (this is the direction of Southwest Metals loading dock located outside). The video at the rear of building jumped from frame to frame and did not capture where the cart was left by the employee. Sergeant McKay requested to view another day of video, but the system crashed.

After suspecting that the information given by the tipster had just been confirmed, Sergeant McKay directed Officer Bell to inspect the tag and hold bin for March 14, 2014. The defendant arranged for an employee to find the bin for inspection. The copper wire seen in the video was not in the tag and hold bin for March 14, 2014. The officers looked further, in case the material had been placed in the wrong the bin, looking through every tag and hold bin on the premises. The material was not on the premises. Sergeant McKay inquired as to whether this wire was sold by a commercial account. The defendant said it was, and produced a receipt for a transaction that occurred at approximately 4:00pm on March 14, 2014. No documentation or ticket was provided for that specific copper wire sale observed on video this day.

At a later date Southwest Metals provided ticket#52545759 for Copper #2 and Heavy #1 wire. The ticket was in the name of Weiss Construction paid on March 14, 2014 at 12:27pm. This would be consistent with the video reviewed. This ticket was not provided on the date of the inspection, nor was any commercial or industrial account information provided. This ticket is void of a company address. Furthermore, the wire was not tagged and held in accordance with the Nonferrous Metal Regulatory Act as described in MCL 445.425 © and MCL 445.429 (1) (f). The tag and hold requirement does not exclude licensed contractors, or commercial and industrial accounts. This requirement does exclude sales between dealers.

Sergeant McKay reviewed video provided by Southwest Metals following the crash of the system on March 14, 2014. The sale that was time stamped at 12:26pm on March 14, 2014 actually occurred at approximately 11:30am on March 14, 2014 according to the video provided, however the receipt#52545759 is consistent with the video reviewed.

On March 21, 2014 State of Michigan Uniform Law Citation #14411128 was issued to defendant Gregory Aslinger for "Fail to Tag and Hold". This violation was dismissed for an unknown reason by an unknown prosecutor a short time after its issuance. Sergeant McKay inquired about the dismissal through the Wayne County Prosecutors Office and was advised to re-issue on this warrant request.

It should noted that underground cable consistent with the cable reported in several theft alerts was found on the premises as well as a strand of 4/0 copper wire which was still covered with oily paper consistent with the fabric covered overhead 4/0 cable; both types of cable used by DTE and Public Lighting Department Detroit and reported stolen recent March 21, 2104. The pieces of cable did not have a tag attached and it is unknown when the cable was purchased by Southwest Metals.

Evidence:
ET#E43218804: Underground cable approximately 6" in length, lead encased
ET#E43218904: Photo of paper covered 4/0 oily copper wire 12" section (DTE wire)

## WITNESSES:

**Derek Hassan (civilian)** DTE Energy will testify to taking a sample of the 4/0 copper wire described in several theft alerts to the scrap yard on March 19, 2014 and presenting the wire to defendant Aslinger, Michael Yazback, Scott Shillair and Joe Fawaz.

**Detroit Police Officer Tommy Bell #1602/DPD GAU** will testify to the inspection and to finding no copper wire tagged and held for March 14, 2014 consistent with the wire seen in the video.

**Detroit Police Sergeant Rebecca McKay #S397 DPD/GAU** will testify to the inspection, to review of video, to finding 4/0 and underground cable on the premises, to conversations, observations and report.

**State of Michigan
Uniform Law Citation**

Ticket No. 14 411128 ☐ Victim Involved

| US DOT # | Incident No. | Dept. No. |
|---|---|---|

The People of: ☐ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County
OF: **DETROIT**

THE UNDERSIGNED SAYS THAT ON: Month 3 Day 21 Year 14 At approximately 245 ☐ A.M. ☒ P.M. Date of Birth 1/4/64

State MI ☒ Oper/Chauff ☐ CDL ☐ Enhanced Driver License Number A245 868 067 528 # SSN (last 4 digits)

Race W Sex M Height Weight Hair Eyes Occupation/Employer

Name (First, Middle, Last): Gregory Andrew Aslinger

Street: 30850 Mary St

City: Taylor State: MI Zip Code: 48180

Vehicle Plate No. Year State Vehicle Description (Year, Make, Color) Veh. Type

THE PERSON NAMED ABOVE, in violation of ☐ Local Ordinance ☒ State Law ☐ Administrative Rule

UPON 8122 W. Fort

AT OR NEAR

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **DETROIT**

COUNTY OF **WAYNE** DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ C/I ☐ Warn ☒ Misd ☐ Fug ☐ Fel ☐ Waiv ☐ Authorization pend. | 445.475(E) | Fail to Tag Food | 1 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv ☐ Authorization pend. | | | 2 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv ☐ Authorization pend. | | | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s) 1 MISD 2 3

Key for Type: C/I = Civil Infraction Misd = Misdemeanor Fel = Felony Warn = Warning Fug = Fugitive Waiv = Violation for Which Fines/Costs May be Waived Authorization pend. = Authorization pending

Remarks: Non-ferrous - copper wire transaction done 3/14/14 @ approx 12:26pm

CHECK IF APPROPRIATE ☐ Damage to Property ☐ Vehicle Impounded ☐ Injury ☐ Traffic Crash ☐ Death
Person in Active Military Service ☐ Yes ☒ No

☐ Local Court Bond $
☐ License Posted in Lieu of Bond
☐ Appearance Certificate
☒ None

In the **36TH DISTRICT** Court of **DETROIT**

Court Address & Phone Number
421 MADISON
DETROIT, MICHIGAN 48226
PHONE (313) 965-8700

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable Month 3 Day 21 Year 14

Officer's Name (printed): McKay Officer's ID No. 5397

Agency ORI MI 823 1 L N Agency Name **DETROIT POLICE DEPARTMENT**