# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 1403210278
Report No. 1403210278.3
Report Date: 3/24/2014

**1**
Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Subject: | 04-GA-4918-Search Warrant | | | | |
| Case Report Status | I - IN PROCESS | Date Entered | 3/24/2014 9:08:36 PM | Reporting Officer | 234398 - MCKAY, REBECCA |
| County | 82 - WAYNE | Entered By | 234398 - MCKAY, REBECCA | | |
| City/Township | 95 - DEARBORN | Date Verified | | | |
| | | Verified By | | Assisted By | |
| Occurred On (and Between) | 2/24/2014 2:00:00 PM | Date Approved | | | 231031 - BELL, TOMMY |
| | | Approved By | | | |
| Location | 6400 W WARREN | Connecting Cases | | Assist Agency | |
| CSZ | DETROIT, MI 48201 | Disposition | ACTIVE | | DTE CORPORATE INVESTIGATOR DEREK HASSAN |
| Census/Geo Code | 5237 | Tactical Actions | | | |
| Grid | SW7 - 0207 | Clearance Reason | | | |
| Call Source | | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | DETROIT POLICE DEPARTMENT | | |
| Vehicle Traveling | | Notified | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

Report Narrative  MCKAY S397     BELL 1602    4918

A: NONE

S: SEARCH OF SEMI TRUCK

C: ON THE ABOVE DATE AND TIME, I, DETROIT POLICE SERGEANT REBECCA MCKAY AND OFFICER TOMMY BELL WENT TO THE DTE ENERGY WARREN SERVICE CENTER TO UNLOAD AND INSPECT THE CONTENTS OF THE SEMI TRAILER CONFISCATED ON MARCH 21, 2014 DURING THE EXECUTION OF THE SEARCH WARRANT. PRIOR TO ARRIVING AT THE LOCATION I CALLED ATTRONEY ELDER AND ADVISED HIM TO HAVE SOUTHWEST METALS MEET US AT THE LOCATION TO TAKE CONTROL OF WHATEVER METAL MATERIAL THAT MAY NOT BE A PART OF OUR CRIMINAL INVESTIGATION (SOUTHWEST METALS HAS CALLED ME SEVERAL TIMES REQUESTING PERMISSION TO TAKE CONTROL OF THE COPPER WIRE THAT THE POLICE DEPARTMENT IS NOT INTERESTED IN, AS A COURTESY AND AN ACT OF GOOD FAITH, I RUSHED THIS FOR ATTORNEY ELDER). SOON AFTER SPEAKING TO ELDER I RECEIVED A CALL FROM GREGORY ASLINGER WHO ADVISED HE AND SOME OTHERS WOULD BE AT THE LOCATION SOON.

MYSELF, OFFICER BELL AND DTE INVESTIGATOR DEREK HASSAN PROCEEDED TO SEARCH THROUGH 20 BINS AFTER THEY WERE UNLOADED FROM THE SEIZED SEMI TRAILER. SEVERAL HUNDRED POUNDS OF 4/0 COPPER WIRE AND UNDERGROUND CABLE WAS SEIZED. ALSO DURING THE SEARCH #2 OXIDIZED COPPER WIRE WAS FOUND IN THE SAME BIN AS THE UNDERGROUND CABLE. MUCH OF THE UNDERGROUND CABLE HAD BEEN UNWOUND AND CUT INTO SMALLER PIECES. IT WAS THE TEXTURE OF THE WIRE THAT MADE IT CLEAR IT WAS UNDERGROUND CABLE (STICKY), HOWEVER SEVERAL INTACT PIECES WERE FOUND AND IDENTIFIED AS THE SAME WIRE DESCRIBED IN THEFT ALERTS ISSUED. ALSO FOUND IN THE BINS WERE SEVERAL PEDDLER RECEIPTS, MOST OF THESE DATED IN FEBRUARY AND MARCH (THE TIME FRAME WHEN THESE THEFTS WERE BEING REPORTED AND THEFT ALERTS WERE BEING ISSUED).

I TURNED OVER (8) BALES OF INSULATED WIRE AND THE EQUIVALENT OF APPROXIMATELY (18) CARDBOARD BINS WHICH CONTAINED COPPER WIRE, PIPES AND VARIOUS OTHER MISC COPPER NOT THE SUBJECT OF ANY KNOWN THEFTS AT THIS TIME. FOUR SOUTHWEST EMPLOYEES ARRIVED WITH A SEMI TRUCK AND A BOBCAT AND LOADED THE MATERIAL NOT SEIZED BY THE DETROIT POLICE. SOUTHWEST METALS BORROWED AT LEAST (5) BINS FROM DTE ENERGY TO CONTAIN THIS COPPER. SOUTHWEST EMPLOYEES FILLED A LARGE SEMI TRAILER WITH THE MATERIAL AND LOADED THREE DTE BINS ONTO A PICKUP TRUCK AND ATTACHED TRAILER. I PRESENTED GREGORY ASLINGER WITH A PROPERTY RELEASE FORM WHICH HE READ OVER AND SIGNED TAKING CONTROL OF THE LOAD.

THE SEIZED BINS; (2) DTE BINS AND ONE CARDBOARD BOX REMAIN ON ET#43218704 ALONG WITH THE EMPTY TRAILER STILL IN POLICE CUSTODY. I WILL CONTACT THE OWNER OF THE TRAILER (OTC TRUCKING) MARCH 25, 2014 TO ARRANGE PICK UP AS THEY ARE LOCATED IN INDIANA.

**Offense Detail: 2804 - STOLEN PROPERTY - POSSESSING**

Offense Description    2804 - STOLEN PROPERTY - POSSESSING

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1403210278**
Report No. **1403210278.3**
Report Date: **3/24/2014**

**2**

Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| IBR Code | 280 - STOLEN PROPERTY OFFENSES | Location | 88 - OTHER | | |
| IBR Group | A | Offense Completed? | YES | No. Prem. Entered | |
| Crime Against | PR | Hate/Bias | 00 - NONE (NO BIAS) | Entry Method | |
| Offense File Class | 28000 - STOLEN PROPERTY | Domestic Violence | NO | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using Criminal Activity | B - BUYING/RECEIVING | | | | |
| Weapons | | | | | |