# DETROIT POLICE DEPARTMENT CRIME REPORT

Case No. 1408070309
Report No. 1408070309.1
Report Date: 8/7/2014

*[Handwritten note: Metal Cart turned away twice — Then buys it?? scrap]*

DETROIT POLICE DEPARTMENT

**1**

Page 1 of 3

**Subject:** 07/4918/LARCENY/NO ARREST

| Field | Value |
|---|---|
| Case Report Status | I - IN PROCESS |
| County | 82 - WAYNE |
| City/Township | 99 - DETROIT |
| Occurred On | 8/1/2014 1:00:00 PM |
| (and Between) | 8/4/2014 8:00:00 AM |
| Location | 2931 BEAUFAIT |
| CSZ | |
| Census/Geo Code | 5163 |
| Grid | NE6 - 0306 |
| Call Source | |
| Date Entered | 8/7/2014 6:21:02 PM |
| Entered By | 234398 - MCKAY, REBECCA |
| Disposition | ACTIVE |
| Reporting Agency | DETROIT POLICE DEPARTMENT |
| Division | DETROIT POLICE DEPARTMENT |
| Reporting Officer | 234398 - MCKAY, REBECCA |

**Report Narrative**

MCKAY S397 GENERAL ASSIGNMENT UNIT

A: NONE

S: PHONE CALL RECEIVED BY PRO REPORTING LARCENY OF FERROUS METAL CARTS

C: I, DETROIT POLICE SERGEANT REBECCA MCKAY OF THE GENERAL ASSIGNMENT UNIT RECEIVED A CALL FROM DAVID LEDBETTER (PRO), A DRIVER AT DETROIT BOILER. LEDBETTER ADVISED ME THAT UNKNOW PERSONS HAD CUT THE FENCE SURROUNDING THEIR PROPERTY AT THE N/E SIDE OF THE PROPERTY, STOLE AT LEAST (3) HANDMADE CARTS FROM THE YARD, THEN BROKE DOWN A PORTION OF THE FENCE THAT IS WOODEN TO ESCAPE WITH THE CARTS.

LEDBETTER ADVISED ME THAT HE HAD SEEN THE CARTS ON 8-1-2014 AT APPROXIMATELY 1PM AND THEY DISCOVERED MISSING ON 8-4-2014 AT APPROXIMATELY 8AM BY THE OWNER (RON JOHNSON).

THE PRO DESCRIBED THE CARTS AS 5' LONG, 3' WIDE, 6' TALL WITH FADED YELLOW PAINT. EACH CART IS WORTH APPROXIMATELY $400

I ISSUED A THEFT ALERT FOR THE MATERIAL

## Offense Detail: 2309 - LARCENY - FROM YARDS (GROUNDS SURROUNDING A BUILDING)

| Field | Value | Field | Value |
|---|---|---|---|
| Offense Description | 2309 - LARCENY - FROM YARDS (GROUNDS SURROUNDING A BUILDING) | | |
| IBR Code | 23H - ALL OTHER LARCENY | Location | 18 - PARKING LOT/GARAGE |
| IBR Group | A | Offense Completed? | NO |
| Crime Against | PR | Hate/Bias | 00 - NONE (NO BIAS) |
| Offense File Class | 23007 - LARCENY -OTHER | Domestic Violence | NO |

## Suspect S1: UNKNOWN SUSPECT

| Field | Value |
|---|---|
| Suspect Number | S1 |
| Name | UNKNOWN SUSPECT |
| Age | 00 |
| Sex | U - UNKNOWN |
| Race | U - UNKNOWN |
| Ethnicity | U - UNKNOWN |

NetRMS_MICR.rtf v2f

Printed: August 7, 2014 - 6:34 PM

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1408070309**
Report No. **1408070309.1**
Report Date: **8/7/2014**

**2**

Page 2 of 3

| | | |
|---|---|---|
| CSZ | Wt. | Employer/School |
| | Eye Color | Employer Address |
| Home Phone | Hair Color | Employer CSZ |
| Work Phone | Hair Style | Res. County |
| Email Address | Hair Length | Res. Country |
| | Facial Hair | Resident Status  **U - UNKNOWN** |
| | Complexion | |
| | Build | |
| | Teeth | |

Scars/Marks/Tattoos
Suspect MO
Other MO
Attire
Habitual Offender Status

Suspect Notes

## Victim V1: [E] DETROIT BOILER

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 2309 - LARCENY - FROM YARDS (GROUNDS SURROUNDING A BUILDING) | | |
| Victim Type | B - BUSINESS | | | | |
| Name | [E] DETROIT BOILER | DOB | | Place of Birth | |
| AKA | | Age | | SSN | |
| Alert(s) | | Sex | | DLN | |
| | | Race | | DLN State | |
| Address | 2931 Beaufait | Ethnicity | | DLN Country | |
| CSZ | | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | | Eye Color | | Employer Address | |
| Work Phone | 313 921-7060 | Hair Color | | Employer CSZ | |
| Email Address | | Facial Hair | | Res. County | |
| | | Complexion | | Res. Country | |
| Attire | | | | Resident Status | |
| Injury | | | | Testify | |
| Circumstances | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|
| | Assignment | | | |
| | Activity | | | |
| | Other ORI | | | |

Victim Offender Relationships
Offender    Relationship

Victim Notes    RON JOHNSON (OWNER)

## Other Entity: O1 -- LEDBETTER, DAVE

| | | | | | |
|---|---|---|---|---|---|
| Entity Code | O1 | | | | |
| Entity Type | PRO - PERSON REPORTING OFFENSE | | | | |
| Name | LEDBETTER, DAVE | DOB | | Place of Birth | |
| AKA | | Age | | SSN | |
| Alert(s) | | Sex | M - MALE | DLN | |
| | | Race | U - UNKNOWN | DLN State | |
| Address | 2931 Beaufait | Ethnicity | | DLN Country | |
| CSZ | | Ht. | | Occupation/Grade | **DRIVER** |
| | | Wt. | | Employer/School | **DETROIT BOILER** |
| Home Phone | 313 806-1950 | Eye Color | | Employer Address | |
| Work Phone | | Hair Color | | Employer CSZ | |
| Email Address | | Facial Hair | | Res. County | |
| | | Complexion | | Res. Country | |
| Attire | | | | Resident Status | |

NetRMS_MICR.rtf v2f

Printed: August 7, 2014 - 6:34 PM

STA Incident Alert: Detroit, MICHIGAN 48238; AlertID: MI2014080669684
From:          "ScrapTheftAlert" <ScrapTheftAlert@isri.org>
To:            <mckayr398@detroitmi.gov>
Date:          Thursday - August 7, 2014 9:59 AM
Subject:       STA Incident Alert: Detroit, MICHIGAN 48238; AlertID: MI2014080669684
Attachments: Mime.822

You subscribed to receive this email from our Website, www.scraptheftalert.com

**SCRAPTHEFT ALERT.COM**  

Institute of Scrap Recycling Industries, Inc.
Canadian Association of Recycling Industries
Association Canadienne des Industries du Recyclage

### General Information

| | |
|---|---|
| Reference Number: | MI2014080669684 |
| Title: | Metal (ferrous) carts |
| Date of Occurrence: | 8/1/2014 |
| Location: | Detroit, MICHIGAN |
| Value: | $1200 |
| Photos: |  86CaseImage.ashx.jpg |

### Materials Information

| | |
|---|---|
| Materials: | Metal - Ferrous (iron, cast iron) |
| Details: | The carts are handmade and are painted yellow (which has faded over time). They may be cut in pieces when they are presented to the scrap yard. They are made of ferrous metal. Four (4) of these carts were stolen from a local business. |
| Color: | Yellow |
| VIN: | |
| Name Brand/Serial#: | |
| Weight: | |
| Copper Wire, Pipe or Similar?: | No |

JACKET #14-GA-048     CASE # 1408070309

**DETROIT POLICE DEPARTMENT**     **INVESTIGATOR'S REPORT**     DATE: 08/07/2014

14062253

| IN CUSTODY | | DEFENDANT NAME CODE | ADDRESS WITH ZIP | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | |
| | ☒ | 1. Alvin Vernon Naugles | 2247 Illinois Detroit Mi 48207 | 47 | M | B | 11-07-1966 | |
| | ☒ | 2. Paul Michael Harris | 2543 St. Antoine Detroit Mi 48201 | 54 | M | B | 01-25-1960 | |

OFFENSE (TO BE FILLED IN BY PROSECUTOR): ATT Buy/Sell #1 #2  Rec #1&2  Sell #&1   Hab 3 #2   Hab 4 #1

| TIME | DATE OF OFFENSE | PLACE OF OFFENSE | DATE OF COMPLAINT | COURT FILE NUMBER | JACKET NUMBER |
|---|---|---|---|---|---|
| 8:20am | August 4, 2014 | 2931 Beaufait & 8122 W. Fort St | | | 14GA048 |

COMPLAINANT'S NAME: Detroit Boiler (Ron Johnson)

Address: 2931 Beaufait DETROIT, MICHIGAN

RELATION TO DEF.: Strangers

COMPLAINANT'S PHONE: 313-921-7060

On or about August 7, 2014 Detroit Police Sergeant Rebecca McKay of the General Assignment Unit received information of the theft of several steel carts from Detroit Boiler. The carts were described as 5' long, 3' wide, 6' tall with faded yellow paint, and a Theft Alert was subsequently issued.

On August 7, 2014 Sergeant McKay received a phone call from Gregory Aslinger, the Manager of Southwest Metals, a scrap yard. Aslinger indicated that he had purchased the material from defendant Naugles. Aslinger went on to say that defendants Naugles and Harris had come into the yard separately with the carts intact and attempted to sell them, but Aslinger believing them to be stolen material ("not scrap") turned them away at the scale. Later, defendant Naugles came in with the material cut up and according to Aslinger, he "had the material hidden in his load" allowing the material to be accidentally purchased. Aslinger indicated that the material had already been shipped to the processor by August 7, 2014.

Detroit Police Officer Tommy Bell of the General Assignment Unit went to Southwest Metals and obtained the video, receipts and statement that had been prepared by Aslinger (All Southwest Metals employees have been advised not to provide statements to police, but Aslinger contacted Sergeant McKay and insisted on providing a statement). Officer Bell reviewed the video.

(SIGNATURE OF INVESTIGATING OFFICER) Sergeant Rebecca McKay #S397

PRE EXAM

WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

☐ MISDEMEANOR   ☐ FELONY   IN CUSTODY? YES   PRECINCT (DETROIT) General Assignment Unit   7/2014

I ☐ DENY ☐ RECOMMEND THE ISSUING OF A WARRANT AGAINST:

| NAME | ADDRESS | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|
| 1. Alvin Vernon Naugles | 2247 Illinois Detroit Mi 48207 | 47 | M | B | 11-07-1966 | |
| 2. Paul Michael Harris | 2543 St. Antoine Detroit Mi 48201 | | M | B | 01-25-1960 | |

OFFENSE (TO BE FILLED IN BY PROSECUTOR): ATT Buy/Sell #1&2   Sell #&1   Rec #2   TAPE NUMBER: Habituals

SECTION (TO BE FILLED IN BY PROSECUTOR): 445.4332   445.4332   750.535

COMPLAINANT'S NAME / ADDRESS / CITY: Detroit / STATE: Michigan

[CT1]  1 = b
2 = 1 b
3 = 4. Steel Carts

D.P.D. 467C   C of D-273-RE   ASSISTANT PROSECUTING ATTORNEY  DL(6)3\

## INVESTIGATOR'S REPORT SUPPLEMENT

DETROIT DEPARTMENT POLICE

Page Two

Name of Defendant #1 only   Alvin Vernon Naugles         Offense No.

Date of Complaint:

### DETAILS OF INVESTIGATION (Continued)

The video shows three attempts at selling the carts, (two failed and one successful).

- A white pick up truck arrives on the ferrous scale with a cart in the bed of the truck. The cart is intact. Aslinger and Joe Fawaz (owner) inspect the material and the vehicle leaves with the material still in the truck bed.

- A blue pick up truck arrives on the ferrous scale with a trailer containing a cart. The cart is intact. Aslinger inspects the trailer and the vehicle leaves with the material still in the trailer.

- The blue pick up truck and trailer return with the same cart, only this time it is cut up. Aslinger inspects the trailer and makes the purchase of the disassembled cart.

The video clearly shows the material in the trailer of truck driven by Naugles, and Aslinger inspecting the load. All three of the transactions were on the same day.

### WITNESSES:

**Gregory Aslinger (civilian) Manager Southwest Metals** will testify to turning away defendant Naugles and Harris each one time, then purchasing the material from defendant Naugles after the material was cut into pieces.

**Joe Fawaz (civilian) Owner Southwest Metals** will testify to the video and business records.

**Detroit Police Officer Tommy Bell (1602/GAU)** will testify to the video review and statement obtained from Aslinger

**Detroit Police Sergeant Rebecca McKay #S397 DPD/GAU** will testify to information received and the investigators report