# DETROIT POLICE DEPARTMENT CRIME REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1409040312**
Report No. **1409040312.1**
Report Date: **9/4/2014**

*Turned away @ 2 yards - Large Copper Pipes*

**1**
Page 1 of 5

| | | |
|---|---|---|
| Subject: | 03-GAU- 3421- SELLING STOLEN PROPERTY/ RCSP | |

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | A - APPROVED | Date Entered | 9/4/2014 7:28:39 PM | Reporting Officer | 233904 - SPLITT, LAURA |
| County | 82 - WAYNE | Entered By | 233904 - SPLITT, LAURA | | |
| City/Township | 99 - DETROIT | Date Verified | 9/15/2014 5:03:02 PM | Assisted By | |
| | | Verified By | 234398 - MCKAY, REBECCA | | 231031 - BELL, TOMMY |
| Occurred On | 8/29/2014 1:31:00 PM | Date Approved | 9/15/2014 5:03:18 PM | | 234398 - MCKAY, REBECCA |
| (and Between) | | Approved By | 234398 - MCKAY, REBECCA | Assist Agency | |
| Location | 8122 W FORT | Connecting Cases | | | |
| CSZ | DETROIT, MI 48209 | Disposition | ACTIVE | | |
| Census/Geo Code | 5237 | Tactical Actions | | | |
| Grid | NE7 - 0307 | Clearance Reason | | | |
| Call Source | | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | 2nd/Southwest District | | |
| Vehicle Traveling | | Notified | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

**Report Narrative** DET LAURA SPLITT, #3636, GAU

ON FRIDAY, 08/29/14, SGT MCKAY AND I MADE THE LAFAYETTE RECYCLING AND TALKED TO WITNESS 1, CHRISTINA BUSSELL (EMPLOYEE OF LAFAYETTE RECYCLING), WHO ADVISED BOTH SUSPECTS DROVE UP IN A TAN FORD MINIVAN, MI/CHW3871, FULL OF COPPER PIPES THAT APPEARED NEW AND 2 COMPRESSORS. S1, JERMEL, STATED TO MS BUSSEL THAT HE GOT THE ITEMS FROM UNITED REFRIGERATION AND PROVIDED A TORN PIECE OF YELLOW LEGAL NOTEPAD PAPER WITH THE NAME OF GLEN OJADA OF UNITED REFRIGERATION, 12811 CAPITAL WITH PHONE #248-582-9100. MS BUSSELL CALLED AND SPOKE WITH A MAN CLAIMING TO BE GLEN ORJADA WHO STATED HE DOES NOT KNOW JERMEL TAYLOR AND DID NOT GIVE ANYONE PERMISSION TO TAKE THE ITEMS THAT HE HAD HIDDEN IN THE BOTTOM OF A DUMPSTER ON HIS PROPERTY. JERMEL AND HIS FATHER (S2) LEFT THE LOCATION WITH THE ITEMS AFTER BEING TURNED AWAY BY MS BUSSELL, WHO THEN NOTIFIED SGT MCKAY.

SGT MCKAY AND I CHECKED SIMS METAL AT 3100 LONYO AND WAS ADVISED BY WITNESS 2, GREG ASLINGER THAT JERMEL TAYLOR WAS AT THAT LOCATION EARLIER ATTEMPTING TO SELL COPPER PIPES BUT WAS TURNED AWAY. SGT MCKAY AN I THEN MADE SOUTHWEST METALS AT 8122 W FORT AND WAS ADVISED THAT JERMEL TAYLOR HAD EARLIER THAT DAY SOLD COPPER PIPES AND (2) COMPRESSORS TOTALING $114.75 THAT WAS PLACED ON A (3) DAY HOLD AS REQUIRED BY LAW. THE COMPANY PROVIDED A COPY OF A LICENSE FOR JERMEL TAYLOR AND A COPY OF THE CHECK THAT THEY WERE HOLDING FOR JERMEL TAYLOR FOR $114.75. THE ITEMS WERE PLACED ON HOLD BY SGT MCKAY AND THE VICTIM MR ORJADA WAS NOTIFIED OF THE RECOVERED PROPERTY.

ON WEDNESDAY, 09/03/14, I MEET WITH THE VICTIM, MR ORJADA AT HIS BUSINESS IN OAK PARK ALONG WITH P.O. TOMMY BELL. I TOOK A STATEMENT FROM MR ORJADA IN WHICH HE DENIES GIVING ANYONE PERMISSION TO ENTER HIS PROPERTY AND REMOVE THE COPPER PIPING AND COMPRESSORS THAT HE HAD HIDDEN IN THE BOTTOM OF THE DUMPSTER FOR SAFETY. (BUSINESS HAD RECENT FLOODING AND ITEMS WERE REMOVED FOR THE INSURANCE CLAIM). PO BELL TOOK A STATEMENT FROM AN EMPLOYEE THAT HAD WITNESSED A GOLD, OLDER MODEL MINIVAN WITH 2 BLACK MALES INSIDE PARK IN FRONT OF THE BUSINESS AS HE WAS LEAVING WORK FOR THE EVENING. I ALSO ADVISED MR ORJADA THAT A POLICE REPORT SHOULD BE MADE WITH THE LOCAL OAK PARK POLICE DEPARTMENT IN REGARDS TO THE THEFT.

## Offense Detail: 2801 - SALE OF STOLEN PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 2801 - SALE OF STOLEN PROPERTY | | | | |
| IBR Code | 280 - STOLEN PROPERTY OFFENSES | Location | 88 - OTHER | | |
| IBR Group | A | Offense Completed? | YES | No. Prem. Entered | |
| Crime Against | PR | Hate/Bias | 00 - NONE (NO BIAS) | Entry Method | |
| Offense File Class | 28000 - STOLEN PROPERTY | Domestic Violence | NO | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | D - DISTRIBUTING/SELLING | | | | |
| Weapons | | | | | |

NetRMS_MICR.rtf v2f

Printed For: _____
Printed: March 23, 2015 - 2:59 PM

# DETROIT POLICE DEPARTMENT CRIME REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1409040312**
Report No. **1409040312.1**
Report Date: **9/4/2014**

**2**

Page 2 of 5

## Suspect S1: TAYLOR, JERMEL ORLANDO

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Suspect Number | S1 | DOB | 10/20/1975 | Place of Birth | |
| Name | TAYLOR, JERMEL ORLANDO | Age | 38 | SSN | 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 |
| AKA | | Sex | M - MALE | DLN | T460402666810 |
| Alert(s) | | Race | B - BLACK | DLN State | MI - MICHIGAN |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | 8044 E Morrow Cir | Ht. | 6' 2" | Occupation/Grade | |
| CSZ | DETROIT, MI 48204 | Wt. | 200 | Employer/School | |
| | | Eye Color | BRO - BROWN | Employer Address | |
| Home Phone | | Hair Color | BLK - BLACK | Employer CSZ | |
| Work Phone | | Hair Style | A - AFRO | Res. County | |
| Email Address | | Hair Length | | Res. Country | |
| | | Facial Hair | | Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| | | Complexion | | | |
| | | Build | | | |
| | | Teeth | | | |

Scars/Marks/Tattoos: **LARGE MOLE ON RIGHT CHEEK NEXT TO NOSE**
Suspect MO
Other MO
Attire
Habitual Offender Status

Suspect Notes

## Suspect S2: TAYLOR, MELVIN ONEAL

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Suspect Number | S2 | DOB | 2/23/1938 | Place of Birth | |
| Name | TAYLOR, MELVIN ONEAL | Age | 76 | SSN | |
| AKA | | Sex | M - MALE | DLN | T460599662141 |
| Alert(s) | | Race | B - BLACK | DLN State | MI - MICHIGAN |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | 8044 E Morrow Cir | Ht. | 5' 11" | Occupation/Grade | |
| CSZ | DETROIT, MI 48204 | Wt. | | Employer/School | |
| | | Eye Color | BRO - BROWN | Employer Address | |
| Home Phone | | Hair Color | | Employer CSZ | |
| Work Phone | | Hair Style | | Res. County | |
| Email Address | | Hair Length | | Res. Country | |
| | | Facial Hair | | Resident Status | R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |
| | | Complexion | | | |
| | | Build | | | |
| | | Teeth | | | |

Scars/Marks/Tattoos
Suspect MO
Other MO
Attire
Habitual Offender Status

Suspect Notes: REGISTERED OWNER OF A GOLD OR TAN/ 98/ FORD/ WINDSTAR MINIVAN/ MI/ CHW3871/ 2FMZA5140WBC71162

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1409040312**
Report No. **1409040312.1**
Report Date: **9/4/2014**

**3**

Page 3 of 5

## Victim V1: [E] UNITED REFRIGERATION

| | | | |
|---|---|---|---|
| Victim Code | V1 | Victim Of | 2801 - SALE OF STOLEN PROPERTY |
| Victim Type | B - BUSINESS | | |
| Name | [E] UNITED REFRIGERATION | DOB | |
| AKA | | Age | |
| Alert(s) | | Sex | |
| | | Race | |
| Address | 23922 Capital | Ethnicity | |
| CSZ | OAK PARK, MI 48237 | Ht. | |
| | | Wt. | |
| Home Phone | | Eye Color | |
| Work Phone | 248 388-1054 | Hair Color | |
| Email Address | | Facial Hair | |
| | | Complexion | |
| Attire | | | |
| Injury | | | |
| Circumstances | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type |
|---|---|
| | Assignment |
| | Activity |
| | Other ORI |

| Justifiable Homicide Circumstances | |
|---|---|

**Victim Offender Relationships**
Offender     Relationship

Victim Notes

## Witness W1: BUSSELL, CHRISTINA

| | | | | | |
|---|---|---|---|---|---|
| Witness Code | W1 | DOB | | Place of Birth | |
| Name | BUSSELL, CHRISTINA | Age | 35 | SSN | |
| AKA | | Sex | F - FEMALE | DLN | |
| Alert(s) | | Race | U - UNKNOWN | DLN State | |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | 7700 Dix St | Ht. | | Occupation/Grade | |
| CSZ | DETROIT, MI 48209 | Wt. | | Employer/School | LAFAYETTE RECYCLING |
| | | Eye Color | | Employer Address | 7700 Dix St |
| Home Phone | 313 843-1312 | Hair Color | | Employer CSZ | 48209 |
| Work Phone | | Facial Hair | | Res. County | |
| Email Address | | Complexion | | Res. Country | |
| | | | | Resident Status | U - UNKNOWN |
| Attire | | | | Testify | |

Witness Notes

## Witness W2: ASLINGER, GREG

| | | | | | |
|---|---|---|---|---|---|
| Witness Code | W2 | DOB | | Place of Birth | |
| Name | ASLINGER, GREG | Age | 50 | SSN | |
| AKA | | Sex | M - MALE | DLN | |
| Alert(s) | | Race | W - WHITE | DLN State | |
| | | Ethnicity | | DLN Country | |
| Address | | Ht. | | Occupation/Grade | |
| CSZ | | Wt. | | Employer/School | SIMS METAL |
| | | Eye Color | | Employer Address | 8122 W Ft |
| Home Phone | | Hair Color | | Employer CSZ | 48208 |
| Work Phone | | Facial Hair | | Res. County | |
| Email Address | | Complexion | | Res. Country | |
| | | | | Resident Status | |
| Attire | | | | Testify | |

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1409040312**
Report No. **1409040312.1**
Report Date: **9/4/2014**

**4**

Page 4 of 5

Witness Notes

## Other Entity: O1 -- ORJADA, GLENN

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Entity Code | O1 | | | | |
| Entity Type | PRO - PERSON REPORTING OFFENSE | | | | |
| Name | ORJADA, GLENN | DOB | 12/30/1960 | Place of Birth | |
| AKA | | Age | 53 | SSN | |
| Alert(s) | | Sex | M - MALE | DLN | |
| | | Race | W - WHITE | DLN State | |
| Address | 12811 Capital | Ethnicity | U - UNKNOWN | DLN Country | |
| CSZ | OAK PARK, MI 48237 | Ht. | | Occupation/Grade | MANAGER |
| | | Wt. | | Employer/School | UNITED REFRIGERATION |
| Home Phone | 248 388-1054 | Eye Color | | Employer Address | 12811 Capital |
| Work Phone | 248 582-9100 | Hair Color | | Employer CSZ | OAK PARK, MI 48237 |
| Email Address | | Facial Hair | | Res. County | |
| | | Complexion | | Res. Country | |
| Attire | | | | Resident Status | U - UNKNOWN |

Entity Notes

## Property Description Item 1: 9911 - METALS (BRASS, COPPER, ETC) - COPPER PIPING

| Field | Value |
|---|---|
| Item No. | 1 |
| Property Category | 9911 - METALS (BRASS, COPPER, ETC) |
| Property Class | 88 |
| IBR Type | 77 - OTHER |
| UCR Type | K - MISCELLANEOUS |
| Status | R - RECOVERED (ONLY IN IBR OFFENSES 250 & 280) |
| Count | 1 |
| Value | 114.75 |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | |
| Description | COPPER PIPING |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | 8/29/2014 2:30:00 PM |
| Owner | V1 - [E] UNITED REFRIGERATION |
| Disposition | PLACED ON HOLD FOR VICTIM |
| Evidence Tag | |
| Lock Seals | |
| Evidence Recovered Date/Time | 8/29/2014 |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Alert(s) | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |

Property Notes

## Property Description Item 2: 3501 - AUTOMOBILE (NOT STOLEN OR RECOVERED) - USED TO HAUL STOLEN METAL

Item No. 2

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1409040312**
Report No. **1409040312.1**
Report Date: **9/4/2014**

**5**

Page 5 of 5

| | |
|---|---|
| Property Category | **3501 - AUTOMOBILE (NOT STOLEN OR RECOVERED)** |
| Property Class | **03** |
| IBR Type | **03 - AUTOMOBILES** |
| UCR Type | **V - OTHER VEHICLE (NOT STOLEN OR RECOVERED)** |
| Status | **I - INFORMATION ONLY** |
| Count | **1** |
| Value | |
| Manufacturer | **FORD** |
| Model | **WINDSTAR** |
| Serial No. | **2FMZA5140WBC71162** |
| License No. | **CHW3871** |
| Color | **TAN - TAN** |
| Description | **USED TO HAUL STOLEN METAL** |
| Vehicle Year | **1998** |
| Body Style | **VN - VAN OR PANEL** |
| State | **MI - MICHIGAN** |
| License Year | |
| Recovered Date/Time | |
| Owner | **S2 - TAYLOR, MELVIN ONEAL** |
| Disposition | |
| Evidence Tag | |
| Lock Seals | |
| Evidence Recovered Date/Time | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Alert(s) | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |
| Property Notes | |