# DETROIT POLICE DEPARTMENT — INVESTIGATOR'S REPORT

JACKET #14GA102
CASE # 1411070300.6
DATE: 11-07-2014

| IN CUSTODY | | DEFENDANT NAME / ADDRESS WITH ZIP CODE | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | |
| | ☒ | 1. Joseph Fawaz 7 Shady Hallow Dr., Dearborn Mi 48124 | 49 | M | W | 01/19/1965 | |
| | ☒ | 2. Gregory Andrew Aslinger 20850 Mary St., Taylor Mi 48180 | 50 | M | W | 07/04/1964 | 14065901 |

OFFENSE (TO BE FILLED IN BY PROSECUTOR): ① Record Keeping Violations

20147255579

| TIME | DATE OF OFFENSE | PLACE OF OFFENSE | DATE OF COMPLAINT | COURT FILE NUMBER | JACKET NUMBER |
|---|---|---|---|---|---|
| 4:00pm | Refer Below | 8122 W Fort | | | 14GA102 |

| COMPLAINANT'S NAME | SEX | AGE | D.O.B. | RACE | RELATION TO DEF. |
|---|---|---|---|---|---|
| State of Michigan — MICHIGAN | | | | | Strangers |

OTHER PENDING CHARGES:
COMPLAINANT'S PHONE:
PERSON TO SIGN:
ASSISTANT PROSECUTING ATTORNEY: [signature]

---

**DATES OF OFFENSE:** All 2014 – 7/9, 7/12, 7/23, 8/4, 8/7, 9/2, 9/8, 9/9, 9/10, 9/11, 9/15, 9/17, 9/26, 9/27, 9/29, 10/4, 10/6, 10/14, 10/16, 10/18x2, 10/28, & 10/29

On November 7, 2014 in the 2400 block of Oakdale a home exploded which caused several homes in the vicinity to catch on fire. The Detroit Arson Unit conducted an investigation and Ronald Hubbard, WM 52 of 1524 Mullane was arrested for the crime of Arson. It is believed that the cause of the blast was due to Hubbard scrapping at the home.

On November 24, 2014 Detroit Police Sergeant Rebecca McKay of the General Assignment Unit requested transaction records for Hubbard from several Southwest Detroit scrap yards. One of these yards being Southwest Metals, owned by Defendant Fawaz and managed by defendant Aslinger. Sergeant McKay reviewed the documents provided and counted (47) dates where Hubbard had sold metals to Southwest Metals since January 1, 2014. Upon this discovery, Sergeant McKay requested the scrap yard provide photographs for each metal transaction beginning July 1, 2014 in an effort to determine what types of metals Hubbard has been selling the scrap yard.

Three photographs were provided by defendant Aslinger; the photographs do not have a time stamp, so it is unknown what dates these three transactions represent. Sergeant McKay contacted defendant Aslinger and indicated that there were photos missing. Defendant Aslinger indicated that the three photos provided were all that were available, as the video had overwritten any other photos that could be extracted. Defendant Aslinger indicated that he thought all that was required was video that would only be retrievable back 30 days. Defendant Aslinger was completely unaware that photographs were required; therefore Southwest Metals has been in violation of this law for all customers since July 1, 2014.

(SIGNATURE OF INVESTIGATING OFFICER) Sergeant Rebecca McKay #S397
REVIEWED AND APPROVED BY: [Signature of Commanding Officer] — District or Bureau

---

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

☒ MISDEMEANOR  ☐ FELONY   IN CUSTODY? NO   PRECINCT (DETROIT) General Assignment Unit   DATE 11-07-2014

I ☐ DENY  ☒ RECOMMEND THE ISSUING OF A WARRANT AGAINST:

| NAME / ADDRESS | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|
| 1. Joseph Fawaz 7 Shady Hallow Dr., Dearborn Mi 48124 | 49 | M | W | 01/19/1965 | |
| 2. Gregory Andrew Aslinger 20850 Mary St., Taylor Mi 48180 | 50 | M | W | 07/04/1964 | |

OFFENSE (TO BE FILLED IN BY PROSECUTOR): ① Record Keeping Violation
SECTION (TO BE FILLED IN BY PROSECUTOR): ① 445.427

TAPE NUMBER:
PAGE NUMBER:
COMPLAINANT'S NAME / ADDRESS:
CITY: Detroit   STATE: Michigan
SIGNED: [signature]
INSTRUCTIONS:

1b

## INVESTIGATOR'S REPORT SUPPLEMENT

DETROIT
DEPARTMENT
POLICE

Page Two

Name of
Defendant #1 only  Joseph Fawaz                                  Offense No.

Date of Complaint:

**DETAILS OF INVESTIGATION** *(Continued)*

### WITNESSES:

Detroit Police Sergeant Rebecca McKay #S397 DPD/GAU will testify to the review of receipts and photographs, to the report and investigators report.

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 1411070300
Report No. 1411070300.6
Report Date: 12/16/2014

**1**

Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Subject: | 04-04-0436 info on arson report | | | | |
| Case Report Status | I - IN PROCESS | Date Entered | 12/16/2014 2:58:52 PM | Reporting Officer | 234398 - MCKAY, REBECCA |
| County | 82 - WAYNE | Entered By | 234398 - MCKAY, REBECCA | | |
| City/Township | 99 - DETROIT | Date Verified | | Assisted By | |
| | | Verified By | | | |
| Occurred On (and Between) | 11/7/2014 4:00:00 PM | Date Approved | | | |
| | | Approved By | | Assist Agency | |
| Location | 2401 OAKDALE | Connecting Cases | | | |
| CSZ | | Disposition | ACTIVE | | |
| Census/Geo Code | 5241 | Tactical Actions | | | |
| Grid | SW6 - 0206 | Clearance Reason | | | |
| Call Source | | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | 2 | | |
| Vehicle Traveling | | Notified | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

**Report Narrative**

MCKAY S397    GENERAL ASSIGNMENT UNIT    4918

A: NONE

S: FOLLOW UP RONALD HUBBARD - ALLEGED SCRAPPER

C: I, DETROIT POLICE SERGEANT REBECCA MCKAY OF THE GENERAL ASSIGNMENT UNIT RECEIVED INFORMATION THAT AN EXPLOSION OCCURRED AT 2401 OAKDALE AND THE CAUSE OF THE EXPLOSION WAS ALLEGEDLY FROM A SCRAPPER. I CONTACTED THE DETROIT ARSON UNIT AND LEARNED THAT A MAN NAMED RONALD HUBBARD HAD BEEN ARRESTED IN CONNECTION WITH THE INCIDENT. I HAD CONDUCTED AN INVESTIGATION INTO THE THEFT OF MAIN GAS LINES BELONGING TO MICHCON FROM VACANT HOMES IN THE CITY OF DETROIT, AND SUSPECTED THAT THIS COULD HAVE BEEN THE CAUSE OF THE EXPLOSION ON OAKDALE. WHEN THIS MAIN LINE IS REMOVED, THE GAS IS LEFT TO VENT EITHER INTO THE GROUND OR BACK INTO THE VACANT HOME.

ON NOVEMBER 24, 2014 I REQUESTED RECORDS FOR RONALD HUBBARD FROM SEVERAL SCRAP YARDS LOCATED IN SOUTHWEST DETROIT BEGINNING JANUARY 1, 2014 TO PRESENT (LAFAYETTE RECYCLING, DETROIT IRON AND METAL, SIMS METAL DYNAMICS, FERROUS PROCESSING, SOUTHWEST METALS AND CITY RECYCLING, BASED ON THE VACINITY TO SOUTHWEST DETROIT). I RECEIVED RECORDS FROM LAFAYETTE (TWO DATES), DETROIT IRON AND METAL (119 DATES) AND SOUTHWEST METALS (47 DATES).

OVER THE NEXT SEVERAL DAYS I REVIEWED THE RECORDS AND REQUESTED THE PHOTOGRAPHS OF EACH TRANSACTION MADE (MCL 445.427 (2)G) FROM THE SCRAP YARDS WHO HAD BEEN PURCHASING METALS FROM HUBBARD.

I RECEIVED RECORDS FROM LAFAYETTE RECYCLING WHICH DEPICTED THE MATERIAL SOLD BY HUBBARD IN AN AERIAL PHOTO ABOVE THEIR SCALE FOR BOTH TRANSACTIONS.

I RECEIVED (3) PHOTOGRAPHS FROM SOUTHWEST METALS. ACCCORDING TO GREG ASLINGER, THE MANAGER, THE YARD HAS NOT BEEN PHOTOGRAPHING MATERIAL, SIMPLY RELYING ON VIDEO WHICH IS ONLY PRESERVED FOR APPROXIMATELY 30 DAYS. THEREFORE SOUTHWEST METALS FAILED TO PROVIDE PHOTOGRAPHS FOR (20) TRANSACTIONS BEGINNING JULY 1, 2014.

I RECEIVED (66) FILES CONTAINING PHOTOS OF RONALD HUBBARD, MATERIAL SOLD AT THE NON FERROUS AND FERROUS SCALES AND VEHICLES USED TO TRANSPORT THE METALS. ALL OF THE FOLLOWING DATES OCCURED IN 2014 - ON THE FOLLOWING DATES, DETROIT IRON AND METAL EMPLOYEES FAILED TO OBTAIN A PHOTOGRAPH OF METALS SOLD CONTAINED IN THE VEHICLE TRANSPORTING: 7-10, 7-12, 7-17, 7-25, 8-8, 8-13, 8-18, 8-19, 8-20, 8-22, 8-25X2, 8-26X3, 8-27, 8-28, 9-4, 9-5X2, 9-8X2, 9-12, 9-22, 9-23, 9-29, 10-8, 10-9X2, 10-14, 10-18.

I RECEIVED RECORDS FROM FERROUS PROCESSING FROM 2013, NO 2014 DATES.

I RECEIVED A NEGATIVE RESULT FROM BOTH SIMS METAL DYNAMICS AND CITY RECYCLING (CUSTOMER NOT IN DATABASE).

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1411070300**
Report No. **1411070300.6**
Report Date: **12/16/2014**

**2**
Page 2 of 2

## Offense Detail: 9954 - MISCELLANEOUS - GENERAL NON-CRIMINAL

| | | |
|---|---|---|
| Offense Description | 9954 - MISCELLANEOUS - GENERAL NON-CRIMINAL | |
| IBR Code | | Location: 20 - RESIDENCE/HOME |
| IBR Group | | Offense Completed? YES |
| Crime Against | | Hate/Bias: 00 - NONE (NO BIAS) |
| Offense File Class | 99009 - | Domestic Violence: NO |
| PACC | | |
| Local Code | | |
| Using | | |
| Criminal Activity | | |
| Weapons | | |

No. Prem. Entered
Entry Method
Type Security
Tools Used

NetRMS_MICR rf v2f

Printed: December 16, 2014 - 3:59 PM