# DETROIT POLICE DEPARTMENT VOID

**Case No. 1502090237**
**Report No. 1502090237.1**
**Report Date: 2/9/2015**

DETROIT POLICE DEPARTMENT

*Theft of Prepared Structural Steel from Scrap yard*

# 1
Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Subject: | 02/4918/SCRAP YARD VISIT/NO ARRESTS | | | | |

| | | | | |
|---|---|---|---|---|
| Case Report Status | **A - APPROVED** | Date Entered | **2/9/2015 4:57:35 PM** | Reporting Officer |
| County | **82 - WAYNE** | Entered By | **234398 - MCKAY, REBECCA** | **234398 - MCKAY, REBECCA** |
| City/Township | **99 - DETROIT** | Date Verified | **2/9/2015 5:45:41 PM** | |
| | | Verified By | **234398 - MCKAY, REBECCA** | Assisted By |
| Occurred On | **2/6/2015 3:00:00 PM** | Date Approved | **2/9/2015 5:45:48 PM** | **233904 - SPLITT, LAURA** |
| (and Between) | **2/6/2015 5:00:00 PM** | Approved By | **234398 - MCKAY, REBECCA** | |
| Location | **8122 W FORT** | Connecting Cases | | Assist Agency |
| CSZ | | Disposition | **ACTIVE** | |
| Census/Geo Code | **5237** | Tactical Actions | | |
| Grid | **SW7 - 0207** | Clearance Reason | | |
| Call Source | | Date of Clearance | | |
| | | Reporting Agency | **DETROIT POLICE DEPARTMENT** | |
| Vehicle Activity | | Division | **DETROIT POLICE DEPARTMENT** | |
| Vehicle Traveling | | Notified | | |
| Cross Street | | | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |

**Report Narrative**   MCKAY   S397       SPLITT   3636       GENERAL ASSIGNMENT UNIT

A: NONE

S: CUSTOMER INQUIRY

C: I, DETROIT POLICE SERGEANT REBECCA MCKAY OF THE GENERAL ASSIGNMENT UNIT, WITH DETECTIVE LAURA SPLITT VISITED SEVERAL SCRAP YARDS AFTER RECEIVING INFORMATION ON THE THEFT OF SCRAP METAL FROM 1950 MEDBURY FERROUS PROCESSING (A SCRAP YARD WHO PURCHASES AND STORES INDUSTRIAL AND/OR PROCESSED SCRAP METAL). FERROUS PROCESSING HAS BEEN MONITORING THE FACILITY NIGHTLY AND CAUGHT SEVERAL PERPETRATORS STACKING METALS FROM THEIR YARD IN A NEARBY VACANT BUILDING. FERROUS SUPPLIED OFFICERS SEVERAL NAMES AND PHOTOGRAPHS FOR OUR INVESTIGATION.

JOHN RICHARD HOLLAND WM 3-10-61
WILLIE DOVE LAVETTE BM 7-21-68
JAMES GREENE BM 4-2-69
ROBERT JONES BM 2-11-53
(2) UNIDENTIFIED PHOTOS OF PERSONS CAUGHT BY FERROUS SECURITY

MYSELF AND DETECTIVE SPLITT WENT TO LAFAYETTE RECYCLING, SIMS METAL DYNAMICS AND DETROIT IRON AND METAL RECEIVING NEGATIVE RESULTS AT ALL THREE YARDS. MEMBERS WENT TO SOUTHWEST METALS AND FOUND (4) OF THE (6) SUSPECTS FREQUENTLY SCRAPPED AT THE YARD. I REQUESTED THE SCRAP RECORDS FOR HOLLAND (WHO GREG ASLINGER INDICATED HAS BEEN COMING INTO SOUTHWEST METALS EVERY DAY WITH 800-900 POUNDS OF PREPARED STRUCTURAL STEEL FOR MONTHS) AND LAVETTE. THE TWO PHOTOGRAPHS WERE IDENTIFIED AS PERSONS WHO ASSIST OTHER CUSTOMERS AT THE YARD AND MEMBERS RECEIVED THE CUSTOMER INFORMATION FOR ONE OF THOSE INDIVIDUALS AS GORDON DAVIS BM 30'S OF 2249 FARNSWORTH DRIVING A WHITE CHEVY BLAZER CHJ0583.

SCALE OPERATOR SPOKEN TO WAS RONALD WALLACE BM25 12-23-1989. WE DID NOT RECEIVE ANY DOCUMENTS THIS DAY. I ALLOWED TWO DAYS FOR PROCESSING AS A COURTESY.

## Offense Detail: 9941 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS

| | | | | |
|---|---|---|---|---|
| Offense Description | **9941 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS** | | | |
| IBR Code | | Location | **34 - SCALE SITE** | |
| IBR Group | | Offense Completed? | **YES** | No. Prem. Entered |
| Crime Against | | Hate/Bias | **00 - NONE (NO BIAS)** | Entry Method |
| Offense File Class | **98004 -** | Domestic Violence | **NO** | Type Security |
| | **INSPECTIONS/INVESTIGATIONS -** | | | |
| | **OTHER INSPECTIONS** | | | |
| PACC | | | | Tools Used |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |

Printed For: _____
Printed: February 26, 2015 - 4:03 PM

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1502090237**
Report No. **1502090237.2**
Report Date: **2/12/2015**

**1**

Page 1 of 3

Subject: **02/4918/SCRAP YARD VISIT/NO ARRESTS**

| | | | | |
|---|---|---|---|---|
| Case Report Status | **I - IN PROCESS** | Date Entered | **2/26/2015 4:11:02 PM** | Reporting Officer |
| County | **82 - WAYNE** | Entered By | **234398 - MCKAY, REBECCA** | **234398 - MCKAY, REBECCA** |
| City/Township | **99 - DETROIT** | Date Verified | | |
| | | Verified By | | Assisted By |
| Occurred On | **2/6/2015 3:00:00 PM** | Date Approved | | |
| (and Between) | **2/12/2015** | Approved By | | |
| Location | **8122 W FORT** | Connecting Cases | | Assist Agency |
| CSZ | | Disposition | **ACTIVE** | |
| Census/Geo Code | **5237** | Tactical Actions | | |
| Grid | **SW7 - 0207** | Clearance Reason | | |
| Call Source | | Date of Clearance | | |
| | | Reporting Agency | **DETROIT POLICE DEPARTMENT** | |
| Vehicle Activity | | Division | **DETROIT POLICE DEPARTMENT** | |
| Vehicle Traveling | | Notified | | |
| Cross Street | | | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |

Report Narrative  **MCKAY  S397**

A: NONE (REFER TO OFFENDER SECTION)

S: SCRAP YARD RECORDS REQUEST

C: I, DETROIT POLICE SERGEANT REBECCA MCKAY OF THE GENERAL ASSIGNMENT UNIT ALONG WITH DETECTIVE LAURA SPLITT REQUESTED SPECIFIC RECORDS FROM SOUTHWEST METALS THROUGH MANAGER GREG ASLINGER ON FEBRUARY 6, 2015.

ON FEBRUARY 12, 2015 MEMBERS RECEIVED A PORTION OF THE REQUESTED RECORDS (PLEASE REFER TO THE ATTACHED REPORT FOR THE SPECIFIC REQUESTS). MEMBERS RECEIVED A RUNNING TALLEY OF TRANSACTIONS BEGINNING AUGUST 26, 2014 FOR JOHN HOLLAND. THIS SHEET IS TITLED BY SOUTHWEST METALS AS "BUY BY SELLER REPORT". THIS REPORT SHOWS (46) DATES WHERE HOLLAND SOLD METALS TO SOUTHWEST, MANY OF THESE DAYS IT APPEARS THAT HOLLAND MADE MULTIPLE VISITS. HOLLAND SOLD 117, 165 POUNDS OF METAL OVER THIS TIME FRAME AND WAS PAID $13, 379. 12 FOR THE MATERIAL. ON MOST OF THESE DAYS HOLLAND SOLD HUNDREDS AND EVEN THOUSANDS OF POUNDS OF PREPARED STRUCTURAL STEEL, UN-PREPARED STRUCTURAL STEEL, AND PRE-HEAVY METAL. ALL OFF THESE WOULD BE CONSIDERED INDUSTRIAL COMODITIES. ASLINGER PROVIDED THREE PHOTOS AT THE FERROUS SCALE (WE REQUESTED ALL PHOTOS AT THE FERROUS SCALE FOR THE PAST (30) DAYS AND HOLLAND HAD SOLD METALS ON (12) DAYS DURING THE PREVIOUS (30) DAYS MAKING (58) TRANSACTIONS). THE THREE PHOTOS PROVIDED DID NOT CAPTURE THE METALS SOLD. SOUTHWEST METALS FAILED TO PROVIDE A COPY OF HOLLANDS IDENTIFICATION.

NO RECORDS FOR WILLIE LAVETTE WERE PROVIDED

NO IDENTIFICATION FOR ROBERT JONES JR WAS PROVIDED

NO RECORDS FOR GORDON DAVIS WERE PROVIDED

SOUTHWEST METALS PROVIDED TWO RECEIPTS, VIDEO AND PHOTO FOR ONE TRANSACTION MADE BY RICHARD BAKER BUT FAILED TO PROVIDE PHOTOS AND VIDEO FOR THE SECOND TRANSACTION MADE BY BAKER AS REQUESTED.

AS A RESULT OF SOUTHWEST METALS FAILURE TO PROVIDE THE DOCUMENTATION REQUESTED, I PREPARED AND SENT AN EMAIL TO JOE FAWAZ AND GREG ASLINGER OUTLINING THE REQUEST ONCE MORE. I WAS VERY SPECIFIC AND CLEAR IN MY REQUEST.

ON FEBRUARY 13, 2015 IN RESPONSE TO MY EMAIL, I RECEIVED A TEXT MESSAGE FROM MANAGER GREG ASLINGER WHERE HE COMPLAINED AT THE AMOUNT OF WORK IT WAS GOING TO BE TO PROVIDE THE VIDEO REQUESTED (WHICH TURNED INTO A VIDEO REQUEST DUE TO THE FACT THAT SOUTHWEST METALS WAS FAILING TO TAKE PHOTOGRAPHS OF THE METAL AT THE FERROUS SCALE). I RETURNED TEXT MESSAGE TO ASLINGER ADVISING HIM THAT I NEEDED TO "SEE" THE MATERIAL SOLD TO SOUTHWEST METALS AND THAT I NEEDED "ALL" THE VIDEO FOR THE REQUEST MADE.

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1502090237**
Report No. **1502090237.2**
Report Date: **2/12/2015**

**2**

Page 2 of 3

ON FEBRUARY 16, 2015 I INQUIRED ABOUT THE RECORDS REQUEST AND ASLINGER ADVISED IT WAS COMPLETE AND READY FOR PICK UP.

ON OR ABOUT FEBRUARY 17, 2015 DETECTIVE SPLITT AND DETROIT POLICE OFFICER TOMMY BELL OF THE GENERAL ASSIGNMENT UNIT WENT TO SOUTHWEST METALS AND PICKED UP THE DOCUMENT REQUEST WHICH CONSISTED OF FOUR MEDIUM MANILA ENVELOPES LABELED JOHN HOLLAND, GORDON DAVIS, WILLIAM LAVETTE, AND RICHARD BAKER (STILL NOTHING FOR ROBERT JONES JR).

ON FEBRUARY 26, 2015 I REVIEWED THE MATERIAL PROVIDED BY SOUTHWEST METALS.

JOHN HOLLAND - CONTAINED A COPY OF HOLLANDS IDENTIFICATION AND A DVD. AFTER REVIEW, THE DVD CONTAINED THREE CLIPS. ONE VIDEO CLIP AT THE SCALE WHERE THE REAR OF A VAN IS SEEN WITH ONE DOOR OPEN. THE MATERIAL INSIDE THE VAN CANNOT BE SEEN. ONE WHERE A VAN BACKS UP AND PULLS AWAY FROM A PILE OF STEEL. AND ONE WHERE A VAN BACK UP TO A PILE OF STEEL AND IT APPEARS TWO MEN GET OUT AND PULL STEEL FROM THE REAR OF THE VAN. THE VAN APPEARS TO BE THE SAME AS THE ONE ON THE FERROUS SCALE. NO OTHER VIDEO WAS PROVIDED.

GORDON DAVIS - CONTAINED A COPY OF DAVIS' IDENTIFICATION, A "BUY BY SELLER REPORT" AND DVD. THE DVD CONTAINED THREE CLIPS OF A PICK UP TRUCK CONTAINING HEAVY INDUSTRIAL STEEL. DAVIS HAD NOT BEEN IN THE YARD OVER THE PAST (30) DAYS. BUT HAS SOLD 126, 715 POUNDS OF METALS RECEIVING $14, 920. 48 SINCE AUGUST 2014. SOUTHWEST METALS FAILED TO TAKE PHOTOGRAPHS FOR THE MAJORITY OF THESE TRANSACTIONS AND HAS PROVIDED ONLY THREE VIDEOS (PHOTOS WERE REQUESTED ON FEBRUARY 6, 2015), SO IT IS IMPOSSIBLE TO KNOW WHAT DAVIS HAS SOLD THE YARD. MOST OF THESE DAYS DAVIS SOLD STRUCTURAL STEEL, PREPARED STRUCTURAL STEEL AND PRE-HEAVY METAL.

WILLIAM LAVETTE - CONTAINED (2) TRANSACTION RECEIPTS (ONE FROM JUNE 2014 AND ONE FROM AUGUST 2012). NO COPY OF IDENTIFICATION.

RICHARD BAKER - CONTAINED ONE TRANSACTION RECEIPT AND A DVD SHOWING THE SALE OF 374 POUNDS OF LEAD (THIS WAS THE SAME MATERIAL SOUTHWEST METALS PURCHASED FROM BAKER ON FEBRUARY 6, 2015, BUT THE YARD PAIS BAKER FOR ALUMINUM. THE MATERIAL WAS THE SAME AS I OBSERVED ON FEBRUARY 6, 2015 IN THE FORM OF INGOTS). ACCORDING TO BAKER, SOUTHWEST METALS DID NOT ASK HIM ANY QUESTIONS IN REGARD TO THE MATERIAL AND REQURIED NO DOCUMENTATION FROM HIM PRIOR TO PURCHASING THE MATERIAL. I CONDUCTED AN INVESTIGATION INTO THE MATERIAL AND FOUND THAT BAKER AND HIS SUPERVISORS WERE STEALING THE MATERIAL FROM THEIR WORKPLACE, UNIVERSAL INTERMODAL. UNIVERSAL INTERMODAL TERMINATED THE EMPLOYEES BUT REFUSED TO MOVE FORWARD WITH CRIMINAL CHARGES.

## Offense Detail: 9941 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS

| | 9941 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS | | |
|---|---|---|---|
| Offense Description | | | |
| IBR Code | | Location | **34 - SCALE SITE** |
| IBR Group | | Offense Completed? | **YES** |
| Crime Against | | Hate/Bias | **00 - NONE (NO BIAS)** | No. Prem. Entered |
| Offense File Class | **98004 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS** | Domestic Violence | **NO** | Entry Method |
| | | | Type Security |
| PACC | | | |
| Local Code | | | Tools Used |
| Using | | | |
| Criminal Activity | | | |
| Weapons | | | |

## Suspect S1: ASLINGER, GREG

| | | | | | |
|---|---|---|---|---|---|
| Suspect Number | **S1** | | | | |
| Name | **ASLINGER, GREG** | DOB | **7/4/1964** | Place of Birth | |
| AKA | | Age | **50** | SSN | |
| Alert(s) | | Sex | **M - MALE** | DLN | |
| | | Race | **W - WHITE** | DLN State | |
| | | Ethnicity | **U - UNKNOWN** | DLN Country | |
| Address | **20850 Mary St** | Ht. | | Occupation/Grade | |
| CSZ | **TAYLOR, MI 48180** | Wt. | | Employer/School | |
| | | Eye Color | | Employer Address | |
| Home Phone | | Hair Color | | Employer CSZ | |
| Work Phone | | Hair Style | | Res. County | |
| Email Address | | Hair Length | | Res. Country | |

NetRMS_MICR.rtf v2f

Case 2:15-cv-11099-MOB-APP ECF No. 16-7 PageID.375 Filed 04/07/15 Page 4 of 26

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1502090237**
Report No. **1502090237.2**
Report Date: **2/12/2015**

# 3

Facial Hair

Resident Status **S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED**

Complexion
Build
Teeth

Scars/Marks/Tattoos
Suspect MO
Other MO
Attire
Habitual Offender Status

Suspect Notes     MANAGER SOUTHWEST METALS

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1502090237**
Report No. **1502090237.3**
Report Date: **3/18/2015**

**1**

Page 1 of 2

Subject: **02/4918/SCRAP YARD VISIT/NO ARRESTS**

| | | | | |
|---|---|---|---|---|
| Case Report Status | **I - IN PROCESS** | Date Entered | **3/18/2015 2:17:19 PM** | Reporting Officer |
| County | **82 - WAYNE** | Entered By | **234398 - MCKAY, REBECCA** | **234398 - MCKAY, REBECCA** |
| City/Township | **99 - DETROIT** | Date Verified | | |
| | | Verified By | | Assisted By |
| Occurred On | **2/6/2015 3:00:00 PM** | Date Approved | | |
| (and Between) | **3/18/2015 2:00:00 PM** | Approved By | | |
| Location | **8122 W FORT** | Connecting Cases | | Assist Agency |
| CSZ | | Disposition | **ACTIVE** | |
| Census/Geo Code | **5237** | Tactical Actions | | |
| Grid | **SW7 - 0207** | Clearance Reason | | |
| Call Source | | Date of Clearance | | |
| | | Reporting Agency | **DETROIT POLICE DEPARTMENT** | |
| Vehicle Activity | | Division | **DETROIT POLICE DEPARTMENT** | |
| Vehicle Traveling | | Notified | | |
| Cross Street | | | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |

Report Narrative    **MCKAY S397    4918    GENERAL ASSIGNMENT UNIT**

A: NONE

S: SCRAP YARD RECORDS REQUEST

C: I, DETROIT POLICE SERGEANT REBECCA MCKAY OF THE GENERAL ASSIGNMENT UNIT, IN RESPONSE TO TWO FAILED ATTEMPTS AT RECEIVED REQUESTED RECORDS FROM SOUTHWEST METALS MADE A THIRD REQUEST FOR RECORDS ON MARCH 9, 2015. THE REQUEST WAS EMAILED TO SOUTHWEST METALS (MANAGER, GREG ASLINGER AND THE MAIN EMAIL MONITORED BY THE OWNER JOSEPH FAWAZ). THE REQUEST CONCENTRATED ON (5) SPECIFIC DATES WHERE JOHN HOLLAND SOLD METALS TO THE YARD BELIEVED TO HAVE BEEN STOLEN FROM ANOTHER SCRAP YARD INDUSTRIAL IN NATURE.

ON MARCH 17, 2015 I RECEIVED WORD THAT THE REQUEST WAS FILLED AND SENT DETROIT POLICE OFFICER TOMMY BELL TO THE LOCATION TO PICK UP THE DOCUMENTS. WHEN OFFICER BELL ARRIVED HE WAS GREETED BY MANAGER GREG ASLINGER, WHO EXPRESSED HIS OPINION ABOUT A WARRANT HE HAD BEEN NOTIFIED ABOUT WITH REGARD TO RECORDS VIOLATIONS. THIS WARRANT WAS ISSUED MARCH 17, 2015 BY THE WCPO APA DENNIS DOHERTY AND STEMMED FROM THE FAILURE OF SOUTHWEST METALS TO PROVIDE DOCUMENTS REQUESTED WITH RELATION TO A PEDDLER JOHN HOLLAND. ASLINGER TOLD OFFICER BELL THAT THE ISSUANCE OF THE WARRANT WAS PERSONAL, OFFICER BELL TRIED TO EXPLAIN THAT THE YARD SIMPLY NEEDS TO COMPLY WITH THE LAW AND THERE WOULD BE NO CONTACT WITH THE POLICE. ASLINGER GAVE OFFICER BELL THE DOCUMENTS SOUTHWEST METALS HAD PREPARED.

ON MARCH 18, 2015 DETROIT POLICE DETECTIVE LAURA SPLITT AND I REVIEWED THE DOCUMENTS PROVIDED BY SOUTHWEST METALS. UPON INSPECTION, WE BOTH NOTICED TWO TRANSACTIONS MISSING AN ATTACHED CHECK (TICKET#52588882 AND #52691299). BOTH OF THESE TRANSACTIONS WERE UNDER $25. IMMEDIATELY UPON REALIZING THIS, I ADVISED DETECTIVE SPLITT THAT THERE MAY BE YET ANOTHER VIOLATION TO BE CONCERNED WITH OCCURING AT SOUTHWEST METALS. DETECTIVE SPLITT SAID SHE NOTICED THE CASHIER PAYING CUSTOMERS WITH CASH FOR TRANSACTIONS WHEN SHE WAS AT THE YARD IN THE FALL OF 2014. DETECTIVE SPLITT DID NOT ALERT ME TO THE FACT BECAUSE SHE BELIEVED THAT WAS PERMITTED IF THE DOLLAR AMOUNT WAS UNDER A CERTAIN NUMBER. I ADVISED DETECTIVE SPLITT AT THIS TIME THAT ABSOLUTELY NO CASH TRANSACTIONS ARE PERMITTED ACCORDING TO STATE LAW (MCL 445.425). AS A RESULT OF THIS DISCOVERY I SENT AN EMAIL TO SOUTHWEST METALS (GREG ASLINGER AND JOE FAWAZ) REQUESTING THE MISSING CHECKS IN AN EFFORT TO DETERMINE IF THE CHECKS EXIST AND WERE OVERLOOKED. THIS WILL BE THE FOURTH REQUEST FROM THE YARD FOR THIS CASE. I RECEIVED A TEXT MEASSAGE BACK FROM GREG ASLINGER READING "MISS MACKY WE DONT HAVE CHECKS FOR THOSE TWO INCIDENTS BECAUSE IT'S UNDER $50" HE ALSO NOTED THAT SOUTHWEST DID NOT NEED THE ORIGINAL CHECKS BACK THAT THEY PROVIDED IN THE REQUEST.

AFTER REVIEWING THE TICKETS IT WAS ALSO DISCOVERED THAT THE "BUY BY SELLER REPORT" PROVIDED UPON THE FIRST DOCUMENT REQUEST WITH REGARD TO JOHN HOLLAND WAS DIFFICULT TO READ AND WHAT WAS AT FIRST BELIEVED TO BE MULTIPLE VISITS IN ONE DAY MAY HAVE BEEN ONE SINGLE VISIT WITH MULTIPLE WEIGH INS ON THE SCALE DIVIDING A LOAD ACCORDING TO COMMODITY. IT SHOULD BE NOTED THAT IF THE TICKET OF THE

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1502090237**
Report No. **1502090237.3**
Report Date: **3/18/2015**

**2**

Page 2 of 2

TRANSACTIONS WOULD HAVE BEEN PROVIDED THIS CONFUSION WOULD HAVE BEEN AVOIDED. THE WCPO HAS BEEN NOTIFIED OF THE CONFUSION, WHICH WILL NOT EFFECT THE MOST RECENT WARRANT ISSUED AS NUMEROUS RECORD RELATED VIOLATIONS WERE DISCOVERED. THIS CONFIRMED MY FEARS THAT SOUTHWEST METALS WAS IN VIOLATION OF ANOTHER STATE LAW WITH REGARD TO PAYMENT.

THE TICKETS PROVIDED BY SOUTHWEST METALS WITH REGARD TO JOHN HOLLAND FOR THE DATES OF 1/2, 1/14, 1/17, 1/20, &1/21/2015 CONTAINED SALES OF PREPARED STRUCTURAL STEEL AND PREPARED HEAVY METALS. THIS TYPE OF METAL IS CONSITENT WITH STEEL IBEAMS AND OTHER HEAVY METAL USED TO MAINTAIN THE INTEGRITY OF A BUILDING SO THAT IT REMAINS SAFELY STANDING. HOLLAND SOLD 12, 060 POUNDS OF HEAVY METAL AND WAS PAID APPROXIMATELY .10 A POUND AND 3360 POUNDS OF PREPARED STRUCTURAL STEEL AND WAS PAID APPROXIMATELY .11 A POUND. THESE METALS ARE CONSISTENT WITH THE METALS REPORTED STOLEN BY FERRUOS PROCESSING FROM THEIR SCHLAFER YARD LOCATED ON MEDBURY STREET.

## Offense Detail: 9941 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS

| | | | |
|---|---|---|---|
| Offense Description | **9941 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS** | | |
| IBR Code | | Location | **34 - SCALE SITE** |
| IBR Group | | Offense Completed? | **YES** |
| Crime Against | | Hate/Bias | **00 - NONE (NO BIAS)** |
| Offense File Class | **98004 - INSPECTIONS/INVESTIGATIONS - OTHER INSPECTIONS** | Domestic Violence | **NO** |
| PACC | | | |
| Local Code | | | |
| Using | | | |
| Criminal Activity | | | |
| Weapons | | | |

No. Prem. Entered
Entry Method
Type Security

Tools Used

## REBECCA MCKAY - Records request

| | |
|---|---|
| **From:** | REBECCA MCKAY |
| **To:** | southwestmetals@comcast.net;  southwestmetalsgreg@comcast.net |
| **Date:** | 2/12/2015 6:10 PM |
| **Subject:** | Records request |
| **Bc:** | Thomas, Johnny;  COLE, CHRISTOPHE;  ABDURRASHEED, DEBBIE |

Mr. Aslinger,

We were in Southwest Metals on February 6, 2015 and made several records requests. Today we received a small portion of our request. I will make the request one more time.

- Records for **John Holland**, we have a running list of transactions and may need individual tags in the future, however you are missing photos and/or video. You provided photos of the back of a van, which did not include the load as required by law MCL 445.427 (2)g. Holland has numerous transactions throughout the month of January. Your video goes back at least 30 days. Please provide all video for the past 30 days were Holland has sold metals at Southwest Metals, City Code 49-8-11 (he was in your establishment almost every day). We will need footage of the scale and yard.

- Records for **Willie Lavette** - you provided no records, MCL 445.427 (1). We requested all transaction receipts for the past 6 months and still photos for the past 30 days. Again, if the still photos do not capture the load we need the video of the scale and the yard (30 days). *If Lavette has not been in the yard in the past 6 months please advise on the most recent dates and we will determine what we need.*

- Records for **Robert Jones Jr** - please provide a copy of the ID you have on file for Robert Jones Jr.

- Records for **Gordon Davis** - you provided no records. We requested all transaction receipts for the past 6 months and still photos for the past 30 days. Again, if the still photos do not capture the load we need the video of the scale and the yard (30 days).

- Records for **Richard Baker** - you provided the two receipts, video and photo for one transaction. We need the video and photo for the load sold on February 3, 2015 (lead). If the photo does not show the load, we need the video of the scale and yard.

Please get this request to us immediately.

In addition, the method in which Southwest Metals is photographing the ferrous metals coming across the scale does not meet the standard set by the Scrap Metal Regulatory Act, specifically MCL 445.427. We have had this discussion on several occasions - The photos **MUST** capture the load being sold. You are not required to take a picture of each individual piece of metal, but you **MUST** take a photograph of the contents as they are seen in the vehicle upon inspection. Most yards are using hand held digital cameras to comply with the law. Perhaps this is an option at Southwest Metals.

Thanks

Sergeant Rebecca McKay
Detroit Police Department
General Assignment Unit
Desk: 313-235-4359
Cell: 313-898-5833
Fax: 313-235-4385

*"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first!"*

**REBECCA MCKAY – Fwd: Records request**

| | |
|---|---|
| **From:** | REBECCA MCKAY |
| **To:** | Greg Aslinger |
| **Date:** | 2/12/2015 6:11 PM |
| **Subject:** | Fwd: Records request |
| **Attachments:** | Records request |

Sergeant Rebecca McKay
Detroit Police Department
General Assignment Unit
Desk: 313-235-4359
Cell: 313-898-5833
Fax: 313-235-4385

*"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first!"*

**REBECCA MCKAY - Records Request**

| | |
|---|---|
| **From:** | REBECCA MCKAY |
| **To:** | Greg Aslinger; southwestmetals@comcast.net |
| **Date:** | 3/9/2015 6:11 PM |
| **Subject:** | Records Request |
| **Bc:** | Thomas, Johnny; COLE, CHRISTOPHE; ABDURRASHEED, DEBBIE |

Mr. Aslinger,

This is a follow-up request in regard to John Richard Holland. The police department needs the actual tickets for transactions made on specific dates between Southwest Metals and Holland. Include **ALL** transactions made on the following dates:

- January 2, 2015
- January 14, 2015
- January 17, 2015
- January 20, 2015
- January 21, 2015

With the tickets please include a copy of the check issued, finger print and signature, and license plate numbers of vehicles used to sell the material. I am further requesting all photographs taken pursuant to the statute (MCL 425.427). Past requests made did not include the photographs, but I am making the request once again in regard to the above specific dates where Holland sold ferrous metals to Southwest Metals.

Thank you in advance. Please email, call or text when the request is ready.


Sergeant Rebecca McKay
Detroit Police Department
General Assignment Unit
Desk: 313-235-4359
Cell: 313-898-5833
Fax: 313-235-4385


*"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first!"*

**REBECCA MCKAY - Records**

| | |
|---|---|
| **From:** | REBECCA MCKAY |
| **To:** | Greg Aslinger; southwestmetals@comcast.net |
| **Date:** | 3/9/2015 6:55 PM |
| **Subject:** | Records |
| **Bc:** | COLE, CHRISTOPHE; Thomas, Johnny; ABDURRASHEED, DEBBIE |

Mr. Aslinger,

I have another follow-up request. Richard Baker sold aluminum ingots to Southwest Metals on February 3, 2015 and February 6, 2015. I need additional items in regard to this customer.

Please provide a copy of his identification, the actual ticket dated 2/6/2015 (I have the other ticket), the license plate number of the vehicle delivering the metals both dates, a copy of the check issued on both dates, a copy of the finger print and his signature for both transactions.

**ALSO**
**This is the third request for the following**:

Please provide the identification that Southwest Metals has on file for Robert Emery Jones Jr., BM 2-11-1953 (he was in your system as Robert Jones Jr when we initially requested the information on February 6, 2015.

Thank you in advance. Please email, call or text when this request is complete.


Sergeant Rebecca McKay
Detroit Police Department
General Assignment Unit
Desk: 313-235-4359
Cell: 313-898-5833
Fax: 313-235-4385


*"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first!"*

7) Rebecca McKay
Laura SPLITT
Mike Dwyer

 REPORT

| About | Resources | FAQs | Laws | Recycling Industry |

| Contact | ISRI |

 # Glossary of Common Materials
# Processed by Recycling Companies

Home / Stop Metals Theft / Resources / Glossary

**About**

**Resources**

Success Stories

Tools

Glossary

**FAQs**

**Laws**

**Recycling Industry**

**Contact**

**ISRI**

## GLOSSARY

## Glossary of Common Materials Processed by Recycling Companies (based on ISRI Specifications Guide)

**Description**

### Download PDF

Glossary of Common Materials Processed by Recycling Companies (based on ISRI Specifications Guide)

Have Questions?

**Brady Mills**
*Director of Law Enforcement Outreach*
BradyMills@isri.org
(202) 662-8526

 Number 1 Copper – Wire or tubing. No coverings, no paint, no solder, no joints, nothing inside.

 Number 2 Copper – Used pipe or wire contaminated with paint, solder, joints, or coating. May have small amounts of contaminating materials(s) inside. Copper wire with insulation removed by burning. Possible sources include remodelling or demolition projects.

 Sheet Copper – Rolled into sheets. Uses include roofing, downspouts and gutters. Note: New material that is still shiny may be considered Number 1 Copper.

To combat the important issue of metals theft, ISRI has developed www.ScrapTheftAlert, an online theft alert system that is



REAL TESTIMONY

REAL OFFICERS

READ SUCCESS STORIES



Insulated Copper Wire – Wire covered with rubber, plastic or other non-conducting material.



Aluminium or Copper Radiators – (Aluminum/Copper Radiators) Can be found in vehicles and different types of machinery to include air conditioner units. Free of brass, plastic or iron parts / brackets.

available to law enforcement, recyclers, and property owners - free of charge.

Learn how to use www.ScrapTheftAlert, a free-of-charge online theft alert system that is available to law enforcement, recyclers, and property owners.



Red Brass – Electrical hardware, low pressure valves, pipe fittings. Cemetery headstone plates and flower vases (sometimes referred to as bronze). Free of lead or steel contamination.



Yellow Brass – Mixed brass. Plumbing fixtures, valves, sprinkler heads, water meters.



Aluminium Sheet – Uncoated, free of contaminants. No paper, ink, plastic, etc. Uses include auto body parts, aircraft skins and packaging.



Aluminium Extrusions – Examples include window frames, screen enclosures, bleachers, and ladders.



Clean Aluminium Wire – Wire free of plastic or rubber coatings. No steel.



Cast Aluminium – Products made by mold casting or sand castings, i.e. Tire rims and engine blocks.



Unclean Aluminium Wire – Often referred to as Insulated Aluminium Wire. Has a plastic or rubber coating.





Aluminium Exterior – Sometimes called Aluminium Siding. Aluminium siding scrap. Can be painted. No plastic or fiberglass.



Contaminated Aluminium – Often referred to as Dirty Aluminium. Coated with plastic, rubber or other contaminates. Examples include auto parts, pots and pans, and window frames with screws.

Stainless Steel – Steel containing nickel and chromium to prevent corrosion, rust or water stains. Uses include construction, medical equipment, drilling equipment and water distribution systems.

Large Appliances – (White Goods) Scrap refrigerators, washers and dryers, range hoods, dishwashers, etc.





*Prepared 4' or less*
*Unprepared 4' or more*

Steel Structural – Steel formed into specific shapes or beams, used in construction.



Miscellaneous Steel – Non-structural steel that often remains visible after construction. Railings, stairs, ornamental objects.



Sheet Irons – Thin sheets of iron or steel sized by gauge, used primarily for car / equipment body panels and construction.



Motor Vehicles Non-body Parts – Engines, transmissions, catalytic converters, alternators, batteries, etc.

03/09/2015 17:32 FAX 0586 755 3244   SLC RECYCLING   Case 2:15-cv-11080-MOB-APP   ECF No. 16-7, PageID.386   Filed 04/07/15   Page 15 of 26   ☒004/004

Glossary                                                                    Page 4 of 4

 Catalytic Converters -- Part of a vehicle's exhaust system. Reduces pollutants. Contains precious metals such as platinum.

 Lead -- Clean soft scrap lead. Free of other materials. Typically found in sheet form but also in older wheel weights, fishing sinkers.

 Electric Motors -- Whole electric motors or dismantled parts. Either copper wound or aluminium wound. May still have the steel casing with no attachments.

 Electronic Scrap -- Cell phones, laptops, tablets, etc, recycled for scrap steel, aluminium, copper, lead, circuit boards, plastics and glass.

** To create a uniform mechanism for law enforcement to search for materials, all purchased materials entered into the scale system by a recycling yard would be coded with one of these codes. The scale ticket reflects the item name as the yard deems fit, but on the backend of the system, the computer will sort all incoming purchased materials into one of these categories.

About
Resources
Tools
Law Enforcement
Prosecutors
Recyclers

Laws
FAQs
Recycling Industry

**Other ISRI Sites**
CertifyMeRecycling.org
ISRISafety.org
ISRIConvention.org
Scrap.org
ScrapTheftAlert.org
StopMetalsTheft.org

**Phone**
(202) 662-8500
**Fax**
(202) 626-0900

Privacy

Policy

Contact

Us

Terms of

Use

Sitemap

**Institute of Scrap Recycling Industries, Inc.**   1615 L Street, NW Suite 600 Washington, DC 20036-5610







**Aslinger**
+13137173125

(1/2) I just reviewed the video I sent you and you can clearly see that's heavy metal in the van I'm working at all 30 days to give me twenty seven more days of
10:53 AM

(2/2) that heavy metal every ticket he brought says heavy metal
10:53 AM

I couldn't tell what was in that van from the picture. Hopefully the video shows more. I am on the street and will check when I get back. But I have to see the stuff.
11:04 AM

Enter message











47% 6:07 PM

‹ Aslinger
13137173125

checks because the transactions were under $50. Do you have the checks then?
5:46 PM

yes for some reason this girl in the office didn't write a check for that transaction everyone has to have a check
5:51 PM

There were two for this particular person Greg. If i were to pull all of your "under $50" transactions for a period of time, would we find checks issued or not?
Copied to clipboard.
6:06 PM



Enter message



📷 ⬛ ✉ 📱 📶   📵 ⏰ 🔋 📶 46% 🔋 6:12 PM

‹ **Aslinger**
13137173125                    📞   🗑   ⋮

5:51 PM

There were two for this
particular person Greg. If
i were to pull all of your
"under $50" transactions
for a period of time,
would we find checks
issued or not?
                    6:03 PM

no we would have checks
for everyone except this
certain issue
6:09 PM

Ah. I see. Moving forward,
checks have to be issued
for all transactions. No
cash transactions.
                    6:11 PM

 Enter message                    



🦌 📶 41% 6:34 PM

‹ **Aslinger**
13137173125

Rebecca youre really confusing me ! This is all a big misunderstanding, WE DO AND HAVE ALWAYS WROTE CHECKS FOR EVERY TRANSACTION!
6:27 PM

Do you have the checks in the case of Holland or not Greg? Theres nothing confusing about that question, it's a yes or a no.

If you answer yes, can i please get the copy

If your answer is no, then you paid him in cash,

 Enter message 

**REBECCA MCKAY - Records received**

| | |
|---|---|
| **From:** | REBECCA MCKAY |
| **To:** | Greg Aslinger;  southwestmetals@comcast.net |
| **Date:** | 3/18/2015 1:55 PM |
| **Subject:** | Records received |
| **Bc:** | COLE, CHRISTOPHE;  ABDURRASHEED, DEBBIE;  Thomas, Johnny;  James, Kim;  ... |

Mr. Aslinger,

Do you have the checks for ticket number 52588882 on 1/2/2015 and 52591299 on 1/21/2015? Also, you know I asked for copies of the issued checks and you gave me originals? Don't you need your originals?

Let me know. You can scan and email the two checks from those tickets, that will suffice.

Thanks


Sergeant Rebecca McKay
Detroit Police Department
General Assignment Unit
Desk: 313-235-4359
Cell: 313-898-5833
Fax: 313-235-4385


*"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first!"*

