## 2014 – Buy/Sell Stolen Non Ferrous & Buy/Sell Stolen Metal Cases
## 20 CASES TOTAL
*NINE INVOLVE THE PEDDLERS STATING THEY SELL TO SOUTHWEST METALS AND/OR INVESTIGATION LED TO SOUTHWEST METALS*

**14GA028** – Theft at a Detroit Firehouse – Defendant admits to stealing radiators to sell at Southwest Metals from the firehouse. Defendant admits to stealing metals from vacant homes and buildings across the city. Also admits to selling metals at Lafayette & DIM.

**14GA034** – Theft of metals from Adamo Demo site – Defendant admits to selling metals from Adamo site to Southwest Metals and wire from site to Mt. Clemens Metals using a U Haul.

**14GA041** – Theft of metals from FTP (a scrap yard) – Defendant admits to selling stolen metals to Southwest Metals and illegal after hour's locations.

**14GA044** – Theft of new construction industrial brass downspouts from GM – Defendant sold material to Southwest Metals (Southwest responded to Theft Alert issued as required by City Code 49-8-10b (5) & 49-8-10c).

**14GA048** – Theft of Metal Carts from Detroit Boiler – video shows defendant's attempted two sales, cart inspected by scale operator, cart turned away twice. Later same defendant returns with the cart, appears to be in half. Southwest Metals purchased the cart. (Southwest responded to Theft Alert issued as required by City Code 49-8-10b (5) & 49-8-10c).

**14GA063** – Theft of industrial sized copper piping from suburban business – alerted to the case by Lafayette Recycling who turned the seller away after he was unable to provide documentation for the material, instead he provided a phone number to the business from which he actually stole the material. The owner of the material indicated the defendant did not have permission to take the pipes. SIMS Metal Dynamics also turned material away. GAU requested records from Southwest Metals and found that they had purchased the material from the defendant without requiring documentation.

**14GA080** – Theft of metals from Southwest High School – Defendant sells his scrap to Southwest Metals (records requested confirmed).

**14GA086** – Theft of metal from a southwest Detroit commercial business – Defendant sells his scrap metal to Southwest Metals (through interrogation).

**14GA072** – Theft of metal from a City of Detroit building – MEDIA CASE – The investigation led the GAU to Southwest Metals after identifying the registered owner of the vehicle. The scrapper sold Southwest processed industrial sized I-Beams. Video was provided as required by City Code and State Law.

14GA001 – Sale of stolen metal involved DIM (DIM has pending case with Detroit Busi Lic)
14GA010 – Case involved Dearborn scrap yard
14GA018 – Case involved Basic Recycling (who has entered into Stipulated Agreement)
14GA027 – Case involved Redford Scrap Yard
14GA042 – Case involved Lafayette & DIM (Both have pending cases with Detroit Busi Lic)
14GA057 - Case involved illegal after hours scrap yard
14GA087 – Case involved Hazel Park scrap yard

14GA091 – Case involved Wyandotte scrap yard
14GA035, 14GA038 & 14GA058 no scrap yards identified

## ADDITIONAL VIOLATIONS AT SOUTHWEST METALS 2014

**Undercover Sting Operation** – 2/19/14 members attempted the sale of underground cable, subject of a Theft Alert to several area scrap yards. Southwest Metals did not purchase the material, although Greg Aslinger (current Manager) and Michael Yazback (known to DPD as the Manager at the time) discussed it. Yazback called a person they referred to as "Joe" on the phone and discussed purchasing the material with him. Ultimately the material was refused. Both Aslinger and Yazback acknowledged that the material was the subject of a Theft Alert prior to asking "Joe" if they could purchase the material. The scrap yard did not report this incident to the police as required by City Code 49-8-10b (5) & 49-8-10c. No ticket was issued.

**Visit to deliver letter on MCL 445.426** – Southwest metals not compliant with mailing of payments. Scrap yard allowing peddlers to return after three day waiting period to pick up cash. MCL 445.426. No ticket issued/instead a verbal warning was given. (12) scrap yards visited **ALL** in compliance with mailing for "specific materials" except Southwest Metals.

10/24/14

**14GA089** – Failure to keep records readily accessible for review MCL 445.427 (Peddler Rodney Briggs)

7/29 thru 10/29/14

**14GA102** – Failure to Take Photograph of Scrap Metal MCL 445.427 - Peddler Ronald Hubbard, scrapper responsible for 2400 block of Oakdale explosions. Hubbard sold scrap to Southwest Metals (49) times since January 1, 2014. Southwest Metals unable to produce ferrous scale and non ferrous scale photographs of the material.

**14GA096** – Failure to Tag and Hold MCL 445.429 – Upon conducting an inspection Southwest Metals failed to Tag and Hold heavy gage copper wire that had been sold on March 14, 2014 as described by a Confidential Informant (who provided a written statement). The ticket#14411128 was re-issued after it was learned that the ticket had been dismissed by the prosecutor for an unknown reason and without notification to the OIC. The misdemeanor warrant request was prepared at the request of APA Bresnahan at the WCPO and reviewed by APA Doherty. During this inspection wire that was the subject of several Theft Alerts was found on the premises. Several City Code records violations were sited on this date as well, with warnings being verbally issued for some violations.