Pre-Hearing Conference
Case No 14-BLC-19

Re:   Southwest Metals, Inc
      8122 Fort Street
      Detroit MI 48209
      Bus Lic # BUS 2010-00432
      Owner: Joseph Fawaz

Witnesses:

Lt. Derek Hassan (retired)
Officer Antonio Carlisi
Sgt Jeffery Han
Officer Joseph Burton
Office Carmen Diaz
Officer Jennifer Brunson
Officer Katherine Zeikens
Officer Frank McCord
Officer Tommy Bell
Officer Thomas Zerberkot
Officer Crystal Barmore
Sgt Gerard Franklin
Christopher Fitch, Wise Construction
Paul Meiznitzer, AT&T
David Witts
Candance Whitsett, Cummings-More Graphite
William Clemens

Incidents:

11/15/11
Unannounced inspection – Lt. Hassan found 3 records violations, 1 tag and hold

7/30/12
Bleachers stolen from Detroit Eagle Athletic Club, DPD verified by video sold to SW after being told by SW they knew nothing about them.

8/23/12
Raymond Lotharp arrested at SW for selling brand new brass fittings stolen from his employer (SW purchased 8 times and did not verify ownership)

8/23/12
Warning issued for trailer found in yard with no title or ownership documentation for purchase

6/16/12-8/20/12
19 reported thefts of underground Michcon piping from vacant homes. Theft alert issued. Taiwain Stephens and Dewitt Collins during interview stated that they continued selling them to southwest metals. Statement from David Witts (SW scale operator who says he was told by Michael Yazbeck (manager) to continue purchasing Michcon piping after theft alert).

12/14/12
Theft of mausoleum doors from Woodmere cemetery. Theft alert issued. Found at SW. Statement from David Witts admitting he was told to purchase these doors and video confirming purchase.

1/9/13
Multiple copper wire thefts reported by Cummings-More Graphite. Daniel Guzman, Donovan Russell arrested for selling stolen metal at SW. 600 feet of copper wiring recovered, no ownership documentation record by SW.

5/6/13
Theft alert for underground wire from 21 reported DTE substation break-ins. May 9, 2013, Lt. Hassan found them at SW identified by serial numbers. Felony charges: Joe Fawaz 1 count conspiracy to buy non-ferrous metal, 1 count conspiracy to receive and concealing stolen property (RCSP) $1k-20k, 1 count RCSP. 2 employees Kevin Baatz, Scott Shillair, same counts and an additional count of buying non-ferrous metal. Felonies plead down but over $10k paid in restitution.

9/19/13
Theft alert for AT&T wire – AT&T wire identified at SW and no records of documentation – warrant requested. Discovered secret room in an out building (muffler shop) filled floor to ceiling with copper and aluminum wire.

3/21/14
Violation #14FA096 - Employee tip that employees had been told not to tag and hold copper wire from certain customers and that material was being moved to 1330 Industrial in Dearborn. Confirmed on video that heavy gauge copper wire purchased on March 14 was not held as required by law. Search warrant obtained. Copper wire not found on site as required by tag and hold law. Discovered underground cable consistent with theft alerts and 4 aught wire in processing area. Receipt indicated copper wire sold by Wise Construction which was denied by Wise.

Search warrant at 1330 Industrial, hundreds of pounds of underground and 4 aught wire found in truck being moved from warehouse. No documentation for this material and hours of video missing.

5/9/14
Theft of radiators from Detroit firehouse sold at SW

6/13/14
Theft of materials from demolition contractor sold to SW

7/17/14
Theft of materials from another scrapyard sold to SW

7/29/14
Theft of new construction industrial brass downspouts from GM sold to SW

8/8/14
Theft of metal carts from Detroit Boiler sold to SW

9/12/14
Theft of industrial size copper piping, purchased by SW with no documentation from seller

10/3/14
Theft of industrial sized I beams stolen from city owned buildings sold to DW

10/12/14
Theft of metals from Southwest High School sold to SW

10/21/14
Violation #14GA1089 issued for failure to keep records accessible for review

7/29-10/29/14
Violation# 14GA102 issued for failure to take photographs of metal sold, person responsible for 2400 block of Oakdale explosions sold metal without documentation to SW 49 times in 2014 and no pictures could be produced.

11/12/14
Theft of metal from southwest commercial business sold to SW

2/6/15
Suspects in structural steel thefts from another scrapyard determined to be regular sellers at SW, no documentation ID or photographs of sales.

2/14/15
Superman sculpture stolen from alley behind Punch Bowl Social sold to SW.
No documentation on file – 2 defendants arrested.

3/1/2015
Warrants requested for Joe Fawaz and Greg Aslinger for 40 recordkeeping violations between 8/26/14 thru 2/26/15, repeated transactions with no ID, no photographs, no thumb print, no license plate