

CITY OF DETROIT
BUILDINGS, SAFETY ENGINEERING AND ENVIRONMENTAL DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., FOURTH FLOOR
DETROIT, MICHIGAN 48226
(313) 224-0484 • TTY:711
WWW.DETROITMI.GOV

March 9, 2015

Kevin Jones, Manager
BSEED Business License Center
2 Woodward Avenue, Ste 402
C.A.Y.M.C
Detroit, MI 48226

<u>Southwest Metals, Inc./ Joseph/Steven Fawaz</u>

BUS 2010-00432

8122 Fort Street

Detroit, MI 48209

## LETTER OF INTENT TO SUSPEND/REVOKE BUSINESS LICENSE

Re: Show Cause Hearing
    Business License BUS2010-00432
    Hearing Case No.: 14-BLC-019

In January 2014, The Buildings, Safety Engineering and Environmental Department, Business License Center(BLC) requested that the <u>scrap iron and metal processor license at Southwest metals, Inc. located at 8122 Fort Street be suspended or revoked</u> for the reasons listed in the attached Notice to Appear.

The City of Detroit, Buildings, Safety Engineering and Environmental Department BLC provided evidence that it will show proof that the business violated:

- Detroit City Code Section 30-1-16(a)(2)(c)(5)- Specified criminal activity (relating to the selling and or receiving of stolen scrap metal)
- Detroit City Code Section 30-1-16(a)(1)(a)- The violation of any state statute or Code............
- Detroit City Code Section 30-1-16(a)(2)(a)- Constitutes a public nuisance



- Detroit City Code Section 30-1-16(a)(2)f. That the business to be licensed, or currently licensed by the City, constitutes a specific hazard or threat to the peace, health, safety or welfare of the public.

The City of Detroit presented evidence showing that probable cause exists to suspend or revoke the business license. Pursuant to Detroit City Code Section 30-1-17(b), the licensee is hereby notified of the City of Detroit's intent to suspend or revoke the license for the reasons stated.

************THIS WILL BE A SECOND PRE-HEARING**************

This matter is hereby scheduled for a pre-hearing conference on March 24, 2015 at 1:00 p.m. for a face to face conference, at the offices of the Buildings, Safety Engineering and Environmental Department, 418 Coleman A. Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

This matter is hereby scheduled for a Show Cause Hearing on April 15, 2015 at 1:00 p.m. at the offices of the Buildings, Safety Engineering and Environmental Department, 418 Coleman Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

If the City of Detroit BSEED or the business owner requires a change of date or time of the pre-hearing conference or the Hearing, please contact BSEED Business License Center at (313) 224-3179.

Please note that due to reorganization, the Buildings, Safety Engineering and Environmental Department, Business License Center performs the function previously handled by the Consumer Affairs Department.

Please note also that **the business owner shall be present at the pre-hearing conference and Show Cause Hearing, otherwise the business will be subject to closure.**

Sincerely,

Kevin Jones, Manager
Business License Center

cc: Eric Jones, Director, BSEED
City of Detroit Law Department

STATE OF MICHIGAN
CITY OF DETROIT
BUILDINGS, SAFETY ENGINEERING AND ENVIRONMENTAL DEPARTMENT

DATE: 3/9/15
<u>Southwest Metals, Inc./ Joseph/Steven Fawaz</u>

Business License BUS 2010-00432     CASE NO.: 14-BLC-019
8122 Fort Street
Detroit, MI 48209

## NOTICE TO APPEAR

Before the City of Detroit, Buildings Safety Engineering and Environmental Hearing Officer

On _____ March 9 _____ ,2015

PRESENT: RICHARD J. BOWERS, JR
Hearing Officer

THIS MATTER HAVING COME before the City of Detroit, Buildings Safety Engineering & Environmental Department, Show Cause Hearings Division, upon the City of Detroit's request for a Show Cause Hearing, and the Hearing Officer having been advised:

WHEREAS, The City of Detroit presented evidence amounting to probable cause that the business operation is in violation of the following:

- Detroit City Code Section 30-1-16(a)(2)(c)(5)- Specified criminal activity (relating to the selling and or receiving of stolen scrap metal)
- Detroit City Code Section 30-1-16(a)(1)(a)- The violation of any state statute or Code............
- Detroit City Code Section 30-1-16(a)(2)(a)- Constitutes a public nuisance
- Detroit City Code Section 30-1-16(a)(2)f. That the business to be licensed, or currently licensed by the City, constitutes a specific hazard or threat to the peace, health, safety or welfare of the public.

WHEREAS, this Notice to Appear is notice of the City of Detroit's **intention to suspend** or revoke the **SCRAP IRON AND METAL PROCESSOR BUSINESS LICENSE AT 8122 FORT STREET**.

IT IS ORDERED that the City of Detroit, Buildings Safety Engineering and Environmental Department, Business License Center and its **representatives and the owner(s) of the business shall come before this Hearing Officer on:**

\*\*\*\*THIS IS A SECOND PRE-HEARING\*\*\*\*\*\*\*

March 24, 2015 at 1:00 p.m. for a face to face pre-hearing conference at the offices of the Buildings, Safety Engineering and Environmental Department, 418 Coleman A. Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

IT IS FURTHER ORDERED that the City of Detroit, Buildings Safety Engineering and Environmental Department, Business License Center and its representatives and the owner(s) of the **business shall come before this Hearing Officer on:**

April 15, 2015 at 1:00 p.m. at the offices of the Buildings, Safety Engineering and Environmental Department, 418 Coleman Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226 for a Show Cause hearing to provide evidence and to show good cause as to:

**Whether the business license for** Southwest Metals, Inc. at 8122 Fort Street **should be suspended or revoked** pursuant to Chapter 30 of the Detroit City Code.

Richard J. Bowers, Jr. (P69247)
Hearing Officer
City of Detroit
Buildings, Safety Engineering and Environmental Department