# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 1309050261
Report No. 1309050261.2
Report Date: 9/10/2013

*Arresto of James Pratt*
*Lafayette Recycling*

**1**
Page 1 of 4

**Subject:** 02/4918/EXECUTION OF SEARCH WARRANT/(1) ARREST

| | | | |
|---|---|---|---|
| Case Report Status | A - APPROVED | Date Entered | 9/10/2013 3:23:00 PM |
| County | 82 - WAYNE | Entered By | 234398 - MCKAY, REBECCA |
| City/Township | 99 - DETROIT | Date Verified | 9/10/2013 11:35:23 PM |
| | | Verified By | 230108 - JOHNSON, DENNIS |
| Occurred On (and Between) | 9/10/2013 1:15:00 PM | Date Approved | 2/5/2014 5:24:10 PM |
| | | Approved By | 235984 - WORBOYS, KURT |
| Location | 7700 DIX | Connecting Cases | |
| CSZ | | Disposition | ARREST |
| Census/Geo Code | 5240 | Tactical Actions | |
| Grid | SW5 - 0205 | Clearance Reason | |
| Call Source | | Date of Clearance | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT |
| Vehicle Activity | | Division | DETROIT POLICE DEPARTMENT |
| Vehicle Traveling | | Notified | |
| Cross Street | | | |

Reporting Officer: 234398 - MCKAY, REBECCA
Assisted By:
Assist Agency: DTE ENERGY

**Report Narrative**

NO FORCE USED

MCKAY  S397   4918

A: JAMES PRATT (REFER TO OFFENDER SECTION)

S: EXECUTION OF SEARCH WARRANT

C: I, SGT. REBECCA MCKAY OF THE GENERAL ASSIGNMENT UNIT WITH INVESTIGATOR DEREK HASSAN AND DTE LINEMAN OF DTE ENERGY WENT TO LAFAYETTE RECYCLING AT 7700 DIX. I WAS ARMED WITH A SEARCH WARRANT TO SEIZE MATERIAL THAT I HAD ORDERED THE OFFENDER TO SET ASIDE ON 9-3-2013 DURING AN INSPECTION OF THE SCRAP YARD. UPON ARRIVAL I WALKED INTO THE OFFICE AREA AND SPOKE TO CHRISTINA BUSSELL, THE OFFICE MANAGER. I ASKED HER TO GET OFF PRATT OFF OF THE SCALE FLOOR SO THAT I COULD DISCUSS THE PURPOSE FOR MY VISIT. OFF PRATT CAME INTO THE OFFICE AND LOOKED OVER THE DOCUMENT BRIEFLY. I TOLD HIM THERE WAS A LINE TRUCK FROM DTE ENROUTE TO TAKE CONTROL OF THE COPPER WIRE THAT I HAD ORDERED HIM TO SET ASIDE 9-3-2013 (IT SHOULD BE NOTED THAT THE BINS CONTAINED #2, #6 AND 4/0 DTE COPPER WIRE). OFF PRATT SHOOK HIS HEAD AND HEADED INTO THE SCALE AREA WITH ME FOLLOWING HIM. I WALKED TO THE SCALE WHERE I LOOKED THROUGH THE THEFT ALERTS HE HAD ON THE CLIP BOARD AND DISCOVERED ONE THAT WAS ISSUED BY DTE CORPORATE INVESTIGATOR DEREK HASSAN ON 7-11-2013 @ 4:00PM FOR 500 FEET OF #6 COPPER WIRE AND 200 FEET OF #2 COPPER WIRE. HASSAN INCLUDED A PHOTO OF THE WIRE IN HIS THEFT ALERT. HASSAN ALSO ADDED THAT THERE HAS BEEN A RASH OF THESE SAME TYPE THEFTS AND FURTHER DESCRIBED A BLUE CHEVY LUMINA VAN AND TEAL CHEVY ASTRO VAN THAT MAY BE INVOLVED IN THE THEFTS.

AFTER A FEW MINUTES I ASKED OFF PRATT TO PLEASE HAVE HIS MEN PLACE THE DTE PROPERTY OUTSIDE FOR THE DTE CREW TO LOAD ON THEIR TRUCK. I GLANCED IN THE AREA THAT I HAD RECALLED THE MATERIAL HAD BEEN PLACED BY THE HI-LO DRIVER ON 9-3-2013. I HAD OBSERVED THE DRIVER TAKE THE COPPER WIRE FROM THE EAST SIDE OF THE WAREHOUSE AND MOVE IT TO THE WEST SIDE OF THE WAREHOUSE ON THAT DAY. I DID NOT SEE THE MATERIAL IN THAT AREA TODAY. SO I ASKED OFF PRATT WHERE THE MATERIAL WAS THAT I ORDERED HIM TO HOLD. I ADVISED HIM ON 9-3-2013 THAT THE MATERIAL WAS THE PROPERTY OF DTE ENERGY. OFF PRATT WALKED HASSAN AND ME TO TWO BINS OF COPPER TUBING AND POINTED TO THEM STATING "THERE THEY ARE". I LOOKED AT OFF PRATT AND LAUGHED AND STATED "THAT WAS NOT THE COPPER WIRE I ORDERED YOU TO SET ASIDE SIR". HE THEN REPONDED WHILE LOOKING AWAY AND AVOIDING EYE CONTACT, "THIS IS WHAT YOU TOLD ME TO SAVE." I ASKED OFF PRATT ONE MORE TIME WHERE THE MATERIAL WAS THAT I ORDERED HIM TO SET ASIDE ON 9-3-2013. HE REFUSED TO TELL ME WHERE IT WAS LOCATED. I PLACED OFF PRATT UNDER ARREST. OFF PRATT POSSESSED TWO CELL PHONES WHICH I PLACED ON EVIDENCE FOR FUTURE INVESTIGATION CONNECTING OFF PRATT TO THE ONGOING CONSPIRACY INVESTIGATION STILL PENDING.

I REQUESTED A SCOUT CAR TO MY LOCATION TO CONVEY OFF PRATT TO #2 AND 2-31 RESPONDED, MANNED BY OFFICER SIMONS AND OFFICER SPIDELL OF THE SECOND PRECINCT. WHILE WAITING FOR THE SCOUT CAR TO ARRIVE, I WALKED OFF PRATT TO THE OFFICE AREA TO SIT WHERE IT WAS COOL. WHILE WAITING THE OFFICE MANAGER, CHRISTINA BUSSELL RECEIVED A PHONE CALL FROM HER CORPORATE OFFICE. THEY ADVISED ME THAT THEY HAVE THE COPPER WIRE I WAS LOOKING FOR AT THEIR FACILITY IN FLINT. THEY ADVISED ME THAT THEY WOULD DELIVER THE MATERIAL BACK TO 7700 DIX IN THE MORNING ON 9-11-2013. I OBTAINED A VIDEO FROM BUSSELL FOR CAMERA

# DETROIT POLICE DEPARTMENT CRIME REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1309050261**
Report No. **1309050261.2**
Report Date: **9/10/2013**

**2**

Page 2 of 4

WHICH SHOWS THE WAREHOUSE AREA. THE VIDEO WAS BURNED TO A DVR FOR THE PERIOD OF TIME THAT I WAS IN THE SCRAP YARD DURING THE INSPECTION. I ALSO RECEIVED A PHOTOGRAPH FROM THE CORPORATE OFFICE WHICH APPEARS TO BE DTE WIRE. BUSSELL VOLUNTARILY HANDED OVER THE SHIPPERS FOR 9-4-2013 AND 9-10-2013 WHICH SHOW THE MATERIAL THAT HAS BEEN SHIPPED FROM LAFAYETTE TO FLINT LORBEC CO.

I WAS ADVISED BY MATT CONNER THAT THE VIDEO AND STILL PHOTOS ORDERED IN THE SEARCH WARRANT WOULD BE READY FOR PICK UP 9-4-2013 BY 1PM.

I RECEIVED A PHONE CALL FROM 248-894-4786 BY A MAN IDENTIFYING HIMSELF AS THE ATTORNEY REPRESENTING LORBEC AND LAFAYETTE RECECYCLING. HE ADVISED ME THAT OFF PRATT WAS ACTING ALONE IN THESE PURCHASES AND THE COMPANY HAD NO IDEA.

T: ET#E43215504: (1) BLK/SLVR MOTOROLLA VERIZON CELL PHONE
ET#E43215604: (1) BLACK I- PHONE

## Offense Detail: 4804 - EVIDENCE DESTROYING

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4804 - EVIDENCE DESTROYING | | | | |
| IBR Code | 90Z - ALL OTHER OFFENSES | Location | 34 - SCALE SITE | No. Prem. Entered | |
| IBR Group | B | Offense Completed? | YES | Entry Method | |
| Crime Against | | Hate/Bias | 00 - NONE (NO BIAS) | Type Security | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | NO | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using Criminal Activity | | | | | |
| Weapons | | | | | |

## Offense Detail: 2803 - STOLEN PROPERTY - RECEIVING

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 2803 - STOLEN PROPERTY - RECEIVING | | | | |
| IBR Code | 280 - STOLEN PROPERTY OFFENSES | Location | 34 - SCALE SITE | No. Prem. Entered | |
| IBR Group | A | Offense Completed? | YES | Entry Method | |
| Crime Against | PR | Hate/Bias | 00 - NONE (NO BIAS) | Type Security | |
| Offense File Class | 28000 - STOLEN PROPERTY | Domestic Violence | NO | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using Criminal Activity | B - BUYING/RECEIVING | | | | |
| Weapons | | | | | |

## Arrestee A1: PRATT, JAMES ALLAN

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrestee Number | A1 | DOB | 6/1/1953 | Place of Birth | | |
| Name | PRATT, JAMES ALLAN | Age | 60 | SSN | | |
| AKA | | Sex | M - MALE | DLN | | |
| Alert(s) | | Race | B - BLACK | DLN State | | |
| | | Ethnicity | U - UNKNOWN | DLN Country | | |
| Address | 12048 Edwards | Ht. | 6' 1" | Occupation/Grade | | |
| CSZ | MONTROSE | Wt. | 225 | Employer/School | LAFAYETTE RECYCLING | |
| | | Eye Color | BRO - BROWN | Employer Address | 7700 Dix | |
| Home Phone | | Hair Color | BLK - BLACK | Employer CSZ | | |
| Work Phone | | Hair Style | S - STRAIGHT | Res. County | | |
| Email Address | | Hair Length | M - MEDIUM | Res. Country | | |

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1309050261**
Report No. **1309050261.2**
Report Date: **9/10/2013**

**3**

Page 3 of 4

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| | | Facial Hair | | Resident Status | S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED |
| | | Complexion | DBR - DARK BROWN | | |
| | | Build | L - LARGE | | |
| | | Teeth | 3 - MISSING | | |
| Scars/Marks/Tattoos | | | | | |
| Modus Operandi | | | | | |
| Other MO | | | | | |
| Attire | BLUE WORK CLOTHES | | | | |
| Habitual Offender Status | | | | | |
| Arrest No. | 254213 | Arrested For | 4804 - EVIDENCE DESTROYING  2803 - STOLEN PROPERTY - RECEIVING | | |
| Arrest Type | T - TAKEN INTO CUSTODY | Count | | | |
| Force Level | 01 - LEVEL 1 | Fingerprints | | Arrested On | 9/10/2013 1:15:00 PM |
| FBI No. | | Photos | | Arrest Location | 7700 DIX |
| State No. | | Miranda Read | | Booked On | |
| Armed With | 01 - UNARMED | Miranda Waived | | Booked Location | |
| Multi. Clearance | N - NOT APPLICABLE | Number of Warrants | | Released Location | |
| Multi. Clearance Offense | | | | Released On | |
| Prev. Suspect No. | | | | Released By | |
| | | Juvenile Disposition | | Release Reason | |
| Notified | | Adult Present | | Held For | |

Arrest Notes

## Victim V1: [E] DTE ENERGY

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 4804 - EVIDENCE DESTROYING  2803 - STOLEN PROPERTY - RECEIVING | | |
| Victim Type | B - BUSINESS | | | | |
| Name | [E] DTE ENERGY | DOB | | Place of Birth | |
| AKA | | Age | | SSN | |
| Alert(s) | | Sex | | DLN | |
| | | Race | | DLN State | |
| Address | 1 Energy Plz | Ethnicity | | DLN Country | |
| CSZ | | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | | Eye Color | | Employer Address | |
| Work Phone | 313 235-7733 | Hair Color | | Employer CSZ | |
| Email Address | | Facial Hair | | Res. County | |
| | | Complexion | | Res. Country | |
| Attire | | | | Resident Status | |
| Injury | | | | Testify | |
| Circumstances | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type |   | Justifiable Homicide Circumstances | |
|---|---|---|---|---|
| | Assignment | | | |
| | Activity | | | |
| | Other ORI | | | |

**Victim Offender Relationships**
Offender    Relationship

Victim Notes    DEREK HASSAN

## Property Description Item 1: 9911 - METALS (BRASS, COPPER, ETC) - DTE COPPER WIRE

Item No.    1
Property Category    **9911 - METALS (BRASS, COPPER, ETC)**

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. **1309050261**
Report No. **1309050261.2**
Report Date: **9/10/2013**

**4**

Page 4 of 4

| | |
|---|---|
| Property Class | **88** |
| IBR Type | **77 - OTHER** |
| UCR Type | **K - MISCELLANEOUS** |
| Status | **D - DESTROYED/DAMAGED/VANDALIZED** |
| Count | **1** |
| Value | **1001** |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | |
| Description | **DTE COPPER WIRE** |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | **V1 - [E] DTE ENERGY** |
| Disposition | |
| Evidence Tag | |
| Lock Seals | |
| Evidence Recovered Date/Time | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Alert(s) | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |

Property Notes

# DETROIT POLICE DEPARTMENT ARREST REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1309050261**
Report No. **1309050261.3**
Report Date: **9/10/2013**

Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Subject: | 02/4918/SCRAP YARD INSPECTION/NO ARRESTS | | | | |
| Case Report Status | S - SUBMITTED | Date Entered | 9/10/2013 5:59:37 PM | Reporting Officer | 234398 - MCKAY, REBECCA |
| County | 82 - WAYNE | Entered By | 235729 - SPIDELL, DEITRICH | | |
| City/Township | 99 - DETROIT | Date Verified | | Assisted By | |
| | | Verified By | | | 235724 - SIMONS, TIMOTHY |
| Occurred On (and Between) | 9/10/2013 1:15:00 PM | Date Approved | | | |
| | | Approved By | | | |
| Location | 7700 DIX | Connecting Cases | | Assist Agency | |
| CSZ | | Disposition | ACTIVE | | DTE ENERGY |
| Census/Geo Code | 5240 | Tactical Actions | | | |
| Grid | SW5 - 0205 | Clearance Reason | | | |
| Call Source | | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | DETROIT POLICE DEPARTMENT | | |
| Vehicle Traveling | | Notified | | | |
| Cross Street | | | | | |

Means
Other Means
Motive
Other Motives

Report Narrative:

PO SPIDELL #402
PO SIMONS #394

NO FORCE USED

A: YES- (1) PRATT, JAMES ALLAN B/M/6/1/1953

S: RESPOND TO DISPATCH CALL FOR CAR FOR CONVEYANCE

C: ON THE LISTED DATE AND TIME I RESPONDED TO A RADIO POLICE RUN FOR A CONVEYANCE. I MADE 7700 DIX AND SPOKE TO CODE 4918, SGT MCKAY. SHE ADVISED ME THAT THE LISTED OFFENDER MR. PRATT WAS UNDER ARREST FOR EVIDENCE DESTROYING, RCSP. I THEN CONVEYED MR. PRATT TO #2 WITHOUT INCIDENT.

O: ABV FACTS

T: NONE

## Offense Detail: 4804 - EVIDENCE DESTROYING

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4804 - EVIDENCE DESTROYING | | | | |
| IBR Code | 90Z - ALL OTHER OFFENSES | Location | 34 - SCALE SITE | No. Prem. Entered | |
| IBR Group | B | Offense Completed? | YES | Entry Method | |
| Crime Against | | Hate/Bias | 00 - NONE (NO BIAS) | Type Security | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | NO | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |

Using
Criminal Activity
Weapons

## Offense Detail: 2803 - STOLEN PROPERTY - RECEIVING

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 2803 - STOLEN PROPERTY - RECEIVING | | | | |
| IBR Code | 280 - STOLEN PROPERTY OFFENSES | Location | 34 - SCALE SITE | | |
| IBR Group | A | Offense Completed? | YES | No. Prem. Entered | |
| Crime Against | PR | Hate/Bias | 00 - NONE (NO BIAS) | Entry Method | |
| Offense File Class | 28000 - STOLEN PROPERTY | Domestic Violence | NO | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |

NetRMS_MICR.rtf v2f

Printed For: _____
Printed: April 7, 2015 - 11:50 AM

# DETROIT POLICE DEPARTMENT ARREST REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1309050261**
Report No. **1309050261.3**
Report Date: **9/10/2013**

**2**

Page 2 of 3

| | | |
|---|---|---|
| Using Criminal Activity Weapons | **B - BUYING/RECEIVING** | |

## Arrestee A1: PRATT, JAMES ALLAN

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrestee Number | A1 | DOB | 6/1/1953 | Place of Birth | | |
| Name | PRATT, JAMES ALLAN | Age | 60 | SSN | | |
| AKA | | Sex | M - MALE | DLN | | |
| Alert(s) | | Race | B - BLACK | DLN State | | |
| | | Ethnicity | U - UNKNOWN | DLN Country | | |
| Address | 12048 Edwards | Ht. | 6' 1" | Occupation/Grade | | |
| CSZ | MONTROSE | Wt. | 225 | Employer/School | LAFAYETTE RECYCLING | |
| | | Eye Color | BRO - BROWN | Employer Address | 7700 Dix | |
| Home Phone | | Hair Color | BLK - BLACK | Employer CSZ | | |
| Work Phone | | Hair Style | S - STRAIGHT | Res. County | | |
| Email Address | | Hair Length | M - MEDIUM | Res. Country | | |
| | | Facial Hair | | Resident Status | S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED | |
| | | Complexion | DBR - DARK BROWN | | | |
| | | Build | L - LARGE | | | |
| | | Teeth | 3 - MISSING | | | |
| Scars/Marks/Tattoos | | | | | | |
| Modus Operandi | | | | | | |
| Other MO | | | | | | |
| Attire | BLUE WORK CLOTHES | | | | | |
| Habitual Offender Status | | | | | | |
| Arrest No. | 254213 | Arrested For | 4804 - EVIDENCE DESTROYING 2803 - STOLEN PROPERTY - RECEIVING | | | |
| Arrest Type | T - TAKEN INTO CUSTODY | Count | | | | |
| Force Level | 01 - LEVEL 1 | Fingerprints | | Arrested On | 9/10/2013 1:15:00 PM | |
| FBI No. | | Photos | | Arrest Location | 7700 DIX | |
| State No. | | Miranda Read | | Booked On | | |
| Armed With | 01 - UNARMED | Miranda Waived | | Booked Location | | |
| Multi. Clearance | N - NOT APPLICABLE | Number of Warrants | | Released Location | | |
| Multi. Clearance Offense | | | | Released On | | |
| Prev. Suspect No. | 1 | | | Released By | | |
| | | Juvenile Disposition | | Release Reason | | |
| Notified | | Adult Present | | Held For | | |
| Arrest Notes | | | | | | |

## Victim V1: [E] DTE ENERGY

| | | | | | | |
|---|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 4804 - EVIDENCE DESTROYING 2803 - STOLEN PROPERTY - RECEIVING | | | |
| Victim Type | B - BUSINESS | | | | | |
| Name | [E] DTE ENERGY | DOB | | Place of Birth | | |
| AKA | | Age | | SSN | | |
| Alert(s) | | Sex | | DLN | | |
| | | Race | | DLN State | | |
| Address | 1 Energy Plz | Ethnicity | | DLN Country | | |
| CSZ | | Ht. | | Occupation/Grade | | |
| | | Wt. | | Employer/School | | |
| Home Phone | | Eye Color | | Employer Address | | |
| Work Phone | 313 235-7733 | Hair Color | | Employer CSZ | | |
| Email Address | | Facial Hair | | Res. County | | |

# DETROIT POLICE DEPARTMENT ARREST REPORT

DETROIT POLICE DEPARTMENT

Case No. **1309050261**
Report No. **1309050261.3**
Report Date: **9/10/2013**

**3**

Page 3 of 3

| | Complexion | | Res. Country |
|---|---|---|---|
| Attire | | | Resident Status |
| Injury | | | Testify |
| Circumstances | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type |
|---|---|
| | Assignment |
| | Activity |
| | Other ORI |

| Justifiable Homicide Circumstances | |
|---|---|

**Victim Offender Relationships**
Offender    Relationship

Victim Notes

## Property Description Item 1: 9911 - METALS (BRASS, COPPER, ETC) - DTE COPPER WIRE

| | |
|---|---|
| Item No. | 1 |
| Property Category | 9911 - METALS (BRASS, COPPER, ETC) |
| Property Class | 88 |
| IBR Type | 77 - OTHER |
| UCR Type | K - MISCELLANEOUS |
| Status | D - DESTROYED/DAMAGED/VANDALIZED |
| Count | 1 |
| Value | 1001 |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | |
| Description | DTE COPPER WIRE |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | V1 - [E] DTE ENERGY |
| Disposition | |
| Evidence Tag | |
| Lock Seals | |
| Evidence Recovered Date/Time | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Alert(s) | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |

Property Notes

# DETROIT POLICE DEPARTMENT ARREST REPORT

**DETROIT POLICE DEPARTMENT**

Case No. 1309170140
Report No. 1309170140.1
Report Date: 9/17/2013

*Arrest of Marshall Wilson Detroit Iron & Metal*

**1**

Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Subject: | 04-04-4140-FEL WARR-1 ARR | | | | |
| Case Report Status | A - APPROVED | Date Entered | 9/17/2013 2:41:24 PM | Reporting Officer | 236677 - ANTHONY III, JOSEPH |
| County | 82 - WAYNE | Entered By | 236677 - ANTHONY III, JOSEPH | | |
| City/Township | 99 - DETROIT | Date Verified | 9/17/2013 7:50:07 PM | | |
| | | Verified By | 184241 - WYATT, VANESSA | Assisted By | |
| Occurred On (and Between) | 9/17/2013 10:45:00 AM | Date Approved | 9/18/2013 2:22:37 AM | | 236782 - DOWDY, MICHAEL |
| | | Approved By | 180938 - YEE, RAYMOND | | |
| Location | 8300 DIX | Connecting Cases | | Assist Agency | |
| CSZ | DETROIT, MI 48209 | Disposition | ARREST | | |
| Census/Geo Code | 5241 | Tactical Actions | | | |
| Grid | SW6 - 0206 | Clearance Reason | | | |
| Call Source | | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | 2nd/Southwest District | | |
| Vehicle Traveling | | Notified | SGT. MCKAY, COPPER TASK FORCE | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

**Report Narrative**

PO JOSEPH ANTHONY   27
PO MICHAEL DOWDY   1274       ****NO FORCE USED****

A: YES; MARSHALL WILSON, BM, 09-11-57, OF 14312 SALEM, REDFORD MI., TX: (313)841-5550

S: WE RECEIVED INFORMATION FROM SGT MCKAY OF COPPER TASK FORCE THAT MR WILSON, (A1) WAS WANTED ON A FELONY WARRANT FOR BUYING AND SELLING STOLEN NON FERROUS METALS OUT OF 36TH DISTRICT COURT, WARR#1306120328, DATE OF WARRANT 09-09-13.

C: WE MADE ABOVE LOCATION WHICH IS A BUSINESS, DETROIT IRON AND METAL COMPANY, AND OBSERVED MR MARSHALL, WHO WAS AN EMPLOYEE THERE. WE TOOK MR MARSHALL INTO CUSTODY WITHOUT INCIDENT AND CONVEYED HIM TO THE 2ND PRECINCT FOR PROCESSING.

O: ABV FACTS

T: NONE

## Offense Detail: 4998 - FUGITIVE

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4998 - FUGITIVE | | | | |
| IBR Code | 90Z - ALL OTHER OFFENSES | Location | 05 - COMMERCIAL/OFFICE BUILDING | | |
| IBR Group | B | Offense Completed? | YES | No. Prem. Entered | |
| Crime Against | | Hate/Bias | 00 - NONE (NO BIAS) | Entry Method | |
| Offense File Class | 49000 - ESCAPE/FLIGHT | Domestic Violence | NO | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Weapons | | | | | |

## Arrestee A1: WILSON, MARSHALL

| | | | | | |
|---|---|---|---|---|---|
| Arrestee Number | A1 | DOB | 9/11/1957 | Place of Birth | |
| Name | WILSON, MARSHALL | Age | 56 | SSN | |
| AKA | | Sex | M - MALE | DLN | |
| Alert(s) | | Race | B - BLACK | DLN State | |

NetRMS_MICR.rtf v2f

Printed For: _____
Printed: April 7, 2015 - 11:58 AM

# DETROIT POLICE DEPARTMENT ARREST REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1309170140**
Report No. **1309170140.1**
Report Date: **9/17/2013**

**2**

Page 2 of 3

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| | | Ethnicity | O - OTHER ETHNICITY/NATIONAL ORIGIN | DLN Country | |
| Address | 14312 Salem | Ht. | | Occupation/Grade | |
| CSZ | REDFORD | Wt. | | Employer/School | |
| | | Eye Color | BRO - BROWN | Employer Address | |
| Home Phone | 313 841-5550 | Hair Color | | Employer CSZ | |
| Work Phone | | Hair Style | | Res. County | WAYNE |
| Email Address | | Hair Length | | Res. Country | USA - UNITED STATES OF AMERICA |
| | | Facial Hair | | Resident Status | C - RESIDES IN THE COUNTY BUT NOT THE COMMUNITY WHERE THE OFFENSE OCCURRED |
| | | Complexion | | | |
| | | Build | | | |
| | | Teeth | | | |
| Scars/Marks/Tattoos | | | | | |
| Modus Operandi | | | | | |
| Other MO | | | | | |
| Attire | | | | | |
| Habitual Offender Status | | | | | |
| Arrest No. | 254574 | Arrested For | 4998 - FUGITIVE | | |
| Arrest Type | T - TAKEN INTO CUSTODY | Count | | | |
| Force Level | 01 - LEVEL 1 | Fingerprints | | Arrested On | 9/17/2013 10:45:00 AM |
| FBI No. | | Photos | | Arrest Location | |
| State No. | | Miranda Read | | Booked On | |
| Armed With | 01 - UNARMED | Miranda Waived | | Booked Location | |
| Multi. Clearance | N - NOT APPLICABLE | Number of Warrants | | Released Location | |
| Multi. Clearance Offense | | | | Released On | |
| Prev. Suspect No. | | | | Released By | |
| | | Juvenile Disposition | | Release Reason | |
| Notified | | Adult Present | | Held For | |
| Arrest Notes | | | | | |

## Victim V1:

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 4998 - FUGITIVE | | |
| Victim Type | S - SOCIETY/PUBLIC | | | | |
| Name | | DOB | | Place of Birth | |
| AKA | | Age | | SSN | |
| Alert(s) | | Sex | | DLN | |
| | | Race | | DLN State | |
| Address | | Ethnicity | | DLN Country | |
| CSZ | | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | | Eye Color | | Employer Address | |
| Work Phone | | Hair Color | | Employer CSZ | |
| Email Address | | Facial Hair | | Res. County | |
| | | Complexion | | Res. Country | |
| Attire | | | | Resident Status | |
| Injury | | | | Testify | |
| Circumstances | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type |
|---|---|
| | Assignment |
| | Activity |
| | Other ORI |

| Justifiable Homicide Circumstances | |
|---|---|

### Victim Offender Relationships
Offender    Relationship

# DETROIT POLICE DEPARTMENT ARREST REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1309170140**
Report No. **1309170140.1**
Report Date: **9/17/2013**

**3**

Page 3 of 3

Victim Notes