CITY OF DETROIT
BUILDINGS & SAFETY ENGINEERING DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, FOURTH FLOOR
DETROIT, MICHIGAN 48226
WWW.CI.DETROIT.MI.US

3/31/14
Date

Kevin Jones, Manager
BSEED Business License Center
2 Woodward Avenue, Ste 105
C.A.Y.M.C
Detroit, MI 48226

FLINT Parts/Lafayette Recycling
Business Name/Owner
BUS 2003-01041
Business License
7700 DIX
Street Address
Detroit, MI 48209

mail to: 3415 Western Rd
FLINT, MI 48506

## LETTER OF INTENT TO SUSPEND/REVOKE BUSINESS LICENSE

Re: Show Cause Hearing
Business License BUS 2003-01041
Hearing Case No.: 14-BLC- 20

In January 2014, The Buildings, Safety Engineering and Environmental Department, Business License Center(BLC) requested that the **Junk Yard Dealer - Location business license** **be suspended or revoked** for the reasons listed in the attached Notice to Appear.

The City of Detroit, Buildings, Safety Engineering and Environmental Department BLC provided evidence that it will show proof that the business violated:

- Detroit City Code Section 30-1-16(a)(2)(c)(5)- Specified criminal activity (related to the selling and or receiving of stolen scrap metal)

- Detroit City Code Section 30-1-16(a)(2)f. That the business to be licensed, or currently licensed by the City, constitutes a specific hazard or threat to the peace, health, safety or welfare of the public.

The City of Detroit presented evidence showing that probable cause exists to suspend or revoke the business license. Pursuant to Detroit City Code Section 30-1-17(b), the licensee is hereby notified of the City of Detroit's intent to suspend or revoke the license for the reasons stated.

~~This matter is hereby~~ scheduled for a pre-hearing conference on ~~4/10/14 at~~ 10:30am [4/15/14 at 1:30] for a face to face conference, at the offices of the Buildings, Safety Engineering and Environmental Department, 4/8 Coleman A. Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

[6/4 1:30pm] [5/14] This matter is hereby scheduled for a Show Cause Hearing on ~~4/23/14 at 1:30 pm~~ at the offices of the Buildings, Safety Engineering and Environmental Department, 401 Coleman Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

If the City of Detroit BSEED or the business owner requires a change of date or time of the pre-hearing conference or the Hearing, please contact BSEED Business License Center at (313) 224-3179.

Please note that due to reorganization, the Buildings, Safety Engineering and Environmental Department, Business License Center performs the function previously handled by the Consumer Affairs Department.

Please note also that **the business owner shall be present at the pre-hearing conference and Show Cause Hearing, <u>otherwise the business will be subject to closure.</u>**

Sincerely,

*Kevin Jones*
Kevin Jones, Manager
Business License Center

cc:   Geni Gianotti, Interim Director, BSEED
      City of Detroit Law Department

CITY OF DETROIT
BUILDINGS & SAFETY ENGINEERING DEPARTMENT


(No show)

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, FOURTH FLOOR
DETROIT, MICHIGAN 48226
WWW.CI.DETROIT.MI.US

3/31/14
Date

Kevin Jones, Manager
BSEED Business License Center
2 Woodward Avenue, Ste 105
C.A.Y.M.C
Detroit, MI 48226

Basic Recycling, Inc. / Joseph Tomlins
Business Name/Owner
BUS 1995-00061
Business License
14201 Fullerton
Street Address
Detroit, MI 48227

### LETTER OF INTENT TO SUSPEND/REVOKE BUSINESS LICENSE

Re: Show Cause Hearing
Business License BUS 1995-00061
Hearing Case No.: 14-BLC- 22

In January 2014, The Buildings, Safety Engineering and Environmental Department, Business License Center(BLC)requested that the scrap iron + metal processor business license be suspended or revoked for the reasons listed in the attached Notice to Appear.

The City of Detroit, Buildings, Safety Engineering and Environmental Department BLC provided evidence that it will show proof that the business violated:

- Detroit City Code Section 30-1-16(a)(2)(e)(5)- Specified criminal activity (related to the selling and or receiving of stolen scrap metal)

- Detroit City Code Section 30-1-16(a)(2)f. That the business to be licensed, or currently licensed by the City, constitutes a specific hazard or threat to the peace, health, safety or welfare of the public.

The City of Detroit presented evidence showing that probable cause exists to suspend or revoke the business license. Pursuant to Detroit City Code Section 30-1-17(b), the licensee is hereby notified of the City of Detroit's intent to suspend or revoke the license for the reasons stated.

4/10/14 at 11:30am **This matter is hereby scheduled for a pre-hearing conference on** **for a face to face conference**, at the offices of the Buildings, Safety Engineering and Environmental Department, 4/8 Coleman A. Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

4/22/14 at 3:00pm **This matter is hereby scheduled for a Show Cause Hearing on** at the offices of the Buildings, Safety Engineering and Environmental Department, 401 Coleman Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

If the City of Detroit BSEED or the business owner requires a change of date or time of the pre-hearing conference or the Hearing, please contact BSEED Business License Center at (313) 224-3179.

Please note that due to reorganization, the Buildings, Safety Engineering and Environmental Department, Business License Center performs the function previously handled by the Consumer Affairs Department.

Please note also that **the business owner shall be present at the pre-hearing conference and Show Cause Hearing, <u>otherwise the business will be subject to closure.</u>**

Sincerely,

Kevin Jones, Manager
Business License Center

cc:   Geni Gianotti, Interim Director, BSEED
      City of Detroit Law Department

CITY OF DETROIT
BUILDINGS & SAFETY ENGINEERING DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, FOURTH FLOOR
DETROIT, MICHIGAN 48226
WWW.CI.DETROIT.MI.US

_3/31/14_
Date

Kevin Jones, Manager
BSEED Business License Center
2 Woodward Avenue, Ste 105
C.A.Y.M.C
Detroit, MI 48226

_American Iron + Metal / Detroit Iron_
Business Name/Owner
BUS _1990-00271_
Business License
_8350 Dix_
Street Address
Detroit, MI _48209_

## LETTER OF INTENT TO SUSPEND/REVOKE BUSINESS LICENSE

Re: Show Cause Hearing
   Business License BUS _1990-00271_
   Hearing Case No.: 14-BLC- _21_

In January 2014, The Buildings, Safety Engineering and Environmental Department, Business License Center(BLC) requested that the _scrap iron + metal processor license_ **be suspended or revoked** for the reasons listed in the attached Notice to Appear.

The City of Detroit, Buildings, Safety Engineering and Environmental Department BLC provided evidence that it will show proof that the business violated:

- Detroit City Code Section 30-1-16(a)(2)(c)(5)- Specified criminal activity (related to the selling and or receiving of stolen scrap metal)

- Detroit City Code Section 30-1-16(a)(2)f. That the business to be licensed, or currently licensed by the City, constitutes a specific hazard or threat to the peace, health, safety or welfare of the public.

The City of Detroit presented evidence showing that probable cause exists to suspend or revoke the business license. Pursuant to Detroit City Code Section 30-1-17(b), the licensee is hereby notified of the City of Detroit's intent to suspend or revoke the license for the reasons stated.

**This matter is hereby scheduled for a pre-hearing conference on** 4/10/14 at 11:00am **for a face to face conference**, at the offices of the Buildings, Safety Engineering and Environmental Department, 418 Coleman A. Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

May 1st
9 am

**This matter is hereby scheduled for a Show Cause Hearing on** 4/22/14 at 2:15 pm at the offices of the Buildings, Safety Engineering and Environmental Department, 401 Coleman Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

If the City of Detroit BSEED or the business owner requires a change of date or time of the pre-hearing conference or the Hearing, please contact BSEED Business License Center at (313) 224-3179.

Please note that due to reorganization, the Buildings, Safety Engineering and Environmental Department, Business License Center performs the function previously handled by the Consumer Affairs Department.

Please note also that **the business owner shall be present at the pre-hearing conference and Show Cause Hearing, <u>otherwise the business will be subject to closure</u>.**

Sincerely,

Kevin Jones, Manager
Business License Center

cc:   Geni Gianotti, Interim Director, BSEED
      City of Detroit Law Department



CITY OF DETROIT
BUILDINGS, SAFETY ENGINEERING AND ENVIRONMENTAL DEPARTMENT
ADMINISTRATION

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, FOURTH FLOOR
DETROIT, MICHIGAN 48226
WWW.DETROITMI.GOV

March 2, 2015

Kevin Jones, Manager
BSEED Business License Center
2 Woodward Avenue, Ste 402
C.A.Y.M.C
Detroit, MI 48226

**American Iron and Metal/ Detroit Iron**

BUS 1990-00271

8350 Dix Street

Detroit, MI 48209

## LETTER OF INTENT TO SUSPEND/REVOKE BUSINESS LICENSE

Re: Show Cause Hearing
  Business License BUS1990-00271
  Hearing Case No.: 14-BLC-021

In January 2014, The Buildings, Safety Engineering and Environmental Department, Business License Center(BLC)requested that the scrap iron and metal processor license at American Iron and Metal/Detroit Iron located at 8350 Dix Street be suspended or revoked for the reasons listed in the attached Notice to Appear.

The City of Detroit, Buildings, Safety Engineering and Environmental Department BLC provided evidence that it will show proof that the business violated:

- Detroit City Code Section 30-1-16(a)(2)(c)(5)- Specified criminal activity (relating to the selling and or receiving of stolen scrap metal)
- Detroit City Code Section 30-1-16(a)(1)(a)- The violation of any state statute or this Code............
- Detroit City Code Section 30-1-16(a)(2)(a)- Constitutes a public nuisance

- Detroit City Code Section 30-1-16(a)(2)(f)- That the business to be licensed, or currently licensed by the City, constitutes a specific hazard or threat to the peace, health, safety or welfare of the public.

The City of Detroit presented evidence showing that probable cause exists to suspend or revoke the business license. Pursuant to Detroit City Code Section 30-1-17(b), the licensee is hereby notified of the City of Detroit's intent to suspend or revoke the license for the reasons stated.

************THIS WILL BE A SECOND PRE-HEARING**************

This matter is hereby scheduled for a pre-hearing conference on March 19, 2015 at 2:30 p.m. for a face to face conference, at the offices of the Buildings, Safety Engineering and Environmental Department, __418__ Coleman A. Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

This matter is hereby scheduled for a Show Cause Hearing on April 15, 2015 at 2:30 p.m. at the offices of the Buildings, Safety Engineering and Environmental Department, __418__ Coleman Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226.

If the City of Detroit BSEED or the business owner requires a change of date or time of the pre-hearing conference or the Hearing, please contact BSEED Business License Center at (313) 224-3179.

Please note that due to reorganization, the Buildings, Safety Engineering and Environmental Department, Business License Center performs the function previously handled by the Consumer Affairs Department.

Please note also that **the business owner shall be present at the pre-hearing conference and Show Cause Hearing, otherwise the business will be subject to closure.**

Sincerely,

*Kevin Jones*
Kevin Jones, Manager
Business License Center

cc:  Eric Jones, Director, BSEED
     City of Detroit Law Department