# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**SOUTHWEST METALS Inc.,** a
Michigan corporation, and **JOSEPH FAWAZ,**
an individual,

      Plaintiffs,

v.

      Case No.: 15-CV-11080
      Hon. Marianne O. Battani
      Mag. Anthony P. Patti

**CITY OF DETROIT, MICHAEL E.
DUGGAN,** Mayor of Detroit, in his
official capacity**, DETROIT POLICE
DEPARTMENT, JAMES CRAIG,**
Detroit Police Chief, in his official
capacity**, SGT. REBECCA McKAY** in
her individual and official capacities**,
KEVIN JONES,** City of Detroit
Business License Center Manager**,** in his
official capacity**, CITY OF DETROIT
BUSINESS LICENSE CENTER,
jointly and severally.**

      Defendants.

---

| | |
|---|---|
| AYAD LAW, PLLC | CITY OF DETROIT LAW DEPARTMENT |
| NABIH H. AYAD (P59518) | ERIC B. GAABO (P39213) |
| Attorney for Plaintiffs | Attorney for Defendant City of Detroit |
| 645 Griswold St., Ste. 2202 | Coleman A. Young Municipal Center |
| Detroit, MI 48226 | 2 Woodward Avenue, Suite 500 |
| Phone: (313) 983-4600 | Detroit, MI 48226 |
| Fax:   (313) 983-4665 | (313) 237-5052 |
| Email: nayad@ayadlaw.com | gaabe@detroitmi.gov |

---

## <u>INDEX OF EXHIBITS</u>

**Exhibit A:** New York Times Article

**Exhibit B:** Detroit News Article: Detroit Police Sergeant Seen on Video Planting Evidence