UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOUTHWEST METALS, INC., a Michigan corporation, and JOSEPH FAWAZ, an individual,

        Plaintiffs,

v.

CITY OF DETROIT, MICHAEL E. DUGGAN, Mayor of Detroit, in his official capacity, DETROIT POLICE DEPARTMENT, JAMES CRAIG, Detroit Police Chief, in his official capacity, SGT. REBECCA McKAY, in her individual and official capacities, KEVIN JONES, City of Detroit Business License Center Manager, in his official capacity, and CITY OF DETROIT BUSINESS LICENSE CENTER, jointly and severally,

        Defendants.
_____/

CASE NO. 2:15-cv-11080

HON. MARIANNE O. BATTANI

## SCHEDULING ORDER

On April 29, 2015, the Court heard oral argument on and considered Plaintiffs' Supplement to Emergency Motion for Temporary Restraining Order (Doc. 19) disputing their right to continue operating as a business. The parties are to file dispositive motions within 14 days of the conclusion of the administrative hearings related to Plaintiffs' business license, but no later than July 1, 2015. The Court will file a notice of hearing along with a briefing schedule at that point. Thereafter, trial is tentatively set for September 15, 2015. To the extent that the current order interferes with the order entered on April 16, 2015, to stay all further proceedings, the April 16 order is vacated.

**IT IS SO ORDERED.**

Date:   May 21, 2015                              s/Marianne O. Battani
                                                          MARIANNE O. BATTANI
                                                          United States District Judge

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 21, 2015.

                                                                                      s/ Kay Doaks
                                                                                       Case Manager