UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOUTHWEST METALS,
INC., *et al.,*

        Plaintiffs,

v.

CITY OF DETROIT, *et al.* ,

        Defendants.
_____/

Case No. 2:15-cv-11080
District Judge Marianne O. Battani
Magistrate Judge Anthony P. Patti

## **ORDER DENYING PLAINTIFFS' MOTION TO STRIKE (DE 49)**

Defendants filed a motion for protective order and to compel the deposition of Joseph Fawaz on August 8, 2016.  (DE 38.)  Plaintiffs responded to the motion on August 18, 2016 (DE 42), and Defendants filed a reply brief on August 24, 2016 (DE 48).  On August 25, 2016, Plaintiffs filed the instant motion, asking the Court to strike Defendants' reply brief.  Defendants' initial motion and Plaintiffs' motion to strike were both referred to me.  (DE 45 and 51.)

Defendants' motion for protective order and to compel the deposition of Joseph Fawaz came before me for a hearing on August 25, 2016.  For the reasons stated on the record, Plaintiffs' motion to strike is **DENIED**.  (DE 49.)

        **IT IS SO ORDERED.**

Dated: August 26, 2016          s/Anthony P. Patti
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE