UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SOUTHWEST METALS Inc.,** a Michigan corporation, and **JOSEPH FAWAZ,** an individual,

    Plaintiffs,

v.

**CITY OF DETROIT, MICHAEL E. DUGGAN,** Mayor of Detroit, in his official capacity**, DETROIT POLICE DEPARTMENT, JAMES CRAIG,** Detroit Police Chief, in his official capacity**, SGT. REBECCA McKAY** in her individual and official capacities**, KEVIN JONES,** City of Detroit Business License Center Manager**,** in his official capacity**, CITY OF DETROIT BUSINESS LICENSE CENTER, jointly and severally.**

    Defendants.

Case No.: 15-CV-11080
Hon. Marianne O. Battani
Mag. Anthony P. Patti

---

| | |
|---|---|
| AYAD LAW, PLLC | CITY OF DETROIT LAW DEPARTMENT |
| NABIH H. AYAD (P59518) | ERIC B. GAABO (P39213) |
| Attorney for Plaintiffs | Attorney for Defendant City of Detroit |
| 645 Griswold St., Ste. 2202 | Coleman A. Young Municipal Center |
| Detroit, MI 48226 | 2 Woodward Avenue, Suite 500 |
| Phone: (313) 983-4600 | Detroit, MI 48226 |
| Fax:   (313) 983-4665 | (313) 237-5052 |
| Email: nayad@ayadlaw.com | gaabe@detroitmi.gov |

# STIPULATION TO ADJOURN STATUS CONFERENCE AND EXTEND DISPOSITIVE MOTION CUTOFF DATE

**IT IS HEREBY STIPULATED**, by and between both parties, by and through their respective counsel, that:

1. There is currently a status conference set for October 27, 2016 at 4:00 p.m.

2. The cutoff date for Dispositive Motions in this matter is October 27, 2016.

3. Counsel for the Parties are making good-faith efforts to resolve this matter, and an adjournment will aid in the resolution of this matter.

4. That due to ongoing settlement discussions between the parties, an adjournment of the status conference set for October 27, 2016 to November 23, 2016 at 4:00 p.m. is appropriate and an extension of the Dispositive Motion cutoff date from October 27, 2016 to December 15, 2016 is appropriate.

**WHEREFORE**, the parties request the following relief:

1. The status conference currently set for October 27, 2016 is adjourned to November 23, 2016 at 4:00 p.m.; and

2. The Dispositive Motion cutoff date shall be extended to December 15, 2016.

| | |
|---|---|
| _/s/ Nabih H. Ayad_____ | _/s/ Eric  Gaabo (w/ consent)_____ |
| Nabih Ayad | Eric Gaabo |
| 645 Griswold St., Ste. 2202 | Coleman A. Young Municipal Center |
| Detroit, MI 48226 | 2 Woodward Avenue, Suite 500 |
| Phone: (313) 983-4600 | Detroit, MI 48226 |
| Fax:   (313) 983-4665 | (313) 237-5052 |
| Email: nayad@ayadlaw.com | gaabe@detroitmi.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2016, I e-mailed the foregoing stipulation to Eric Gaabo at gaabe@detroitmi.gov.

                                                Respectfully Submitted,

Dated: October 26, 2016                    /s/ Nabih H. Ayad
                                                Nabih H. Ayad

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SOUTHWEST METALS Inc.,** a
Michigan corporation, and **JOSEPH FAWAZ,**
an individual,

    Plaintiffs,

v.

**CITY OF DETROIT, MICHAEL E. DUGGAN,** Mayor of Detroit, in his official capacity**, DETROIT POLICE DEPARTMENT, JAMES CRAIG,** Detroit Police Chief, in his official capacity**, SGT. REBECCA McKAY** in her individual and official capacities**, KEVIN JONES,** City of Detroit Business License Center Manager**,** in his official capacity**, CITY OF DETROIT BUSINESS LICENSE CENTER, jointly and severally.**

    Defendants.

Case No.: 15-CV-11080
Hon. Marianne O. Battani
Mag. Anthony P. Patti

---

| | |
|---|---|
| AYAD LAW, PLLC<br>NABIH H. AYAD (P59518)<br>Attorney for Plaintiffs<br>645 Griswold St., Ste. 2202 | CITY OF DETROIT LAW DEPARTMENT<br>ERIC B. GAABO (P39213)<br>Attorney for Defendant City of Detroit<br>Coleman A. Young Municipal Center |

| | |
|---|---|
| Detroit, MI 48226 | 2 Woodward Avenue, Suite 500 |
| Phone: (313) 983-4600 | Detroit, MI 48226 |
| Fax:   (313) 983-4665 | (313) 237-5052 |
| Email: nayad@ayadlaw.com | gaabe@detroitmi.gov |

## **STIPULATED ORDER**

The parties, by and through their respective counsel, stipulate and agree to adjourn the status conference currently set for October 27, 2016 to November 23, 2016 at 4:00 p.m., and extend the dispositive motion cutoff date from October 27, 2016 to December 15, 2016, due to ongoing settlement discussions. Counsel for the Parties are making good-faith efforts to conduct discovery, and an adjournment will aid in the resolution of this matter.

The Court having considered the stipulation of the parties, and this Court being otherwise fully advised, **HEREBY ORDERS** that:

3. The status conference currently set for October 27, 2016 is adjourned to November 29, 2016 at 4:00 p.m.; and

4. Dispositive Motions shall be filed by December 15, 2016.

| | |
|---|---|
| Dated: October 27, 2016 | s/Anthony P. Patti |
| | Mag. Anthony P. Patti |

| | |
|---|---|
| /s/ Nabih H. Ayad | /s/ Eric Gaabo (w/ consent) |
| Nabih Ayad | Eric Gaabo |
| 645 Griswold St., Ste. 2202 | Coleman A. Young Municipal Center |
| Detroit, MI 48226 | 2 Woodward Avenue, Suite 500 |

Phone: (313) 983-4600  
Fax:   (313) 983-4665  
Email: nayad@ayadlaw.com  

Detroit, MI 48226  
(313) 237-5052  
gaabe@detroitmi.gov