UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SOUTHWEST METALS Inc.,** a
Michigan corporation, and **JOSEPH FAWAZ,**
an individual,

    Plaintiffs,

v.

**CITY OF DETROIT, MICHAEL E. DUGGAN,** Mayor of Detroit, in his official capacity**, DETROIT POLICE DEPARTMENT, JAMES CRAIG,** Detroit Police Chief, in his official capacity**, SGT. REBECCA McKAY** in her individual and official capacities**, KEVIN JONES,** City of Detroit Business License Center Manager**,** in his official capacity**, CITY OF DETROIT BUSINESS LICENSE CENTER, jointly and severally.**

    Defendants.

Case No.: 15-CV-11080
Hon. Marianne O. Battani
Mag. Anthony P. Patti

| AYAD LAW, PLLC | CITY OF DETROIT LAW DEPARTMENT |
|---|---|
| NABIH H. AYAD (P59518) | ERIC B. GAABO (P39213) |
| Attorney for Plaintiffs | Attorney for Defendant City of Detroit |
| 645 Griswold St., Ste. 2202 | Coleman A. Young Municipal Center |
| Detroit, MI 48226 | 2 Woodward Avenue, Suite 500 |
| Phone: (313) 983-4600 | Detroit, MI 48226 |
| Fax: (313) 983-4665 | (313) 237-5052 |
| Email: nayad@ayadlaw.com | gaabe@detroitmi.gov |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, stipulate and agree to the voluntary dismissal of the above entitled action with prejudice.

| | |
|---|---|
| /s/ Nabih H. Ayad | /s/ Eric Gaabo (w/ consent) |
| Nabih Ayad | Eric Gaabo |
| 645 Griswold St., Ste. 2202 | Coleman A. Young Municipal Center |
| Detroit, MI 48226 | 2 Woodward Avenue, Suite 500 |
| Phone: (313) 983-4600 | Detroit, MI 48226 |
| Fax: (313) 983-4665 | (313) 237-5052 |
| Email: nayad@ayadlaw.com | E-mail: gaabe@detroitmi.gov |

Dated: January 25, 2017

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 25th day of January, 2017, he served the foregoing *Stipulation of Voluntary Dismissal with Prejudice* upon all parties via the court's ECF system.

/s/ Nabih H. Ayad

Nabih H. Ayad

**AYAD LAW, P.L.L.C.**
645 Griswold St., Ste. 2202

**3** | P a g e