UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHWEST METALS, INC., ET AL.,   Civil Action No. 15-11080

        Plaintiff(s),

-vs-   Hon. Marianne O. Battani

CITY OF DETROIT, ET AL.

        Defendant(s).
_____/

ORDER OF DISMISSAL

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice [Doc #64] filed on January 25, 2017, IT IS HEREBY ORDERED that the above mentioned case is dismissed with prejudice.

Date:  February 14, 2017    s/Marianne O. Battani
                                             MARIANNE O. BATTANI
                                             United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 14, 2017..

                                                             s/ Kay Doaks
                                                             Case Manager